PLAINTIFF'S EXHIBIT
40
22-cv-139-CVE-SH

Health Resources Development Service
Oklahoma State Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street - Oklahoma City, OK 73117
Telephone (405) 271-3912 - Fax (405) 271-5304
http://jails.health.ok.gov

# JAIL INCIDENT REPORT

**To submit an incident report, complete this form and fax to the Jail Inspection Division at (405) 271-5304. DO NOT INCLUDE ANY ATTACHMENTS.**

**360:670-5-2(27)**
In case of a death or an escape with injury, the Department shall be notified **immediately**.

**360:670-5-2(28)**
Department notified no later than **next working** day of the following: extensive damage to jail property, serious injury to staff or prisoner, escape, serious suicide attempt.

**Attempted Suicide:** Actions resulting in medical treatment of inmate within jail facility.
**Serious Suicide Attempt:** Actions resulting in inmate being taken outside facility for medical treatment.

---

**Date:** **Name of reporting party:**

**1. Check the box identifying the type of incident.**

Death ☐ Death by Suicide ☐ Attempted Suicide ☐ Serious Suicide Attempt ☐

Damage to Jail Property ☐ Escape ☐ Escape with Injury ☐

Serious Injury to Jail Staff ☐ Serious Injury to Prisoner ☒ Unusual Incident ☐

2. **Facility name.** Creek County Jail

**3. Enter name of jail staff and prisoner.**

Jail Staff Name: Christopher Green, James McCall, Devin Swift **Prisoner Name:** [redacted]

**4. Enter the date, time, and location of the incident.**

Date of Occurrence: 1-3-16 **Time:** approx. 0102 hrs.
outside multipurpose room in hallway

**5. Briefly describe what happened.**

On 1-3-16 at approximately 0102 hrs. Officers Green, Swi
and McCall asked I/m [redacted] to go back to her poc
the inmate refused to go. At that time the officer
were placing handcuffs on her to escort her
back to her pod when during the struggle



Jan. 6. 2016 9:45AM CREEK COUNTY JUSTICE CTR-BOOKING No. 5911 P. 4

I/m [redacted] arm made a popping sound. She was later taken to the hospital where x-rays should her upper left [redacted] to be broken.

6. **List any witnesses to the incident.**

Christopher Green, Devin Swift, James McCall Danny Heverin

[signature]

Signature of Reporting Party

Gina Hutchison

Printed Name of Reporting Party

Asst. Jail Administrator

Title/Position

Health Resources
Development Service
Oklahoma State
Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street · Oklahoma City, OK 73117
Telephone (405) 271-3912 ·Fax (405) 271-5304
http://jails.health.ok.gov

# JAIL INCIDENT REPORT

**To submit an incident report, complete this form and fax to the Jail Inspection Division at (405) 271-5304. DO NOT INCLUDE ANY ATTACHMENTS.**

**360:670-5-2(27)**
In case of a death or an escape with injury, the Department shall be notified **immediately**.

**360:670-5-2(28)**
Department notified no later than **next working day** of the following: extensive damage to jail property, serious injury to staff or prisoner, escape, serious suicide attempt.

**Attempted Suicide:** Actions resulting in medical treatment of inmate within jail facility.
**Serious Suicide Attempt:** Actions resulting in inmate being taken outside facility for medical treatment.

---

**Date:** **Name of reporting party:**

**1. Check the box identifying the type of incident.**

Death ☐ Death by Suicide ☐ Attempted Suicide ☐ Serious Suicide Attempt ☐

Damage to Jail Property ☐ Escape ☐ Escape with Injury ☐

Serious Injury to Jail Staff ☐ Serious Injury to Prisoner ☒ Unusual Incident ☐

**2. Facility name.** Creek County Jail

**3. Enter name of jail staff and prisoner.**

Jail Staff Name: none Prisoner Name: [redacted]

**4. Enter the date, time, and location of the incident.**

Date of Occurrence: 1-5-16 Time: approx: 2040 hrs
in dayroom of H-pod

**5. Briefly describe what happened.**

On 1-5-16 at approximately 2040 hrs. there was a fight between inmates [redacted], [redacted] and [redacted]. The video shows [redacted] walking past [redacted] and [redacted] punching [redacted] knocking him to the ground.



Jan. 6. 2016 9:45AM CREEK COUNTY JUSTICE CTR-BOOKING No. 5911 P. 2

[redacted] was transported to the hospital where he has a broken jaw.

*Jail Incident Report (continued)*

**6. List any witnesses to the incident.**

none

Rina Hutchison

Signature of Reporting Party

Rina Hutchison

Printed Name of Reporting Party

Asst. Jail Administrator

Title/Position

Health Resources Development Service
Oklahoma State Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street · Oklahoma City, OK 73117
Telephone (405) 271-3912 · Fax (405) 271-5304
http://jails.health.ok.gov

# JAIL INCIDENT REPORT

**To submit an incident report, complete this form and fax to the Jail Inspection Division at (405) 271-5304. DO NOT INCLUDE ANY ATTACHMENTS.**

**360:670-5-2(27)**
In case of a death or an escape with injury, the Department shall be notified immediately.

**360:670-5-2(28)**
Department notified no later than next working day of the following: extensive damage to jail property, serious injury to staff or prisoner, escape, serious suicide attempt.

**Attempted Suicide:** Actions resulting in medical treatment of inmate within jail facility.
**Serious Suicide Attempt:** Actions resulting in inmate being taken outside facility for medical treatment.

---

**Date:** **Name of reporting party:**

1. **Check the box identifying the type of incident.**

Death ☐ Death by Suicide ☐ Attempted Suicide ☐ Serious Suicide Attempt ☐

Damage to Jail Property ☐ Escape ☐ Escape with Injury ☐

Serious Injury to Jail Staff ☐ Serious Injury to Prisoner ☐ Unusual Incident ☒

2. **Facility name.** Creek County

3. **Enter name of jail staff and prisoner.**

Jail Staff Name: Kelly Birch Prisoner Name: Tony logan

4. **Enter the date, time, and location of the incident.**

Date of Occurrence: 1-7-16 Time: 1300 hrs

5. **Briefly describe what happened.**

Inmate Tony logan was sent to E.R. and admitted to Hillcrest for Jaundice. logan is a contract inmate for Avalon.

*Jail Incident Report (continued)*

**6. List any witnesses to the incident.**

Signature of Reporting Party

Kelly Birch
Printed Name of Reporting Party

Cpl
Title/Position



EXHIBIT 6

Health Resources Development Service
Oklahoma State Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street • Oklahoma City, OK 73117
Telephone (405) 271-3912 • Fax (405) 271-5304
E-mail jails@health.ok.gov
http://jails.health.ok.gov

# JAIL INSPECTION REPORT

DATE: 4-5-16 PAGE 1 OF 1

Type of Facility: (Check One) COUNTY ☑ CITY ☐ LOCK-UP ☐ HOLDING ☐

Facility: Creek Co. Mailing Address: 9175 Ridgview Place

City: Sapulpa County: Creek Zip: 74067

Sheriff/Chief: John Davis Jail Administrator: Kelly Birch

Jail Administrator's Phone: 224-4964 Jail Administrator E-Mail: don't know

Medical Authority: Turn Key Health, St. Johns Sapulpa

Staffing: 12 hr Day Shift(M) 5 (F) 2 Evening(M) ___ (F) ___ Night(M) 5 (F) 2

Total Male Beds: 288 Female Beds: 48 Juvenile Beds: N/A Special Cells: 10

Population Today: 324 Rated Capacity: 346 Avg. Daily Population: 330 Men 300 Women 30

Sentenced: Male 25 Fem 15 Juv Male | Juv Fem | Total 40

Unsentenced: Male 248 Fem 54 Juv Male | Juv Fem | Total 30

DOC J&S: 40 Menu Approved by Licensed Dietitian (Long Term Jail Only) Yes ✓ No ___

Food Prepared By: Bryan (Contract Kitchen) Approved Form for Book In Yes ✓ No ___

Inmates with mental health issues appropriately segregated Yes ☑ No ☐

Facility has written policy regarding inmates with mental health problems Yes ☑ No ☐

DEFICIENCIES: Title 310 Chapter 670

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

I ACKNOWLEDGE REVIEW OF THIS REPORT AND SWEAR THAT THE INFORMATION GIVEN BY ME IS TRUE TO THE BEST OF MY KNOWLEDGE.

D Henni...

Signature of Jail Representative

I CERTIFY THAT THIS INSPECTION COVERED ALL APPLICABLE STANDARDS.

Alicia Dickens

Signature of Inspector/Investigator

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**
**COMPLAINT INVESTIGATION REPORT C-2016-024**

**DATE OF INVESTIGATION:** **APRIL 5, 2016**

**FACILITY:** **CREEK COUNTY JAIL**

**NATURE OF COMPLAINT**

1. Inmate's toilets back up. Has been happening for about 4 months.
2. Inmate's sink backs up.
3. Inmate's shower has no hot water.
4. Inmate is not given sanitary pads when requested. Jailers say they don't have any.
5. Not given toilet paper when requested.

On February 18, 2016, a complaint(s) was received regarding the Creek County Jail. I arrived at the facility on April 5, 2016, to conduct an investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards*. The findings of the inspection are as follows:

**COMPLAINT #1:** Inmate's toilets back up. Has been happening for about 4 months.

**OAC 310:670-5-6(3)**
............
**(3) Floors shall be kept clean, dry and free of hazardous substances.**

**FINDING:** This complaint was investigated by Inspector #1. Inspector #1 was unable to interview the Jail Administrator, but was able to interview Corporal #1 during her investigation. According to the investigation notes, she was able to speak with Inmate #1 regarding this complaint. When Investigator #1 asked Inmate #1 about the issue with toilets backing up into the cell, Inmate #1 replied, "NO" and that she doesn't remember telling anyone about that.

**COMPLAINT UNSUBSTANTIATED:** When asked, Inmate #1 stated, "NO" that the toilets have not been backing up.

**COMPLAINT #2:** Inmate's sink backs up

**OAC 310:670-5-6(3)**

**............**

**(3) Floors shall be kept clean, dry and free of hazardous substances.**

**FINDING:** Inmate #1 stated also that the sink has not been backing up.

**COMPLAINT UNSUBSTANTIATED:** Inmate #1 stated that the sink had not been backing up into the cell and that there had not been any issues with this.

**COMPLAINT #3:** Inmate's shower has no hot water.

**OAC 310:670-5-11(a)(4)(C)**

**............**

**(C) A shower with non-skid floors and with hot and cold running water, at a ratio of at least one (1) shower to twenty (20) prisoners in the housing areas.**

**FINDING:** When asked about the hot water, Inmate #1 stated that they had no hot water in the showers. Corporal #1 stated that the facility had been experiencing some issues with the hot water, but they were working to resolve the issue.

**COMPLAINT SUBSTANTIATED BUT RESOLVED:** The facility is having issues with hot water but is working to resolve the issue.

**COMPLAINT #4:** Inmate is not given sanitary pads when requested. Jailers say they don't have any.

**OAC 310:670-5-6(6)**

**............**

**(6) Upon admission or after commitment by the court, each prisoner shall be issued personal hygiene items to include-soap, towel, toilet paper, toothbrush and toothpaste. Feminine hygiene articles shall be provided upon request. Razors are issued to each prisoner upon request, and collected immediately after use and disposed of or stored as specified by facility policy and procedures. Prisoners shall not share razors. With the exception of toilet paper and feminine hygiene items, prisoners who are not indigent and**

Health Resources Development Service
Oklahoma State Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street · Oklahoma City, OK 73117
Telephone (405) 271-3912 ·Fax (405) 271-5304
http://jails.health.ok.gov

# JAIL INCIDENT REPORT

**To submit an incident report, complete this form and fax to the Jail Inspection Division at (405) 271-5304. DO NOT INCLUDE ANY ATTACHMENTS.**

**360:670-5-2(27)**
In case of a death or an escape with injury, the Department shall be notified **immediately**.

**360:670-5-2(28)**
Department notified no later than **next working day** of the following: extensive damage to jail property, serious injury to staff or prisoner, escape, serious suicide attempt.

**Attempted Suicide:** Actions resulting in medical treatment of inmate within jail facility.
**Serious Suicide Attempt:** Actions resulting in inmate being taken outside facility for medical treatment.

---

**Date:** 06-16-2016 **Name of reporting party:** Boomer Jones

1. **Check the box identifying the type of incident.**

Death ☐ Death by Suicide ☐ Attempted Suicide ☐ Serious Suicide Attempt ☐

Damage to Jail Property X☐ Escape ☐ Escape with Injury ☐

Serious Injury to Jail Staff ☐ Serious Injury to Prisoner ☐ Unusual Incident ☐X

2. **Facility name.** Creek County Jail

3. **Enter name of jail staff and prisoner.**

Jail Staff Name: Cody Smith, Lane Conner, Boomer Jones, Travis Worrall, Gina Hutchison, Kelly Birch
Prisoner Name: Troy Mcneely, Eric Lack

4. **Enter the date, time, and location of the incident.**

Date of Occurrence: 06-16-2016 Time: 2020 hours

5. **Briefly describe what happened.** Captain Kelly Birch received information that inmates in D-pod had removed the shower plate in a possible escape attempt. Lieutenant Gina Hutchison advised Sergeant Cody Smith to check the pod for any damage. Sergeant Smith arrived in D-pod to find the shower plate had been removed. Sergeant Smith secured all inmates in their cells and conducted an

*Jail Incident Report (continued)*

inmate count. Deputy Travis Worrall and I, Corporal Boomer Jones, arrived and began the investigation into the incident. Creek County maintenance arrived and secured the shower.

**6. List any witnesses to the incident.**

Signature of Reporting Party

Booomer Jones
Printed Name of Reporting Party

Corporal, Chief of Security
Title/Position



Jun. 17. 2016 10:45AM CREEK COUNTY JUSTICE CTR-BOOKING No. 1573 P. 3

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**
**INVESTIGATION REPORT AS-2016-021.1**

| | |
|---|---|
| **DATE OF INVESTIGATION:** | **JUNE 30, 2016** |
| **FACILITY:** | **POTTAWATOMIE COUNTY JAIL** |
| **DATE OF INCIDENT:** | **JUNE 22, 2016** |

I arrived at the facility on June 30, 2016, to conduct an investigation pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards*. The findings of the investigation are as follows:

**FINDING:** Inmate #1 used a razor blade from the razor he was issued to cut his left forearm in two places. Both cuts were approximately 4 inches in length. Staff responded and questioned Inmate #1 as to the reason behind him cutting himself. Inmate #1 would not answer staff clearly, but was responsive. Inmate #1 was secured and taken into the booking area where his wounds were bandaged by medical staff. Inmate #1 was taken to St. Anthony's Hospital where he was treated. Approximately 30 minutes after the incident, Inmate #1 was bonded out of jail. The hospital was notified that Inmate #1 was being released from the custody of the jail. St. Anthony's Hospital initiated an Emergency Order of Detention.

**DISPOSITION**: No further action required.

Cindy Rice

**CINDY RICE, INSPECTOR**



EXHIBIT 6

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**
**INVESTIGATION REPORT SU-2016-001**

**DATE OF INSPECTION:** **JULY 26, 2016**

**FACILITY:** **CREEK COUNTY JAIL**

I arrived at the facility on July 26, 2016, to conduct an investigation pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards*. The findings of the investigation and any deficiencies noted are as follows:

**FACTS DETERMINED BY THE INVESTIGATION:** Based on the Incident Report provided to me by the Jail Administrator, on January 3, 2016, at approximately 0100 hours, after conducting a shakedown, Detention Officer #1 escorted M-pod inmates from the multi-purpose room back to their pod when he was approached by Detention Officer #2 stating that Inmate #1 was still in the multi-purpose room and refused to go back to the pod. Detention Officer #1 walked back to the multi-purpose room and called on the radio for the door to be opened. When the door opened, Detention Officer #1 asked Inmate #1 why she was refusing to go back to the pod. Inmate #1 stated that she would not return to her pod until she spoke with Detention Officer #3. Detention Officer #1 advised Inmate #1 that Detention Officer #3 was busy booking out other inmates and that he did not have time to talk to her right at that moment. Inmate #1 began stating that during the shakedown, that the detention officers had taken some of her mail. Detention Officer #1 stated that he had taken inmate's notes which had been passed between her and another inmate, but nothing that had come into the jail through mail had been taken. Inmate #1 then stated that she had seen Detention Officer #2 with mail in his hand which had been carried up to booking after the shakedown. Detention Officer #1 told her that once we got her back to the pod, that he would look again through the notes to make sure no mail had been mixed in and that if there was mail, that he would return it to her. Inmate #1 continued to refuse to leave the multi-purpose room until the mail was in her hand. Detention Officer #1 then told Inmate #1 that she was going to go back to her pod whether it was by her own free will or if he had to place her into handcuffs and escort her back to the pod. Detention Officer #1 told Inmate #1 that she could not refuse to go back to her pod or give stipulations for going back to her pod. Inmate #1 then stated "you can't fucking touch me I am a female and I'm not going back down to the pod until I talk to Detention Officer #3". Detention Officer #1 again instructed Inmate #1 to get up and that she was going to be taken back to the pod. Inmate #1 again refused. When Detention Officer #1 instructed Inmate #1 a third time, she responded, "fuck you, go get me Detention Officer #3". Detention Officer #1 then advised her to place her hands behind her back. Inmate #1 stated "I am requesting to talk to your supervisor and that is my right". Detention Officer #1 told

Inmate #1 that she needed to place her hands behind her back and that she was going to be placed in handcuffs. Inmate #1 again stated that she was not going back to the pod until she spoke with Detention Officer #3. Detention Officer #1 then moved around to the left side of Inmate #1 and instructed her a third time to place her hands behind her back. When Inmate #1 did not comply, Detention Officer #1 grabbed her left wrist with his left hand and placed his right hand above her left elbow. According to Detention Officer #1's report, as soon as he placed his hands on her arm, Inmate #1 began to resist by stiffening her arms and upper body. Detention Officer #2 grabbed her right arm and placed his handcuffs on her right wrist and placed her right arm behind her back. At this time, Detention Officer #1 placed her left arm behind her back and Inmate #1 continued to resist by attempting to jerk away from his control. During the continued struggle, Inmate #1's arm made a popping sound when she jerked away as they were trying to get the handcuffs on Inmate #1.

Once the handcuffs were on, Detention Officers #1 & #2 walked Inmate #1 into the booking area because she stated that they had injured her arm. Inmate #1 was escorted to booking where she began to tell Detention Officer #3 about her letters which she believed had been taken. Detention Officer #3 told Inmate #1 that Detention Officer #1 would look through them and if mail had been taken, it would be returned to her in the pod. Inmate #1 then told Detention Officer #3 that her arm had been injured by Detention Officers #1 and #2 while being placed in handcuffs. Detention Officer #3 then instructed Detention Officer #2 to take Inmate #1 back to M-pod and told Inmate #1 that he would check on her after he had finished releasing the inmate he was working on at that time. Detention Officers #1 & #2 then escorted Inmate #1 back to M-pod at which time Detention Officer #2 began to remove the handcuffs. Inmate #1 began screaming that she was in pain and that her arm had been broken. After removing the handcuffs, Detention Officer #1 went back into booking and told Detention Officer #3 that he needed to check on Inmate #1 because she had complained that she thought her arm was broken. At that time, tower called down to booking and advised Detention Officer #3 that M-pod was complaining of a medical emergency. Detention Officer #3 and #2 went back to M-pod and brought Inmate #1 back up to booking into the medical office. Detention Officer #3 called Nurse #1 who advised him to call Nurse #2. Nurse #2 advised Detention Officer #3 to give Inmate #1 800mg Ibuprofen and that Inmate #1 would be seen by the nurse first thing in the morning. Inmate #1 refused to take the Ibuprofen at which time Detention Officer #3 and #2 escorted her back to M-pod. At approximately 0930 hours, Inmate #1 was taken to medical to be checked out. Medical staff noted swelling and was instructed to have Inmate #1 taken to the hospital for a possible broken bone. Inmate #1 was taken to the hospital by Transport Officer at approximately 1014 hours. The x-ray showed that Inmate #1's arm had been broken in two (2) places. Inmate #1 was treated and released back to the jail at approximately 1220 hours where she was placed in HC-4 for medical observation.

**FINDING:** Inmate #1 refused to comply with the Detention Officer's request for her to return to her cell. When Detention Officers #1 & #2 attempted to put Inmate #1's hands behind her back, she attempted to jerk away from the officer's control.

**DISPOSITION**: No further action required.

CINDY RICE, INSPECTOR

Health Resources
Development Service
Oklahoma State
Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street · Oklahoma City, OK 73117
Telephone (405) 271-3912 · Fax (405) 271-5304
http://jails.health.ok.gov

# JAIL INCIDENT REPORT

**To submit an incident report, complete this form and fax to the Jail Inspection Division at (405) 271-5304. DO NOT INCLUDE ANY ATTACHMENTS.**

**360:670-5-2(27)**
In case of a death or an escape with injury, the Department shall be notified **immediately.**

**360:670-5-2(28)**
Department notified no later than **next working** day of the following: extensive damage to jail property, serious injury to staff or prisoner, escape, serious suicide attempt.

**Attempted Suicide:** Actions resulting in medical treatment of inmate within jail facility.
**Serious Suicide Attempt:** Actions resulting in inmate being taken outside facility for medical treatment.

---

**Date:** 9/30/16 **Name of reporting party:** Jones, Boomer

1. **Check the box identifying the type of incident.**

Death [X] Death by Suicide [ ] Attempted Suicide [ ] Serious Suicide Attempt [ ]

Damage to Jail Property [ ] Escape [ ] Escape with Injury [ ]

Serious Injury to Jail Staff [ ] Serious Injury to Prisoner [ ] Unusual Incident [ ]

2. **Facility name.** Creek County Justice Center

3. **Enter name of jail staff and prisoner.**

Jail Staff Name: Cody Smith, Jordan Hudson, Prisoner Name: [redacted]
Victor Pando, Charolette Grunwald, Nick Groom and Lane Conner.

4. **Enter the date, time, and location of the incident.**

Date of Occurrence: 9/30/16 Time: 1110hrs.

5. **Briefly describe what happened. On September 30th 2016 at approximately 1110 hrs. Detention Officers responded to a welfare check to E-Pod. Inmate [redacted] was having breathing problems, and passed out. Detention Officer Smith called EMS. EMS arrived a few minutes later. [redacted] was transported to St. Johns hospital in Sapulpa. At 1221hrs. [redacted] was pronounced dead, at the hospital.**

*Jail Incident Report (continued)*

**6. List any witnesses to the incident.**

Same as #3.

Signature of Reporting Party

Boomer Jones
Printed Name of Reporting Party

Chief of Security
Title/Position

Oklahoma State Department of Health
Creating a State of Health

December 30, 2016

**CERTIFIED MAIL**
**7016 1370 0001 5943 0393**

Jail Administrator
Creek County Jail
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

A recent record review was conducted on your facility by a member of the Jail Inspection Division. The results of the findings are attached.

Sincerely,

Espaniola Bowen, MCJA, M.Ed.

Espaniola Bowen, MCJA, M.Ed.
Administrative Program Manager
Jail Inspection Division

Enc. List of Deficiencies

c Creek County Commissioners
Tina Johnson, Deputy Commissioner, Community & Family Health Services
Creek County Health Administrator

Board of Health

Terry L Cline, PhD
*Commissioner of Health*
*Secretary of Health and Human Services*

Martha A Burger, MBA
*President*
Jenny Alexopulos, DO
Terry R Gerard, DO

Cris Hart-Wolfe
*Vice President*
Charles W Grim, DDS, MHSA
R Murali Krishna, MD

Robert S Stewart, MD
*Secretary - Treasurer*
Timothy E Starkey, MBA
Ronald Woodson, MD

1000 NE 10th Street
Oklahoma City, OK 73117-1207
www.health.ok.gov
An Equal Opportunity Employer



EXHIBIT 6

OKLAHOMA STATE DEPARTMENT OF HEALTH
JAIL INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| JAIL: | Creek County Jail | INSPECTION DATE: | December 15, 2016 |
|---|---|---|---|

| REPORT DATE | 60-DAY CORRECTION DATE | CERTIFIED MAIL RECEIPT# |
|---|---|---|
| December 30, 2016 | 60 Days from Notice of Delivery | 7016 1370 0001 5943 0393 |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | INITIAL COMMENTS<br><br>The Oklahoma State Department of Health conducted a record review on 12/15/16.<br><br>Based on the violations cited at 310:670-5-10(3) the jail is not in substantial compliance.<br><br>The following deficient practice was identified: | |
| 5-10(3) | Training and staff development<br>The administrator shall develop policies and procedures for staff orientation and training. The training program shall be supervised by a designated employee. A facility with more than one-hundred (100) employees shall employ a full-time person for staff orientation and training. Policies and procedures shall include at least the following::..............................<br>(3) After the first year of employment, an employee who works in direct contact with prisoners shall receive at least the following training. This training shall be in addition to any requirements for completion of first aid and cardiopulmonary resuscitation. Before training begins a training schedule shall be provided to the Department for approval, listing subjects, number of hours, date, time, location and instructor.<br><br>This Rule was not met as evidenced by:<br><br>Based on record review, it was determined the facility failed to submit the required training schedule for approval. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>1) Review the current policy for staff training, development, and the submittal of training schedule for Department approval before training is conducted.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) Conduct staff interviews to assess why the policy was not followed.<br><br>4) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct training of jail staff on the policy.<br><br>5) Ensure required training schedule is submitted for Department approval prior to conducting staff training. |





EXHIBIT 6

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Creek County Jail
O Box 1600
Sapulpa OK 74067

9590 9402 2169 6193 0022 21

2. Article Number *(Transfer from service label)*
7016 1370 0001 5943 0393

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelsey Shaly ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Kelsey Shaly
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 09 2017
JAN 11 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt



EXHIBIT 6

OKLAHOMA STATE DEPARTMENT OF HEALTH
PROTECTIVE HEALTH SERVICES
JAIL INSPECTION DIVISION

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT D-2016-030**

| | |
|---|---|
| **Date of Investigation:** | **February 12, 2017** |
| **Facility:** | **Creek County Jail** |

**INCIDENT REPORT OBSERVATIONS:**

| | |
|---|---|
| **Type of Incident:** | **Death** |
| **Date of Occurrence:** | **September 30, 2016** |
| **Date Reported:** | **September 30, 2016** |
| **Reporting Party:** | **Boomer Jones** |

**Incident Description:** On September 30, 2016 at approximately 1110 hours Detention Officers responded to a welfare check to E-Pod. Inmate #1 was having breathing problems, and passed out. Detention Officer Smith called EMS. EMS arrived a few minutes later. Inmate #1 was transported to St. Johns hospital in Sapulpa. At 1221 hours Inmate #1 was pronounced dead, at the hospital.

On February 12, 2017, an investigation pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted. The findings of the investigation are as follows:

**FACTS DETERMINED BY THE INVESTIGATION:**

**Based on the investigation of this incident a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION**: No further action required.

**IDENTIFIER PAGE**
**INVESTIGATION REPORT D-2016-030**

**Report Identifiers**

| | |
|---|---|
| Sheriff: | Bret Bowling |
| Jail Administrator: | Lance Prout |
| Inmate #1: | Russel Foutch |
| Investigator: | Glenroy Hines/Espa Bowen |

**CONFIDENTIAL**

Health Resources Development Service
Oklahoma State Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street · Oklahoma City, OK 73117
Telephone (405) 271-3912 · Fax (405) 271-5304
E-mail jails@health.ok.gov
http://jails.health.ok.gov

# JAIL INSPECTION REPORT

DATE: 4-5-17 PAGE 1 OF 1

Type of Facility: (Check One) COUNTY ☑ CITY ☐ LOCK-UP ☐

Facility: Creek County Mailing Address: 9175 Ridgeview St

City: Sapulpa County: Creek Zip: 74067

Sheriff/Chief: Brett Bowling Jail Administrator: Lance Prout

Jail Administrator's Phone: 918-216-1767 Jail Administrator E-Mail L Prout @ Creek County Sheriff.com

Jail Fax #: 918-227-6376

Medical Authority: Turnkey

Staffing: 12 Hour Shift Day Shift(M) 3 (F) 1 Evening (M) ____ (F) ____ Night(M) 3 (F) 1

Total Male Beds: 290 Female Beds: 56 Juvenile Beds: N/A Special Cells: 12

Population Today: 299 Rated Capacity: 346 Avg. Daily Population: 300 Men 244 Women 56

Sentenced: Male 30 Fem 6 Juv Male N/A Juv Fem N/A Total 36

Unsentenced: Male 206 Fem 57 Juv Male N/A Juv Fem N/A Total 263

DOC J&S: 36 Menu Approved by Licensed Dietitian (Long Term Jail Only) Yes ✓ No ___

Food Prepared By: Tiger (Contracted) Approved Form for Book In Yes ✓ No ___

Inmates with mental health issues appropriately segregated Yes ☑ No ☐

Facility has written policy regarding inmates with mental health problems Yes ☑ No ☐

DEFICIENCIES: Title 310 Chapter 670

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

I ACKNOWLEDGE REVIEW OF THIS REPORT AND SWEAR THAT THE INFORMATION GIVEN BY ME IS TRUE TO THE BEST OF MY KNOWLEDGE.

[signature]
Signature of Jail Representative

I CERTIFY THAT THIS INSPECTION COVERED ALL APPLICABLE STANDARDS.

[signature]
Signature of Inspector/Investigator

Oklahoma State Department of Health
Creating a State of Health

April 10, 2017

Erica Gotaas
1720 S 4170 Rd
Claremore OK 74017

**RE: Complaint C-2016-035**
**Creek County Jail**

Dear Ms. Gotaas:

The Oklahoma State Department of Health is the state agency having regulatory authority to inspect all county and city jail facilities, as provided by Title 74 of the Oklahoma Statutes at Section 192 and the Oklahoma Administrative Code (OAC) "Jail Standards", Title 310, Chapter 670.

In response to your concerns filed with the Jail Inspection Division of the Oklahoma State Department of Health, please find enclosed a copy of Investigation Report C-2017-035. These documents contain information related to deficiencies cited at the facility as a result of the investigation conducted on April 12, 2017, relating to the concerns you identified in your complaint.

The jail inspector reviews the facility's file prior to the unannounced visit to the facility. Past compliance history and other pertinent information is noted. The general nature of the complaint allegation(s) are made known to the facility representative when the inspector arrives at the facility. Specifics are not discussed at that time in order to provide for a more thorough investigation.

The inspector conducts a tour of the facility and observes the facility environment, as well as inmate conditions. Interviews are conducted with inmates, facility staff, and inmate family members, as necessary, as part of the inspection process. The inspectors will also review facility documentation, medication administration records, medical progress notes, and other records when necessary in order to make a determination of compliance with jail standards.

Each concern of your complaint was investigated. The deficient practices that were identified during the inspection are violations of statute or rule and are detailed in the investigation report.

Allegations noted in a complaint are either substantiated, partially substantiated or unsubstantiated. If evidence was found to confirm that the allegation contains substantial fact, or if similar conditions as alleged were found to exist at the time of the inspection, the allegation is substantiated. An allegation is partially substantiated when evidence is found to support only part of the allegation.

Allegations are not substantiated if no evidence is found at the time of the inspection to independently confirm the allegations. A determination that an allegation is not substantiated is not a judgment, or any reflection, of the truthfulness or veracity of the allegation. It is a conclusion that at the time of the investigation a violation could not identified. Actions by the jail may have corrected the issue prior to the investigation.

Board of Health

Terry L Cline, PhD
*Commissioner of Health*
*Secretary of Health and Human Services*

Martha A Burger, MBA
*President*
Jenny Alexopulos, DO
Terry R Gerard, DO

Cris Hart Wolfe
*Vice President*
Charles W Grim, DDS, MHSA
R Murali Krishna, MD

Robert S Stewart, MD
*Secretary - Treasurer*
Timothy E Starkey, MBA
Ronald Woodson, MD

1000 NE 10th Street
Oklahoma City, OK 73117-1207
www.health.ok.gov
An Equal Opportunity Employer

PHAB

Allegations that do not fall under the regulatory authority of the jail division, are not investigated, and therefore cannot be substantiated.

The facility is required to correct the deficient practices outlined in its "Plan of Correction," and the facility will be monitored to ensure that these corrections are occurring. Should you have any questions about the investigation report, the complaint investigation process, or if you have additional information, please contact the Department at the following address:

Jail Inspection Division
Health Resources Development Services
Oklahoma State Department of Health
1000 NE 10 Street
Oklahoma City, OK 73117
jail@health.ok.gov
405.271.6868

Please include the Complaint Number indicated at the top of this letter when making inquiries.

Thank you for contacting our office and for helping us ensure that Oklahoma's city and county jails operate consistent with applicable statute and rule.

Sincerely,

Espaniola Bowen, MCJA, M.Ed.

Espaniola Bowen, MCJA, M.Ed
Administrative Program Manager
Health Resources Development Service

Encl: Investigative Report



EXHIBIT 6

Oklahoma State Department of Health
Creating a State of Health

April 10, 2017

Jail Administrator
Creek County Jail
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

A recent inspection was conducted at your facility by a member of the Jail Inspection Division. The results of the findings are attached.

Sincerely,

Espaniola Bowen, MCJA, M.Ed.

Espaniola Bowen, MCJA, M.Ed.
Administrative Program Manager
Managed Care Systems
Health Facilities Systems
Jail Inspection Division

c Creek County Commissioners
Tina Johnson, Deputy Commissioner, Community & Family Health Services
Creek County Health Administrator

Encl

Board of Health

Terry L Cline, PhD
Commissioner of Health
Secretary of Health
and Human Services

Martha A Burger, MBA
President
Jenny Alexopulos, DO
Terry R Gerard, DO

Cris Hart-Wolfe
Vice President
Charles W Grim, DDS, MHSA
R Murali Krishna, MD

Robert S Stewart, MD
Secretary - Treasurer
Timothy E Starkey, MBA
Ronald Woodson, MD

1000 NE 10th Street
Oklahoma City, OK 73117-1207
www.health.ok.gov
An Equal Opportunity Employer

OKLAHOMA STATE DEPARTMENT OF HEALTH
JAIL INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| JAIL: | Creek County Jail | INSPECTION DATE: | April 5, 2017 |
|---|---|---|---|

| REPORT DATE | 60-DAY CORRECTION DATE | |
|---|---|---|
| April 10, 2017 | 60 Days from Notice of Delivery | |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | INITIAL COMMENTS<br><br>The Oklahoma State Department of Health conducted an annual inspection on 4.5.17. The census was 299. No deficient practice was cited. The jail is deemed to be in substantial compliance. | |

Revised: 12/9/2016





EXHIBIT 6

RECEIVED
HRDS
APR 12 2017

approved EB
Espaniola Bowen, MCJA, M.Ed.

Jail Inspection Division
1000 NE 10th Street · Oklahoma City, OK 73117
Telephone: (405) 271-6868 Fax: (405) 271-5304
http://jails.health.ok.gov

Protective Health Services
Oklahoma State Department of Health

# JAILER TRAINING DOCUMENTATION LOG

*Department approval is needed before training begins. Complete and fax this form to the Jail Inspection Division at (405) 271-5304 for your approval notification.*

Name of Jail: **Creek County** City: **Tulsa** Zip: **74131**

Telephone: **918-227-6371** Fax: **918-227-6376**

Person to Contact Regarding Jailer Training: **Lance Prout** Name of Student:

| SUBJECT | DATE OF TRAINING | HOURS | STUDENT INITIALS | PLACE OF TRAINING | PRESENTER'S NAME AND TITLE |
|---|---|---|---|---|---|
| Security Procedures | | | | | OMAG |
| Supervision of Prisoners | | | | | |
| Report Writing & Documentation | | | | | |
| Prisoner Rules &Regulations | | | | | |
| Grievance & Disciplinary Procedures | | | | | |
| Rights & Responsibilities of Inmates | | | | | |
| Emergency Procedures | | | | | |
| First Aid & CPR | | | | | |
| **OK Jail Standards: Chapter 670** (must be completed by facility before testing) | | 4 | | | |
| **LIST OTHER TRAINING** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THE STUDENT NAMED ABOVE HAS COMPLETED THE REQUIRED MINIMUM TRAINING FOR **CALENDAR YEAR 2017**.

Training Officer/Sheriff/Chief

Revised October 2016

Oklahoma State Department of Health
Creating a State of Health

April 26, 2017

Jail Administrator
Creek County Jail
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

A recent inspection was conducted at your facility by a member of the Jail Inspection Division. The results of the findings are attached.

Sincerely,

Espaniola Bowen, MCJA, M.Ed.

Espaniola Bowen, MCJA, M.Ed.
Administrative Program Manager
Managed Care Systems
Health Facilities Systems
Jail Inspection Division

c Creek County Commissioners
Tina Johnson, Deputy Commissioner, Community & Family Health Services
Creek County Health Administrator

Encl

Board of Health

Terry L Cline, PhD, *Commissioner of Health*, *Secretary of Health and Human Services*

Martha A Burger, MBA, *President*; Jenny Alexopulos, DO; Terry R Gerard, DO; Cris Hart-Wolfe, *Vice President*; Charles W Grim, DDS, MHSA; R Murali Krishna, MD; Robert S Stewart, MD, *Secretary - Treasurer*; Timothy E Starkey, MBA; Ronald Woodson, MD

1000 NE 10th Street
Oklahoma City, OK 73117-1207
www.health.ok.gov
An Equal Opportunity Employer

OKLAHOMA STATE DEPARTMENT OF HEALTH
PROTECTIVE HEALTH SERVICES
JAIL INSPECTION DIVISION

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2017-035**

| | |
|---|---|
| **Date Of Investigation:** | **April 12, 2017** |
| **Facility:** | **Creek County Jail** |

ALLEGATION 1: Inmate is not receiving medical attention.

On April 6, 2017, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *and Jail Standards* was conducted on April 12, 2017. The findings of the investigation are as follows:

**ALLEGATION #1FINDINGS:** Interviewed Jail Administrator, who stated that Inmate #1 was booked in on March 28, 2017, intoxicated. Medical Questionnaire was completed for Inmate #1on March 29, 2017, at 0509. Medical Questionnaire for Inmate #1 stated yes to any visible signs of alcohol or drug withdrawal, (yes alcohol). Interviewed LPN #1, who stated Medical Triage Screening indicated that Inmate#1 would be placed in detox March 30, 2017. LPN #2 started protocol to give medication to Inmate #1. Observed Medication Administration Record which showed Inmate #1 received medication on March 30, 2017. Interviewed Inmate #1 who stated he has been receiving medical treatment. Inmate#1 stated he was unable to call his family due to his condition, and they probably got worried and thought he was not being treated right.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

Based on interview and record review, it was determined that Inmate #1 was given medical triage screening and then place in Detox cell and given medication on March 30, 2017. Inmate #1 was interviewed and stated that he was receiving proper medical care.

**DISPOSITION:** No further action required.

ELS **Environmental Loop Service, Inc.**
5023 East Admiral Place
Tulsa, OK 74115

July 27, 2017

Creek Co. Justice
9175 Ridge View Rd.
Sapulpa, OK 74066
Phone: (918)284-2356
Email:pfarris@creekcountyonline.com

Attn: Paul Farris

Project: Fluid Cooler

**Proposal**

ELS to adapt fluid cooler to existing geothermal loop system at the Creek Co. Jail located in Sapulpa. This cooler will lower the temperature in the geothermal loop.

To include:

- Fluid cooler by Coil Master
- Brazed plate heat exchanger by B&G
- Loop pump by B&G
- Fluid cooling pump by B&G
- Necessary hydronic specialties (check valves, balance valves, expansion tank, air separator, & controls)
- Necessary piping and material to tie in fluid cooler to geothermal loop and the heat exchanger
- Run new piping from geothermal header located in equipment room to the heat exchanger and fluid cooler
- Purge and filter new piping / Add antifreeze to fluid cooler loop

Fluid cooler will be located on proposed concrete pad, north of pump room. Heat exchanger and pumps will be located in the pump room. We should be able to accomplish installation with minimal interruption of building conditioning.

- **1 year warranty on workmanship**
- **Manufacturers equipment warranty**

**Total Quote: $ 49,993.69**

**Exclusions:**

- **All electric to equipment shall be done by others**
- **Concrete pad shall be done by others**
- **Tax Not included in proposal- Tax Exemption letter needed upon acceptance**

Thank you for the opportunity to quote this project for you.

Jamie Patton
PM/Estimator
Environmental Loop Service, Inc.

Accepted By/Date:

[signature] 7-31-17
[signature] 7/31/17

**July 31, 2017**

The Board of County Commissioners of Creek County (BOCC) met in Joint Special Session with the Public Facilities Trust on Monday, July 31, 2017 at 4:00 p.m., date and time duly posted.

**Item #1:** Meeting was called to order at 9:00 a.m. by Chairman, Newt Stephens Jr. Roll Call Stephens present, Whitehouse present, and Warner - present.

**Item #3:** Commissioner Stephens led the Pledge of Allegiance and Invocation.

**Item #2:** Statement of compliance with open meeting act-Chairman.

**Item #4:** Motion was made by Stephens and seconded by Warner to accept all quotes and accept recommendation from the Public Facilities Trust to award quote to Environmental Loop Service, Inc. for $49,993.69. This is to build and install a cooling tower for the geothermal system at the jail. Quotes submitted by Environmental Loop Service, Inc., Industrial Repair, and Air Comfort Inc. Stephens stated that Paul Farris has been working on three different quotes; this would be putting a radiator in front of the geothermal system. The system was first put in to cool in the summer and then use the heat for the winter. With the warmer temperature we have had, the ground has just heated too much. We have spoken to Environmental Loop Service and they said that this is a fix to the system and not a band aide. The phone quotes have to be under $50,000.00 or we would have to bid out the project. Farris stated the company stated the geothermal is good on the system. Bret Bowling, Sheriff stated with the system not operating correctly I am concerned if the units have any damage. Bowling stated the problem is the water is coming in so hot that it cannot cool the units. We are temporarily running cold water into system for it to cool. Farris stated nothing is damaged that we know of. Stephens stated the problem has been there is a heat censor on system and when it hits that degree the system shuts down. Farris stated the previous Administration had been running the system at 60 to 70 degrees and this has not allowed the well to cool down, making the water stay hot. Dick White asked how old the system is, Bowling stated 10 years old. White asked if any other option had been explored, like replacing the geothermal with a commercial unit. Stephens stated the cost would be too much. This system is supposed to be more efficient and have a savings. Bowling stated we are worried on what our water bill is going to be. Our electric bill has been running $8,000.00. We just don't know. Paul Farris stated they have explored all avenues and this is the best one. We will need to pour a pad for the tower and the company stated it will take 6 weeks. They will start working on it as soon as they are notified they received the awarding. A motion was made by Ky Chaffin and seconded by Chuck Mitchel to accept quote from Environmental Loop Service, Inc. Vote as follows: Stephens - Aye, Warner - Aye.

**Adjournment:** Motion was made by Stephens and seconded by Warner at 4:20 p.m. to adjourn. Vote as follows: Stephens - Aye, Warner - Aye.

Oklahoma State Department of Health
Creating a State of Health

August 2, 2017

Jail Administrator
Creek County Jail
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

A recent inspection was conducted at your facility by a member of the Jail Inspection Division. The results of the findings are attached.

Sincerely,

Espaniola Bowen, MCJA, M.Ed.

Espaniola Bowen, MCJA, M.Ed.
Administrative Program Manager
Managed Care Systems
Health Facilities Systems
Jail Inspection Division

c Creek County Commissioners
Tina Johnson, Deputy Commissioner, Community & Family Health Services
Creek County Health Administrator

Encl

Terry L Cline, PhD
*Commissioner of Health*
*Secretary of Health and Human Services*

Board of Health

Martha A Burger, MBA
*President*
Jenny Alexopulos, DO
Terry R Gerard, DO

Cris Hart-Wolfe
*Vice President*
Charles W Grim, DDS, MHSA
R Murali Krishna, MD

Robert S Stewart, MD
*Secretary - Treasurer*
Timothy E Starkey, MBA

1000 NE 10TH Street
Oklahoma City, OK 73117-1207
www.health.ok.gov
*An Equal Opportunity Employer*

PHAB

Oklahoma State Department of Health
Creating a State of Health

August 22, 2017

**CERTIFIED MAIL**
**7015 1520 0001 8887 9211**

Jail Administrator
Creek County Jail
PO Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

A recent inspection was conducted at your facility by a member of the Jail Inspection Division. The results of the findings are attached.

Sincerely,

Espaniola Bowen, MCJA, M.Ed

Espaniola Bowen, MCJA, M.Ed.
Administrative Program Manager
Jail Inspection Division

c Creek County Commissioners
Tina Johnson, Deputy Commissioner, Community & Family Health Services
Creek County Health Administrator

Encl

Board of Health

Terry L Cline, PhD
*Commissioner of Health*
*Secretary of Health and Human Services*

Martha A Burger, MBA
*President*
Jenny Alexopulos, DO
Terry R Gerard, DO

Cris Hart-Wolfe
*Vice President*
Charles W Grim, DDS, MHSA
R Murali Krishna, MD

Robert S Stewart, MD
*Secretary - Treasurer*
Timothy E Starkey, MBA

1000 NE 10th Street
Oklahoma City, OK 73117-1207
www.health.ok.gov
*An Equal Opportunity Employer*

PHAB

OKLAHOMA STATE DEPARTMENT OF HEALTH
JAIL INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| JAIL: Creek County Jail | INSPECTION DATE: August 8, 2017 |
|---|---|

| REPORT DATE<br>August 22, 2017 | 60-DAY CORRECTION DATE<br>60 Days from Notice of Delivery | CERTIFIED MAIL RECEIPT#<br>7015 1520 0001 8887 9211 |
|---|---|---|

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B) (1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted an investigation of complaints (C-2017-077 and C-2017-079) on August 8, 2017. The census was 326.<br><br>Based on the violation(s) cited below, the jail is not in substantial compliance.<br><br>The following deficient practice(s) were identified: | |
| 5-6(27) | **Safety, sanitary and hygiene standards**<br>**.....The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following.....**<br>**27) Air circulation and ventilation shall be capable of maintaining a temperature of at least eighty-five (85) degrees Fahrenheit or lower. If temperature exceeds eighty-five (85) degrees Fahrenheit, positive air movement shall be provided by use of fans, coolers, or air conditioning units. New facilities or substantially remodeled facilities shall be equipped with central air conditioning or individual air conditioning units which are capable of maintaining a temperature of eighty-five (85) degrees Fahrenheit.**<br><br>This Rule was not met as evidenced by:<br><br>Based on observation, interview and record review, it was determined the facility failed to ensure that air conditioniog system was in good working condition.<br><br>Findings:<br><br>1. During the interview with jail staff, the facility was having issues with the air conditioning system and a work order had been placed. According to jail staff the replacement system has to ba built off site and then brought to the facility to be installed. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the jail administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct training of jail staff on the policy.<br><br>4) Review and adopt further corrective actions as needed based on observations and interviews. |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2017-077**

| | |
|---|---|
| **Date Of Investigation:** | **August 8, 2017** |
| **Facility:** | **Creek County Jail** |

ALLEGATION 1: Overcrowded in I-Pod and N-Pod.

ALLEGATION 2: No working sinks in I and N pods.

ALLEGATION 3: Only one working toilet in I-Pod.

ALLEGATION 4: No indigent supplies being passed out.

ALLEGATION 5: Inmates with staph not being segregated.

ALLEGATION 6: Black residue in showers just being painted over.

ALLEGATION 7: As of yesterday, air conditioning was not working.

On July 10, 2017, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on August 8, 2017. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:** During the investigation of the facility there were 28 inmates in I-pod and 31 inmates in N-pod. The jail capacity is 346, facility count for August 8, 2017, was 326.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

---

**ALLEGATION #2 FINDINGS:** All sinks in I-pod and N-pod were in working order.



EXHIBIT 6

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

---

**ALLEGATION #3 FINDINGS:** All toilets were working in I-pod.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**
**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

---

**ALLEGATION #4 FINDINGS:** In accordance with jail standards, personal hygiene products were being issued in a timely manner.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**
**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

---

**ALLEGATION #5 FINDINGS:** During investigation and interview with Jail staff, there were no reports of staph in the jail.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**
**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

---

**ALLEGATION #6 FINDINGS:** During investigation of the cells there were no signs of black residue in the showers.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**
**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**ALLEGATION #7 FINDINGS:** According to Jail staff they did have problems with the cooling system and parts. A new unit will have to be built and installed on-site. A work order has been placed.

**THIS ALLEGATION WAS:**
☒ **Substantiated** ☐ **Unsubstantiated** ☒ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☒ was [☐ was not] identified.**

**DISPOSITION:** A report of deficiency will be issued pursuant to Title 74, Section 193(B).

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

---

**INVESTIGATION REPORT C-2017-079**

| | |
|---|---|
| **Date Of Investigation:** | **August 8, 2017** |
| **Facility:** | **Creek County Jail** |

ALLEGATION 1:No hot water in facility.

ALLEGATION 2:G pod, cells 125 and 126 have clogged sinks and toilets that don't work.

On July 24, 2017, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on August 8, 2017. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:** In accordance with jail standard the facility provided hot water and cold water to all cells.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

---

**ALLEGATION #2 FINDINGS:** During the investigation and interview with Jail staff there was no evidence of clogged sinks and toilet in G pod cells 125 and 126.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION:** No further action required.



EXHIBIT 6

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Creek County Jail
PO Box 1600
Sapulpa OK 74067

9590 9402 2172 6193 9158 77

2. Article Number (Transfer from service label)
7015 1520 0001 8887 9211

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Kelsey Stanley
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Kelsey Stanley

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

RECEIVED
AUG 2 8 2017
HE... DEVEL... RESOURCES

AUG 2 5 2017
SAPULPA OK 74066-9998
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...Mail
...Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

Protective Health Services
Oklahoma State Department of Health

# JAILER TESTING SIGN-IN LOG

DATE: 9/11 INSPECTOR C Cole

FACILITY TESTING: ~~Cole~~ Creek Co

## PRINT PRINT

| NAME | LENGTH OF SERVICE | NAME | LENGTH OF SERVICE |
|---|---|---|---|
| √1. Earnesto Sellers | 4 yrs | 13. | |
| √2. Addie Leatherwood | 1½ | 14. | |
| √3. Cynthia Thompson | 5½ | 15. | |
| √4. Lane, ~~Conner~~ Conner | ~~1~~ 1/2 | 16. | |
| √5. Jordan Hudson | 2yr 7mo | 17. | |
| √6. DON CAFFEY | 1 YR. | 18. | |
| √7. Tisha Robinson | 3 1/2 | 19. | |
| 8. | | 20. | |
| 9. | | 21. | |
| 10. | | 22. | |
| 11. | | 23. | |
| 12. lprout@creekcountysheriff.com ↑ future dates | | 24. | |

DDR-8 041 PX40_000041

EXHIBIT 6

Oklahoma State Department of Health
Creating a State of Health

May 21, 2018

Jail Administrator
Creek County Jail
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

A recent inspection was conducted at your facility by a member of the Jail Inspection Division. The results of the findings are attached.

Sincerely,

Scott Chisholm

Scott Chisholm
Program Manager
Jail Inspection Division

c Creek County Commissioners
Tina Johnson, Deputy Commissioner, Community & Family Health Services
Creek County Health Administrator

Encl

OKLAHOMA STATE DEPARTMENT OF HEALTH
JAIL INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| JAIL: Creek County Jail | INSPECTION DATE: May 7, 2018 |
|---|---|

| REPORT DATE May 21, 2018 | 60-DAY CORRECTION DATE 60 Days from Notice of Delivery | |
|---|---|---|

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted an annual inspection and complaint investigation (C-2017-163, C-2018-012, C-2018-033) on 05/07/18. The census was 215. No deficient practice was cited. The jail is deemed to be in substantial compliance. | |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2017-163**

**Date Of Investigation:** **May 7, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1: Not receiving cleaning supplies.

ALLEGATION 2: Showers have mold.

ALLEGATION 3: Grievances are not addressed by staff according to their policy.

ALLEGATION 4: Inmates are locked in their cells at night with no access to running water.

ALLEGATION 5: Many showers and water faucets do not work.

On December 22, 2017, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on May 7, 2018. The findings of the investigation are as follows:

**ALLEGATION #1 FINDINGS:**

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

At the time of investigation, daily jail logs were reviewed for the day of investigation and several days prior. The facility maintains a log of all cleaning supplies issued daily showing when the supplies are issued and removed from the pods.

**ALLEGATION #2 FINDINGS:**

**THIS ALLEGATION WAS:**

**☐ Substantiated ☒ Unsubstantiated ☐ Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

At the time of investigation no substance resembling mold was observed in any shower. The facility issues cleaning supplies daily to inmates to insure they have the ability to maintain the cleanliness of their living areas.

---

**ALLEGATION #3 FINDINGS:**

**THIS ALLEGATION WAS:**
**☐ Substantiated ☒ Unsubstantiated ☐ Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

Review of facility's policy and inmate's file indicated that the inmate did not follow facility's policy. During interview the jail administrator stated that when grievances are received and the inmate does not follow facility policy, the inmate is met with and the policy is explained.

---

**ALLEGATION #4 FINDINGS:**

**THIS ALLEGATION WAS:**
**☐ Substantiated ☒ Unsubstantiated ☐ Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

During this investigation, several cells were toured and it was observed that all cells have a toilet sink combination with hot and cold running water. The jail administrator was interviewed and asked if at any point have there been any issues with water supply to the cell. The jail administrator did not recollect any.

---

**ALLEGATION #5 FINDINGS:**

**THIS ALLEGATION WAS:**
**☐ Substantiated ☒ Unsubstantiated ☐ Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**MAY 7, 2018**
**CREEK COUNTY JAIL**
**INVESTIGATION REPORT C-2017-163**
**PAGE 3 OF 3**

During time of investigation no observation was made to substantiate this claim.

**DISPOSITION**: No further action required.

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

---

## INVESTIGATION REPORT C-2018-033

| | |
|---|---|
| **Date Of Investigation:** | **May 7, 2018** |
| **Facility:** | **Creek County Jail** |

ALLEGATION 1:Received no mat the first night of booking. Received one the next day but it was only half a mat.

ALLEGATION 2: From 2/2/18 to 2/28/18 had one pair of clothes and no hygiene.

ALLEGATION 3: From 2/22/18 to 3/1/18 we had no hot water in sinks or showers.

On March 19, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on May 7, 2018. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:**

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

Observations made touring facility indicate facility maintains an adequate supply of mattresses to be issued. During interview jail administrator could not recall a situation in the past that would result in an inmate not being issued a mattress.

---

**ALLEGATION #2 FINDINGS:**

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**MAY 7, 2018**
**CREEK COUNTY JAIL**
**INVESTIGATION REPORT C-2018-033**
**PAGE 2 OF 2**

Facility maintains a laundry schedule and the facility issues hygiene items to indigent inmates weekly.

---

**ALLEGATION #3 FINDINGS:**

**THIS ALLEGATION WAS:**
**☐ Substantiated ☒ Unsubstantiated ☐ Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION**: No further action required.

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

---

**INVESTIGATION REPORT C-2018-012**

**Date Of Investigation:** **May 7, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1: Female pad are not being given upon request.

On January 22, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on May 7, 2018. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:**

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

Female inmate interviewed stated that sanitary pads are given. Inmate also displayed her supply of sanitary pads.

**DISPOSITION**: No further action required.

Health Resources Development Service
Oklahoma State Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street · Oklahoma City, OK 73117
Telephone (405) 271-3912 · Fax (405) 271-5304
E-mail jails@health.ok.gov
http://jails.health.ok.gov

# JAIL INSPECTION REPORT

DATE: 5-7-2018

Type of Facility: (Check One) COUNTY ☒ CITY ☐ LOCK-UP ☐

Facility: Creek County Mailing Address: 9175 Ridgeview St

City: Sapulpa County: Creek Zip: 74067

Sheriff/Chief: Brett Bowling Jail Administrator: Cody Smith

Jail Administrator's Phone: 918-216-4767 Jail Administrator E-Mail csmith@creekcountysheriff.com

Jail Fax #: 918 227-6374

Medical Authority: Turn Key

Staffing: Day Shift(M) 3 (F) 3 Evening (M) 3 (F) 1 Night(M) 3 (F) 1

Total Male Beds: 280 Female Beds: 56 Juvenile Beds: N/A Special Cells: 12

Population Today: 215 Rated Capacity: 346 Avg. Daily Population: 210 Men 180 Women 30

Sentenced: Male 20 Fem 2 Juv Male 0 Juv Fem 0 Total 22

Unsentenced: Male 157 Fem 36 Juv Male 0 Juv Fem 0 Total 193

DOC J&S: ________ Menu Approved by Licensed Dietitian (Long Term Jail Only) Yes ✓ No ___

Food Prepared By: Tiger Corrections Approved Form for Book In Yes ✓ No ___

Inmates with mental health issues appropriately segregated Yes ☒ No ☐

Facility has written policy regarding inmates with mental health problems Yes ☑ No ☐

DEFICIENCIES: Title 310 Chapter 670

Facility in substantial compliance Yes ☑ No ☐

Deficiencies noted during inspection Yes ☐ Statement of Deficiencies to follow

I ACKNOWLEDGE REVIEW OF THIS REPORT AND SWEAR THAT THE INFORMATION GIVEN BY ME IS TRUE TO THE BEST OF MY KNOWLEDGE.

Cody Smith #41
Signature of Jail Representative

I CERTIFY THAT THIS INSPECTION COVERED ALL APPLICABLE STANDARDS.

[signature]
Signature of Inspector/Investigator

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2018-012**

**Date Of Investigation:** **May 7, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1: Female pad are not being given upon request.

On January 22, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on May 7, 2018. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:**

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

Female inmate interviewed stated that sanitary pads are given. Inmate also displayed her supply of sanitary pads.

**DISPOSITION**: No further action required.

Oklahoma State Department of Health
Creating a State of Health

February 21, 2019

**CERTIFIED MAIL**
**7018 1130 0001 5325 5307**

Jail Administrator
Creek Detention Facility
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

An inspection was conducted at your detention facility by a member of the Jail Inspection Division. This inspection identified violations of the Oklahoma Administrative Code (OAC) in Title 310, Chapter 670, Jail Standards.

Pursuant to Title 74 of the Oklahoma Statutes, at Section 193(B), you are provided a report of the inspection in the enclosed *list of deficiencies ... and specific proposals for their solution.* You are provided notice the jail is not in substantial compliance.

Pursuant to Title 74 O.S. Section 194, [if] *the deficiencies listed in the report have not been corrected, within sixty (60) days after delivery of the report, the Commissioner of Health shall be authorized to file a complaint with the Attorney General or the district attorney.*

Sincerely,

James Joslin
Assistant Deputy Commissioner
Jail Inspection Division

Enc. Statement of Deficiencies

c Creek County Commissioners
Keith Reed, Deputy Commissioner, Community Health Services
Creek County Health Administrator

OKLAHOMA STATE DEPARTMENT OF HEALTH
DETENTION FACILITY INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| DETENTION FACILITY: | Creek County Detentiou Facility | INSPECTION DATE: | August 9, 2018 |
|---|---|---|---|

| REPORT DATE | 60-DAY CORRECTION DATE | CERTIFIED MAIL RECEIPT# |
|---|---|---|
| February 21, 2019 | 60 Days from Notice of Delivery | 7018 2290 0000 9922 8807 |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted a complaint investigation (C-2018-055, C-2018-065, C-2018-073, C-2018-081, C-2018-086, C-2018-087) on 8/9/18. Based on the violation(s) cited below, the Detention Facility is not in substantial compliance.<br><br>The following deficient practice(s) were identified: | |
| 5-6(1)(19)(22)(27) | **Safety, Sanitary And Hygiene Staudards**<br>**The admiuistrator shall develop and implement policies and procedures for the safety and maiutenance of sanitation throughout the facility. These shall include at least the following:**<br>**(1)The facility shall comply with state and local sanitation and health codes, as well as the Life Safety code.**<br>**........**<br>**(19) Any condition conducive to harboring or breeding insects, rodeuts or other vermin shall be eliminated immediately. Licensed pest control professionals shall be contracted to perform pest control on a scheduled basis specified in the facility policy and procedure.**<br>**........**<br>**(22) There shall be containers for refuse in prisoner living quarters and in other locations throughout the facility. Containers shall be fire retardant and approved for use in a jail facility.**<br>**........**<br>**(27) Air circulation and ventilation shall be capable of maintaining a temperature of at least eighty-five (85) degrees Fahrenheit or lower. If temperature exceeds eighty-five (85) degrees Fahrenheit, positive air movement shall be provided by use of fans, coolers, or air conditioning units. New facilities or substantially remodeled facilities shall be equipped with central air conditioning or individual air conditioning units which are capable of maintaining a temperature of eighty-five (85) degrees Fahrenheit.**<br><br>This Rule was not met as evidenced by:<br><br>Based on observations made during this investigation, the facility failed to provide sanitary conditions in multiple areas of the facility. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) Review and adopt further corrective actions as needed based on observations and interviews. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | Finding:<br><br>1) During this investigation, it was observed that there were toilets in K pod that leaked water from the wall area and the base when the toilet was flushed.<br><br>2) It was also observed that the toilet in C-209 was clogged and had fecal matter accumulated in it. There was a shirt placed over the toilet in an effort to curtail the gnats and flies. This unsanitary condition is conducive to harboring or breeding insects and other vermin.<br><br>3) The ceilings in cells D 113 and D 114 were observed to leak when the toilets or showers above these cells were used.<br><br>4) There were no trash containers observed in the K pod. On entering the pod, trash was observed to be piled against the wall.<br><br>5) The air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units and was shown a computer monitor with the air conditioning statistics. The temperature for the K pod showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time. Interviews indicated the temperature on other days had exceeded the temperature observed during the time of this inspection.<br><br>6) The downstairs toilet in K pod was observed to be leaking.<br><br>7) The upstairs shower in K pod was not draining. | |
| **5-11(a)(4)(A)** | **Physical plant**<br>**(a) Existing facilities.**<br>**........**<br>**(4) The housing and activity areas shall provide, at least the following:**<br>**(A) Lighting of at least twenty (20) foot candles;**<br><br>This Rule was not met as evidenced by:<br><br>During this investigation it was determined the facility failed to ensure lighting in housing areas met the physical plant standard. This affected two inmates that were housed in this cell<br><br>Findings:<br><br>1) The light fixture in cell D-116 was observed to not be in working order. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Review the requirement.<br><br>2) Conduct an environmental tour to identify those areas not meeting the required lighting.<br><br>3) Requisition repairs to repair the lighting<br><br>4) Implement periodic environmental tours to assess compliance with the physical plant standards. |



EXHIBIT 6

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| **Title 74 Section 193** | **Right of entry - report of inspection**<br>**A. Inspectors employed by the State Department of Health shall be permitted to enter all jail premises and administrative offices for the purpose of performing their assigned duties.**<br><br>**The disclosure of protected health information (PHI) is governed by the Health Information Portability and Accountability Act or "HIPAA Privacy Rule" - 45 C.F.R. Parts 160 and 164. The HIPAA Privacy Rule permits use and disclosure of PHI to "health oversight agencies," such as the Oklahoma State Department of Health, without the authorization of the subject of that iuformation for health oversight activities that are authorized by law - 45 C.F.R. § 164.501. Examples are inspections, licensures and other activities necessary for the appropriate oversight of entities subject to government regulatory programs for which health information is necessary to determine compliance with program standards - 45 C.F.R. § 164.512(d).**<br><br>This Rule was not met as evidenced by:<br><br>Based on interview, it was determined the facility failed to provide investigators access to medical records for the purpose of performing their assigned duties.<br><br>Findings:<br><br>1) During this investigation the investigator contacted the administrator by phone requesting medical documents for two inmates who had complaints filed on their behalf. The administrator stated the documents would be provided.<br><br>2) The facility nurse contacted the inspector and refused to provide the requested documents. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Consult with the District Attorney's office or Attorney General's office to confirm the requirements to allow inspectors access to the facility and records.<br><br>2) Instruct staff on these requirements. |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2018-073**

**Date Of Investigation:** **August 9, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1:Inmate in a pod with no air conditioning. Alleges Captain Smith keeps taking the fan as punishment when the inmates complain it is hot.

ALLEGATION 2: C/O Hopper refuses to bring cool water to drink.

ALLEGATION 3: Inmates are not given cleaning supplies according to standards.

ALLEGATION 4: So hot paint is peeling off walls.

ALLEGATION 5: Inmates not being given cleaning supplies

On July 18, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on August 9, 2018. The findings of the investigation are as follows:

**ALLEGATION #1 FINDINGS:** During this investigation, the air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units. and was shown a computer monitor with the air conditioning statistics; temperature for K unit showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time.

**THIS ALLEGATION WAS:**
☒ **Substantiated** ☐ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☒ was [☐ was not] identified.**

**ALLEGATION #2 FINDINGS:** No documentation, other than inmate statements, could be obtained to substantiate this allegation.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

---

**ALLEGATION #3 FINDINGS:** Documentation in the form of a cleaning supply log shows that the inmates are receiving cleaning supplies.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

---

**ALLEGATION #4 FINDINGS:** During this investigation, the air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units. and was shown a computer monitor with the air conditioning statistics; temperature for K unit showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

---

**ALLEGATION #5 FINDINGS:** Documentation in the form of a cleaning supply log shows that the inmates are receiving cleaning supplies.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

**DISPOSITION:** A report of deficiency will be issued pursuant to Title 74, Section 193(B).

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1\. Article Addressed to:

Attention: **Jail Administrator**
Creek County Jail
P O Box 1600
Sapulpa OK 74067

9590 9402 4494 8248 0611 50

2\. Article Number (Transfer from service label)

7018 1130 0001 5325 5307

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name) LYNette Dewees C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 25 2019
USPS

3\. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Oklahoma State Department of Health
Creating a State of Health

February 21, 2019

**CERTIFIED MAIL**
**7018 1130 0001 5325 5307**

Jail Administrator
Creek Detention Facility
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

An inspection was conducted at your detention facility by a member of the Jail Inspection Division. This inspection identified violations of the Oklahoma Administrative Code (OAC) in Title 310, Chapter 670, Jail Standards.

Pursuant to Title 74 of the Oklahoma Statutes, at Section 193(B), you are provided a report of the inspection in the enclosed *list of deficiencies ... and specific proposals for their solution.* You are provided notice the jail is not in substantial compliance.

Pursuant to Title 74 O.S. Section 194, [if] *the deficiencies listed in the report have not been corrected, within sixty (60) days after delivery of the report, the Commissioner of Health shall be authorized to file a complaint with the Attorney General or the district attorney.*

Sincerely,

James Joslin
Assistant Deputy Commissioner
Jail Inspection Division

Enc. Statement of Deficiencies

c Creek County Commissioners
Keith Reed, Deputy Commissioner, Community Health Services
Creek County Health Administrator

OKLAHOMA STATE DEPARTMENT OF HEALTH
DETENTION FACILITY INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| | | | |
|---|---|---|---|
| **DETENTION FACILITY:** | **Creek County Detention Facility** | **INSPECTION DATE:** | **August 9, 2018** |

| REPORT DATE | 60-DAY CORRECTION DATE | CERTIFIED MAIL RECEIPT# |
|---|---|---|
| **February 21, 2019** | **60 Days from Notice of Delivery** | **7018 2290 0000 9922 8807** |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted a complaint investigation (C-2018-055, C-2018-065, C-2018-073, C-2018-081, C-2018-086, C-2018-087) on 8/9/18. Based on the violation(s) cited below, the Detention Facility is not in substantial compliance.<br><br>The following deficient practice(s) were identified: | |
| 5-6(1)(19)(22)(27) | **Safety, Sanitary And Hygiene Standards**<br>**The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:**<br>**(1)The facility shall comply with state and local sanitation and health codes, as well as the Life Safety code.**<br>**........**<br>**(19) Any condition conducive to harboring or breeding insects, rodents or other vermin shall be eliminated immediately. Licensed pest control professionals shall be contracted to perform pest control on a scheduled basis specified in the facility policy and procedure.**<br>**........**<br>**(22) There shall be containers for refuse in prisoner living quarters and in other locations throughout the facility. Containers shall be fire retardant and approved for use in a jail facility.**<br>**........**<br>**(27) Air circulation and ventilation shall be capable of maintaining a temperature of at least eighty-five (85) degrees Fahrenheit or lower. If temperature exceeds eighty-five (85) degrees Fahrenheit, positive air movement shall be provided by use of fans, coolers, or air conditioning units. New facilities or substantially remodeled facilities shall be equipped with central air conditioning or individual air conditioning units which are capable of maintaining a temperature of eighty-five (85) degrees Fahrenheit.**<br><br>This Rule was not met as evidenced by:<br><br>Based on observations made during this investigation, the facility failed to provide sanitary conditions in multiple areas of the facility. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) Review and adopt further corrective actions as needed based on observations and interviews. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | Finding:<br><br>1) During this investigation, it was observed that there were toilets in K pod that leaked water from the wall area and the base when the toilet was flushed.<br><br>2) It was also observed that the toilet in C-209 was clogged and had fecal matter accumulated in it. There was a shirt placed over the toilet in an effort to curtail the gnats and flies. This unsanitary condition is conducive to harboring or breeding insects and other vermin.<br><br>3) The ceilings in cells D 113 and D 114 were observed to leak when the toilets or showers above these cells were used.<br><br>4) There were no trash containers observed in the K pod. On entering the pod, trash was observed to be piled against the wall.<br><br>5) The air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units and was shown a computer monitor with the air conditioning statistics. The temperature for the K pod showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time. Interviews indicated the temperature on other days had exceeded the temperature observed during the time of this inspection.<br><br>6) The downstairs toilet in K pod was observed to be leaking.<br><br>7) The upstairs shower in K pod was not draining. | |
| 5-11(a)(4)(A) | **Physical plant**<br>**(a) Existing facilities.**<br>........<br>**(4) The housing and activity areas shall provide, at least the following:**<br>**(A) Lighting of at least twenty (20) foot candles;**<br><br>This Rule was not met as evidenced by:<br><br>During this investigation it was determined the facility failed to ensure lighting in housing areas met the physical plant standard. This affected two inmates that were housed in this cell<br><br>Findings:<br><br>1) The light fixture in cell D-116 was observed to not be in working order. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Review the requirement.<br><br>2) Conduct an environmental tour to identify those areas not meeting the required lighting.<br><br>3) Requisition repairs to repair the lighting<br><br>4) Implement periodic environmental tours to assess compliance with the physical plant standards. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| **OAC: 310:670** | **STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION)** | **PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)]** |
|---|---|---|
| **Title 74 Section 193** | **Right of entry - report of inspection**<br>**A. Inspectors employed by the State Department of Health shall be permitted to enter all jail premises and administrative offices for the purpose of performing their assigned duties.**<br><br>**The disclosure of protected health information (PHI) is governed by the Health Information Portability and Accountability Act or "HIPAA Privacy Rule" - 45 C.F.R. Parts 160 and 164. The HIPAA Privacy Rule permits use and disclosure of PHI to "health oversight agencies," such as the Oklahoma State Department of Health, without the authorization of the snbject of that information for health oversight activities that are authorized by law - 45 C.F.R. § 164.501. Examples are inspections, licensures and other activities uecessary for the appropriate oversight of entities subject to government regulatory programs for which health information is necessary to determine compliance with program standards - 45 C.F.R. § 164.512(d).**<br><br>This Rule was not met as evidenced by:<br><br>Based on interview, it was determined the facility failed to provide investigators access to medical records for the purpose of performing their assigned duties.<br><br>Findings:<br><br>1) During this investigation the investigator contacted the administrator by phone requesting medical documents for two inmates who had complaints filed on their behalf. The administrator stated the documents would be provided.<br><br>2) The facility nurse contacted the inspector and refused to provide the requested documents. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Consult with the District Attorney's office or Attorney General's office to confirm the requirements to allow inspectors access to the facility and records.<br><br>2) Instruct staff on these requirements. |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2018-086**

**Date Of Investigation:** **August 9, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1: Facility is painting over black mold.

ALLEGATION 2: D-113 leaks water on the floor and upper bunk when it rains.

ALLEGATION 3: Cell C-209 has worms coming from the drain and spout in the sink and the shower drains.

ALLEGATION 4: Food portions are scarce.

On August 2, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on August 9, 2018. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:** No observation made during this investigation to support this claim.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

---

**ALLEGATION #2 FINDINGS:** It was observed that when the toilet or shower is used above cell 113 or 114, both cells have water leaking from above.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☒ was [☐ was not] identified.**

---

**ALLEGATION #3 FINDINGS:** The toilet in this cell was not functioning and was clogged with feces. There was a shirt placed over the bowl but this did not prevent the cell from being infested with gnats.

**THIS ALLEGATION WAS:**
☒ **Substantiated** ☐ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☒ was [☐ was not] identified.**

---

**ALLEGATION #4 FINDINGS:** No observation made during this investigation to support this claim. The food service supervisor provided the signed, approved menu and also demonstrated the serving of portions with the portioned measured utensils.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION**: A report of deficiency will be issued pursuant to Title 74, Section 193(B).

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2018-033**

**Date Of Investigation:** **May 7, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1:Received no mat the first night of booking. Received one the next day but it was only half a mat.

ALLEGATION 2: From 2/2/18 to 2/28/18 had one pair of clothes and no hygiene.

ALLEGATION 3: From 2/22/18 to 3/1/18 we had no hot water in sinks or showers.

On March 19, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on May 7, 2018. The findings of the investigation are as follows:

**ALLEGATION #1 FINDINGS:**

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

Observations made touring facility indicate facility maintains an adequate supply of mattresses to be issued. During interview jail administrator could not recall a situation in the past that would result in an inmate not being issued a mattress.

**ALLEGATION #2 FINDINGS:**

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**



EXHIBIT 6

Facility maintains a laundry schedule and the facility issues hygiene items to indigent inmates weekly.

---

**ALLEGATION #3 FINDINGS:**

**THIS ALLEGATION WAS:**
**☐ Substantiated ☒ Unsubstantiated ☐ Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION**: No further action required.

Oklahoma State Department of Health
Creating a State of Health

February 21, 2019

**CERTIFIED MAIL**
**7018 1130 0001 5325 5307**

Jail Administrator
Creek Detention Facility
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

An inspection was conducted at your detention facility by a member of the Jail Inspection Division. This inspection identified violations of the Oklahoma Administrative Code (OAC) in Title 310, Chapter 670, Jail Standards.

Pursuant to Title 74 of the Oklahoma Statutes, at Section 193(B), you are provided a report of the inspection in the enclosed *list of deficiencies ... and specific proposals for their solution.* You are provided notice the jail is not in substantial compliance.

Pursuant to Title 74 O.S. Section 194, [if] *the deficiencies listed in the report have not been corrected, within sixty (60) days after delivery of the report, the Commissioner of Health shall be authorized to file a complaint with the Attorney General or the district attorney.*

Sincerely,

James Joslin
Assistant Deputy Commissioner
Jail Inspection Division

Enc. Statement of Deficiencies

c Creek County Commissioners
Keith Reed, Deputy Commissioner, Community Health Services
Creek County Health Administrator

OKLAHOMA STATE DEPARTMENT OF HEALTH
DETENTION FACILITY INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| DETENTION FACILITY: | Creek County Detention Facility | INSPECTION DATE: | August 9, 2018 |
|---|---|---|---|

| REPORT DATE | 60-DAY CORRECTION DATE | CERTIFIED MAIL RECEIPT# |
|---|---|---|
| February 21, 2019 | 60 Days from Notice of Delivery | 7018 2290 0000 9922 8807 |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted a complaint investigation (C-2018-055, C-2018-065, C-2018-073, C-2018-081, C-2018-086, C-2018-087) on 8/9/18. Based on the violation(s) cited below, the Detention Facility is not in substantial compliance.<br><br>The following deficient practice(s) were identified: | |
| 5-6(1)(19)(22)(27) | **Safety, Sanitary And Hygiene Standards**<br>**The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following: (I)The facility shall comply with state and local sanitation and health codes, as well as the Life Safety code.**<br>**........**<br>**(19) Any condition conducive to harboring or breeding insects, rodents or other vermin shall be eliminated immediately. Licensed pest control professionals shall be contracted to perform pest control on a scheduled basis specified in the facility policy and procedure.**<br>**........**<br>**(22) There shall be containers for refnse in prisoner living quarters and in other locations throughout the facility. Containers shall be fire retardant and approved for use in a jail facility.**<br>**........**<br>**(27) Air circulation and ventilation shall be capable of maintaining a temperature of at least eighty-five (85) degrees Fahrenheit or lower. If temperatnre exceeds eighty-five (85) degrees Fahrenheit, positive air movement shall be provided by use of fans, coolers, or air conditioning units. New facilities or substantially remodeled facilities shall be equipped with central air conditioning or individual air conditioning units which are capable of maintaining a temperature of eighty-five (85) degrees Fahrenheit.**<br><br>This Rule was not met as evidenced by:<br><br>Based on observations made during this investigation, the facility failed to provide sanitary conditions in multiple areas of the facility. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) Review and adopt further corrective actions as needed based on observations and interviews. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | Finding:<br><br>1) During this investigation, it was observed that there were toilets in K pod that leaked water from the wall area and the base when the toilet was flushed.<br><br>2) It was also observed that the toilet in C-209 was clogged and had fecal matter accumulated in it. There was a shirt placed over the toilet in an effort to curtail the gnats and flies. This unsanitary condition is conducive to harboring or breeding insects and other vermin.<br><br>3) The ceilings in cells D 113 and D 114 were observed to leak when the toilets or showers above these cells were used.<br><br>4) There were no trash containers observed in the K pod. On entering the pod, trash was observed to be piled against the wall.<br><br>5) The air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units and was shown a computer monitor with the air conditioning statistics. The temperature for the K pod showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time. Interviews indicated the temperature on other days had exceeded the temperature observed during the time of this inspection.<br><br>6) The downstairs toilet in K pod was observed to be leaking.<br><br>7) The upstairs shower in K pod was not draining. | |
| 5-11(a)(4)(A) | **Physical plant**<br>**(a) Existing facilities.**<br>........<br>**(4) The housing and activity areas shall provide, at least the following:**<br>**(A) Lighting of at least twenty (20) foot candles;**<br><br>This Rule was not met as evidenced by:<br><br>During this investigation it was determined the facility failed to ensure lighting in housing areas met the physical plant standard. This affected two inmates that were housed in this cell<br><br>Findings:<br><br>1) The light fixture in cell D-116 was observed to not be in working order. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Review the requirement.<br><br>2) Conduct an environmental tour to identify those areas not meeting the required lighting.<br><br>3) Requisition repairs to repair the lighting<br><br>4) Implement periodic environmental tours to assess compliance with the physical plant standards. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| **Title 74 Section 193** | **Right of entry - report of inspection**<br>**A. Inspectors employed by the State Department of Health shall be permitted to enter all jail premises and administrative offices for the purpose of performing their assigned duties.**<br><br>**The disclosure of protected health information (PHI) is governed by the Health Iuformation Portability and Accountability Act or "HIPAA Privacy Rule" - 45 C.F.R. Parts 160 and 164. The HIPAA Privacy Rule permits use and disclosure of PHI to "health oversight agencies," such as the Oklahoma State Department of Health, without the authorization of the subject of that information for health oversight activities that are authorized by law - 45 C.F.R. § 164.501. Examples are inspections, licensures and other activities necessary for the appropriate oversight of entities snbject to government regulatory programs for which health information is necessary to determine compliance with program standards - 45 C.F.R. § 164.512(d).**<br><br>This Rule was not met as evidenced by:<br><br>Based on interview, it was determined the facility failed to provide investigators access to medical records for the purpose of performing their assigned duties.<br><br>Findings:<br><br>1) During this investigation the investigator contacted the administrator by phone requesting medical documents for two inmates who had complaints filed on their behalf. The administrator stated the documents would be provided.<br><br>2) The facility nurse contacted the inspector and refused to provide the requested documents. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Consult with the District Attorney's office or Attorney General's office to confirm the requirements to allow inspectors access to the facility and records.<br><br>2) Instruct staff on these requirements. |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

---

**INVESTIGATION REPORT C-2018-087**

**Date Of Investigation:** **August 9, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1: Black mold in bathrooms.

ALLEGATION 2: Toilets leak feces onto floor.

ALLEGATION 3: Black mold in drinking container and on container lid.

ALLEGATION 4: Medical nurse used death threats and said "I will kill you" to inmate's cousin in K-pod.

ALLEGATION 5: Medical personnel are denying approved prescriptions.

ALLEGATION 6: All extra clothes were taken away and now have to be naked if want to have clothes laundered.

On August 7, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on August 9, 2018. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:** There was no observation made to substantiate this claim during this investigation.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was [**☒ **was not] identified.**

---

**ALLEGATION #2 FINDINGS:** During this investigation, it was observed that the toilet in K pod did leak water from the wall area and the base when the toilet was flushed. It was also

observed that the toilet in C-209 was clogged and had fecal matter accumulated in it. There was a shirt placed over the toilet in an effort to curtail the gnats and flies. This unsanitary condition is conducive to harboring or breeding insects and other vermin.

**THIS ALLEGATION WAS:**
☒ **Substantiated** ☐ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☐ was not] identified.**

---

**ALLEGATION #3 FINDINGS:** There was no observation made to substantiate this claim during this investigation.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☐ was not] identified.**

---

**ALLEGATION #4 FINDINGS:** No documentation or statements could be acquired to substantiate this claim.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☐ was not] identified.**

---

**ALLEGATION #5 FINDINGS:** During this investigation, the facility medical personnel stated that there was no record of Inmate #1 being incarcerated in the facility.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☐ was not] identified.**

---

**ALLEGATION #6 FINDINGS:** There was no observation made to substantiate this claim during this investigation.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☐ was not] identified.**

**DISPOSITION**: A report of deficiency will be issued pursuant to Title 74, Section 193(B).

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

---

**INVESTIGATION REPORT C-2018-106**

**Date Of Investigation:** **April 15, 2019**

**Facility:** **Creek County Jail**

On November 14, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on April 15, 2019. The findings of the investigation are as follows:

**ALLEGATION 1:** Medication for pre-existing condition is not being given to inmate.

---

**ALLEGATION 1 FINDINGS:** During this investigation, a document review was conducted of this inmate's book in sheet, medical intake, MAR, and notes made by the facility doctor. During this record review it was observed that this inmate was booked into the facility on October 23, 2018. The inmate's medical intake dated October 23, 2018, notes that the inmate answered yes to being prescribed medication and notes that the inmate is carrying medications. Inmate #1 was a DOC inmate coming back to Creek County on a writ. Inmate #1 was carrying bubble pack of prescribed medication from DOC. Also on the medical intake it is noted that the inmate came into the facility with a broken jaw and his jaw wired shut. Record review of the inmate's MAR shows that the inmate's medication started being issued from the detention facility medical staff on October 23, 2018, without any change until October 28, 2018. The change in medication was noted by the facility doctor as increase dosage for a data correction. The inmate's MAR documents several medication refusals and the inmate being absent for pill call. The document reviews during this investigation indicate that the detention facility provided Inmate #1 all prescribed medication.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION**: No further action required.



EXHIBIT 6

OKLAHOMA STATE DEPARTMENT OF HEALTH
DETENTION FACILITY INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| DETENTION FACILITY: | Creek County Detention Facility | INSPECTION DATE: | August 9, 2018 |
|---|---|---|---|

| REPORT DATE | 60-DAY CORRECTION DATE | CERTIFIED MAIL RECEIPT# |
|---|---|---|
| February 21, 2019 | 60 Days from Notice of Delivery | 7018 2290 0000 9922 8807 |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted a complaint investigation (C-2018-055, C-2018-065, C-2018-073, C-2018-081, C-2018-086, C-2018-087) on 8/9/18. Based on the violation(s) cited below, the Detention Facility is not in substantial compliance.<br><br>The following deficient practice(s) were identified: | |
| 5-6(1)(19)(22)(27) | **Safety, Sanitary And Hygiene Standards**<br>**The administrator shall develop and implement policies and procednres for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:**<br>**(1)The facility shall comply with state and local sanitation and health codes, as well as the Life Safety code.**<br>**........**<br>**(19) Any condition conducive to harboring or breeding insects, rodents or other vermin shall be eliminated immediately. Licensed pest control professionals shall be contracted to perform pest control on a scheduled basis specified in the facility policy and procedure.**<br>**........**<br>**(22) There shall be containers for refuse in prisoner living quarters and in other locations throughout the facility. Containers shall be fire retardant and approved for use in a jail facility.**<br>**........**<br>**(27) Air circulation and ventilation shall be capable of maintaining a temperature of at least eighty-five (85) degrees Fahrenheit or lower. If temperature exceeds eighty-five (85) degrees Fahrenheit, positive air movement shall be provided by use of fans, coolers, or air conditioning nnits. New facilities or substantially remodeled facilities shall be equipped with central air conditioning or individual air conditioning units which are capable of maintaining a temperature of eighty-five (85) degrees Fahrenheit.**<br><br>This Rule was not met as evidenced by:<br><br>Based on observations made during this investigation, the facility failed to provide sanitary conditions in multiple areas of the facility. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) Review and adopt further corrective actions as needed based on observations and interviews. |



EXHIBIT 6

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | Finding:<br><br>1) During this investigation, it was observed that there were toilets in K pod that leaked water from the wall area and the base when the toilet was flushed.<br><br>2) It was also observed that the toilet in C-209 was clogged and had fecal matter accumulated in it. There was a shirt placed over the toilet in an effort to curtail the gnats and flies. This unsanitary condition is conducive to harboring or breeding insects and other vermin.<br><br>3) The ceilings in cells D 113 and D 114 were observed to leak when the toilets or showers above these cells were used.<br><br>4) There were no trash containers observed in the K pod. On entering the pod, trash was observed to be piled against the wall.<br><br>5) The air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units and was shown a computer monitor with the air conditioning statistics. The temperature for the K pod showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time. Interviews indicated the temperature on other days had exceeded the temperature observed during the time of this inspection.<br><br>6) The downstairs toilet in K pod was observed to be leaking.<br><br>7) The upstairs shower in K pod was not draining. | |
| 5-11(a)(4)(A) | **Physical plant**<br>**(a) Existing facilities.**<br>**........**<br>**(4) The housing and activity areas shall provide, at least the following:**<br>**(A) Lighting of at least twenty (20) foot candles;**<br><br>This Rule was not met as evidenced by:<br><br>During this investigation it was determined the facility failed to ensure lighting in housing areas met the physical plant standard. This affected two inmates that were housed in this cell<br><br>Findings:<br><br>1) The light fixture in cell D-116 was observed to not be in working order. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Review the requirement.<br><br>2) Conduct an environmental tour to identify those areas not meeting the required lighting.<br><br>3) Requisition repairs to repair the lighting<br><br>4) Implement periodic environmental tours to assess compliance with the physical plant standards. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| **Title 74 Section 193** | **Right of entry - report of inspection**<br>**A. Inspectors employed by the State Department of Health shall be permitted to enter all jail premises and administrative offices for the purpose of performing their assigned duties.**<br><br>**The disclosure of protected health information (PHI) is governed by the Health Information Portability and Accountability Act or "HIPAA Privacy Rule" - 45 C.F.R. Parts 160 and 164. The HIPAA Privacy Rule permits use and disclosure of PHI to "health oversight agencies," such as the Oklahoma State Department of Health, without the authorization of the subject of that information for health oversight activities that are authorized by law - 45 C.F.R. § 164.501. Examples are iuspections, licensures and other activities uecessary for the appropriate oversight of entities subject to government regulatory programs for which health information is necessary to determine compliance with program standards - 45 C.F.R. § 164.512(d).**<br><br>This Rule was not met as evidenced by:<br><br>Based on interview, it was determined the facility failed to provide investigators access to medical records for the purpose of performing their assigned duties.<br><br>Findings:<br><br>1) During this investigation the investigator contacted the administrator by phone requesting medical documents for two inmates who had complaints filed on their behalf. The administrator stated the documents would be provided.<br><br>2) The facility nurse contacted the inspector and refused to provide the requested documents. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Consult with the District Attorney's office or Attorney General's office to confirm the requirements to allow inspectors access to the facility and records.<br><br>2) Instruct staff on these requirements. |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2018-065**

| | |
|---|---|
| **Date Of Investigation:** | **August 9, 2018** |
| **Facility:** | **Creek County Jail** |

ALLEGATION 1: E-120 cell toilet is not working since May 29, 2018.

ALLEGATION 2: Inmates being served molded food.

ALLEGATION 3: Inmate has not received his heart medication for the last week.

On June 22, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on August 9, 2018. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:** No observation made during investigation to support claim.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

No observation made during this investigation to support this claim.

---

**ALLEGATION #2 FINDINGS:** No observation made during investigation to support claim.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

No observation made during this investigation to support this claim.

---

**ALLEGATION #3 FINDINGS:** Facility did not cooperate during this investigation.

**THIS ALLEGATION WAS:**
**☒ Substantiated ☐ Unsubstantiated ☐ Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☒ was [☐ was not] identified.**

**DISPOSITION**: A report of deficiency will be issued pursuant to Title 74, Section 193(B).

Oklahoma State Department of Health
Creating a State of Health

February 21, 2019

**CERTIFIED MAIL**
**7018 1130 0001 5325 5307**

Jail Administrator
Creek Detention Facility
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

An inspection was conducted at your detention facility by a member of the Jail Inspection Division. This inspection identified violations of the Oklahoma Administrative Code (OAC) in Title 310, Chapter 670, Jail Standards.

Pursuant to Title 74 of the Oklahoma Statutes, at Section 193(B), you are provided a report of the inspection in the enclosed *list of deficiencies ... and specific proposals for their solution.* You are provided notice the jail is not in substantial compliance.

Pursuant to Title 74 O.S. Section 194, [if] *the deficiencies listed in the report have not been corrected, within sixty (60) days after delivery of the report, the Commissioner of Health shall be authorized to file a complaint with the Attorney General or the district attorney.*

Sincerely,

James Joslin
Assistant Deputy Commissioner
Jail Inspection Division

Enc. Statement of Deficiencies

c Creek County Commissioners
Keith Reed, Deputy Commissioner, Community Health Services
Creek County Health Administrator

OKLAHOMA STATE DEPARTMENT OF HEALTH
DETENTION FACILITY INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| DETENTION FACILITY: | Creek County Detention Facility | INSPECTION DATE: | August 9, 2018 |
|---|---|---|---|

| REPORT DATE | 60-DAY CORRECTION DATE | CERTIFIED MAIL RECEIPT# |
|---|---|---|
| February 21, 2019 | 60 Days from Notice of Delivery | 7018 2290 0000 9922 8807 |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted a complaint investigation (C-2018-055, C-2018-065, C-2018-073, C-2018-081, C-2018-086, C-2018-087) on 8/9/18. Based on the violation(s) cited below, the Detention Facility is not in substantial compliance.<br><br>The following deficient practice(s) were identified: | |
| 5-6(1)(19)(22)(27) | **Safety, Sanitary And Hygiene Standards**<br>**The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:**<br>**(1)The facility shall comply with state and local sanitation and health codes, as well as the Life Safety code.**<br>**........**<br>**(19) Any condition conducive to harboring or breeding insects, rodents or other vermin shall be eliminated immediately. Licensed pest control professionals shall be contracted to perform pest control on a scheduled basis specified in the facility policy and procedure.**<br>**........**<br>**(22) There shall be containers for refuse in prisoner living quarters and in other locations throughout the facility. Containers shall be fire retardant and approved for use in a jail facility.**<br>**........**<br>**(27) Air circulation and ventilation shall be capable of maintaining a temperature of at least eighty-five (85) degrees Fahrenheit or lower. If temperature exceeds eighty-five (85) degrees Fahrenheit, positive air movement shall be provided by use of fans, coolers, or air conditioning units. New facilities or substantially remodeled facilities shall be equipped with central air conditioning or individual air conditioning units which are capable of maintaining a temperature of eighty-five (85) degrees Fahrenheit.**<br><br>This Rule was not met as evidenced by:<br><br>Based on observations made during this investigation, the facility failed to provide sanitary conditions in multiple areas of the facility. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) Review and adopt further corrective actions as needed based on observations and interviews. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | Finding:<br><br>1) During this investigation, it was observed that there were toilets in K pod that leaked water from the wall area and the base when the toilet was flushed.<br><br>2) It was also observed that the toilet in C-209 was clogged and had fecal matter accumulated in it. There was a shirt placed over the toilet in an effort to curtail the gnats and flies. This unsanitary condition is conducive to harboring or breeding insects and other vermin.<br><br>3) The ceilings in cells D 113 and D 114 were observed to leak when the toilets or showers above these cells were used.<br><br>4) There were no trash containers observed in the K pod. On entering the pod, trash was observed to be piled against the wall.<br><br>5) The air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units and was shown a computer monitor with the air conditioning statistics. The temperature for the K pod showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time. Interviews indicated the temperature on other days had exceeded the temperature observed during the time of this inspection.<br><br>6) The downstairs toilet in K pod was observed to be leaking.<br><br>7) The upstairs shower in K pod was not draining. | |
| **5-11(a)(4) (A)** | **Physical plant**<br>**(a) Existing facilities.**<br>**........**<br>**(4) The housing and activity areas shall provide, at least the following:**<br>**(A) Lighting of at least twenty (20) foot candles;**<br><br>This Rule was not met as evidenced by:<br><br>During this investigation it was determined the facility failed to ensure lighting in housing areas met the physical plant standard. This affected two inmates that were housed in this cell<br><br>Findings:<br><br>1) The light fixture in cell D-116 was observed to not be in working order. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Review the requirement.<br><br>2) Conduct an environmental tour to identify those areas not meeting the required lighting.<br><br>3) Requisition repairs to repair the lighting<br><br>4) Implement periodic environmental tours to assess compliance with the physical plant standards. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| **Title 74 Section 193** | **Right of entry - report of inspection**<br>**A. Inspectors employed by the State Department of Health shall be permitted to enter all jail premises and administrative offices for the purpose of performing their assigned duties.**<br><br>**The disclosure of protected health information (PHI) is governed by the Health Information Portability and Accountability Act or "HIPAA Privacy Rule" - 45 C.F.R. Parts 160 and 164. The HIPAA Privacy Rule permits use and disclosure of PHI to "health oversight agencies," such as the Oklahoma State Department of Health, without the authorization of the subject of that information for health oversight activities that are authorized by law - 45 C.F.R. § 164.501. Examples are inspections, licensures and other activities necessary for the appropriate oversight of entities subject to government regulatory programs for which health information is necessary to determine compliance with program standards - 45 C.F.R. § 164.512(d).**<br><br>This Rule was not met as evidenced by:<br><br>Based on interview, it was determined the facility failed to provide investigators access to medical records for the purpose of performing their assigned duties.<br><br>Findings:<br><br>1) During this investigation the investigator contacted the administrator by phone requesting medical documents for two inmates who had complaints filed on their behalf. The administrator stated the documents would be provided.<br><br>2) The facility nurse contacted the inspector and refused to provide the requested documents. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Consult with the District Attorney's office or Attorney General's office to confirm the requirements to allow inspectors access to the facility and records.<br><br>2) Instruct staff on these requirements. |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

---

**INVESTIGATION REPORT C-2018-081**

**Date Of Investigation:** **August 9, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1: Facility is flooded with feces up to 4 inches deep in some parts.

On July 26, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on August 9, 2018. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:** No observation made during this investigation to support this claim.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION**: No further action required.

Oklahoma State Department of Health
Creating a State of Health

February 21, 2019

**CERTIFIED MAIL**
**7018 1130 0001 5325 5307**

Jail Administrator
Creek Detention Facility
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

An inspection was conducted at your detention facility by a member of the Jail Inspection Division. This inspection identified violations of the Oklahoma Administrative Code (OAC) in Title 310, Chapter 670, Jail Standards.

Pursuant to Title 74 of the Oklahoma Statutes, at Section 193(B), you are provided a report of the inspection in the enclosed *list of deficiencies ... and specific proposals for their solution.* You are provided notice the jail is not in substantial compliance.

Pursuant to Title 74 O.S. Section 194, [if] *the deficiencies listed in the report have not been corrected, within sixty (60) days after delivery of the report, the Commissioner of Health shall be authorized to file a complaint with the Attorney General or the district attorney.*

Sincerely,

James Joslin
Assistant Deputy Commissioner
Jail Inspection Division

Enc. Statement of Deficiencies

c Creek County Commissioners
Keith Reed, Deputy Commissioner, Community Health Services
Creek County Health Administrator

OKLAHOMA STATE DEPARTMENT OF HEALTH
DETENTION FACILITY INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| | | | |
|---|---|---|---|
| **DETENTION FACILITY:** | **Creek County Detention Facility** | **INSPECTION DATE:** | **Angnst 9, 2018** |

| **REPORT DATE** | **60-DAY CORRECTION DATE** | **CERTIFIED MAIL RECEIPT#** |
|---|---|---|
| **February 21, 2019** | **60 Days from Notice of Delivery** | **7018 2290 0000 9922 8807** |

| **OAC: 310:670** | **STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION)** | **PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)]** |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted a complaint investigation (C-2018-055, C-2018-065, C-2018-073, C-2018-081, C-2018-086, C-2018-087) on 8/9/18. Based on the violation(s) cited below, the Detention Facility is not in substantial compliance.<br><br>The following deficient practice(s) were identified: | |
| **5-6(1)(19) (22)(27)** | **Safety, Sanitary And Hygiene Standards**<br>**The administrator shall develop and implement policies and procednres for the safety and maintenance of sanitation throughout the facility. These shall inclnde at least the following: (1)The facility shall comply with state and local sanitation and health codes, as well as the Life Safety code.**<br>**........**<br>**(19) Any condition conducive to harboring or breeding insects, rodents or other vermin shall be eliminated immediately. Licensed pest control professionals shall be contracted to perform pest control on a scheduled basis specified in the facility policy and procedure.**<br>**........**<br>**(22) There shall be containers for refuse in prisoner living qnarters and in other locations throughout the facility. Containers shall be fire retardant and approved for use in a jail facility.**<br>**........**<br>**(27) Air circulation and ventilation shall be capable of maintaining a temperatnre of at least eighty-five (85) degrees Fahreuheit or lower. If temperature exceeds eighty-five (85) degrees Fahrenheit, positive air movement shall be provided by use of fans, coolers, or air conditioning units. New facilities or substantially remodeled facilities shall be equipped with central air conditioning or individual air conditioning units which are capable of maintaining a temperatnre of eighty-five (85) degrees Fahrenheit.**<br><br>This Rule was not met as evidenced by:<br><br>Based on observations made during this investigation, the facility failed to provide sanitary conditions in multiple areas of the facility. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) Review and adopt further corrective actions as needed based on observations and interviews. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | Finding:<br><br>1) During this investigation, it was observed that there were toilets in K pod that leaked water from the wall area and the base when the toilet was flushed.<br><br>2) It was also observed that the toilet in C-209 was clogged and had fecal matter accumulated in it. There was a shirt placed over the toilet in an effort to curtail the gnats and flies. This unsanitary condition is conducive to harboring or breeding insects and other vermin.<br><br>3) The ceilings in cells D 113 and D 114 were observed to leak when the toilets or showers above these cells were used.<br><br>4) There were no trash containers observed in the K pod. On entering the pod, trash was observed to be piled against the wall.<br><br>5) The air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units and was shown a computer monitor with the air conditioning statistics. The temperature for the K pod showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time. Interviews indicated the temperature on other days had exceeded the temperature observed during the time of this inspection.<br><br>6) The downstairs toilet in K pod was observed to be leaking.<br><br>7) The upstairs shower in K pod was not draining. | |
| 5-11(a)(4)(A) | **Physical plant**<br>**(a) Existing facilities.**<br>........<br>**(4) The housing and activity areas shall provide, at least the followiug:**<br>**(A) Lighting of at least twenty (20) foot candles;**<br><br>This Rule was not met as evidenced by:<br><br>During this investigation it was determined the facility failed to ensure lighting in housing areas met the physical plant standard. This affected two inmates that were housed in this cell<br><br>Findings:<br><br>1) The light fixture in cell D-116 was observed to not be in working order. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Review the requirement.<br><br>2) Conduct an environmental tour to identify those areas not meeting the required lighting.<br><br>3) Requisition repairs to repair the lighting<br><br>4) Implement periodic environmental tours to assess compliance with the physical plant standards. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| **Title 74 Section 193** | **Right of entry - report of inspection**<br>**A. Inspectors employed by the State Department of Health shall be permitted to enter all jail premises and administrative offices for the purpose of performing their assigned duties.**<br><br>**The disclosure of protected health information (PHI) is governed by the Health Information Portability and Accountability Act or "HIPAA Privacy Rule" - 45 C.F.R. Parts 160 and 164. The HIPAA Privacy Rule permits use and disclosure of PHI to "health oversight agencies," such as the Oklahoma State Department of Health, without the authorization of the subject of that information for health oversight activities that are authorized by law - 45 C.F.R. § 164.501. Examples are inspections, licensures and other activities necessary for the appropriate oversight of entities subject to government regulatory programs for which health information is necessary to determine compliance with program standards - 45 C.F.R. § 164.512(d).**<br><br>This Rule was not met as evidenced by:<br><br>Based on interview, it was determined the facility failed to provide investigators access to medical records for the purpose of performing their assigned duties.<br><br>Findings:<br><br>1) During this investigation the investigator contacted the administrator by phone requesting medical documents for two inmates who had complaints filed on their behalf. The administrator stated the documents would be provided.<br><br>2) The facility nurse contacted the inspector and refused to provide the requested documents. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Consult with the District Attorney's office or Attorney General's office to confirm the requirements to allow inspectors access to the facility and records.<br><br>2) Instruct staff on these requirements. |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

---

**INVESTIGATION REPORT C-2018-055**

**Date Of Investigation:** **August 9, 2018**

**Facility:** **Creek County Jail**

ALLEGATION 1:H pod showers have black mold.

On June 1, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on August 9, 2018. The findings of the investigation are as follows:

---

**ALLEGATION #1 FINDINGS:** There was no observation made to substantiate this claim made during this investigation.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION**: No further action required.

Oklahoma State Department of Health
Creating a State of Health

March 7, 2019

Jail Administrator
Creek County Detention Facility
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

A recent inspection was conducted at your detention facility by a member of the Jail Inspection Division. The results of the findings are attached.

Sincerely,

James W Joslin

James Joslin, MPA
Assistant Deputy Commissioner
Jail Inspection Division

c Creek County Commissioners
Keith Reed, Deputy Commissioner, Community Health Services
Creek County Health Administrator

Encl

Board of Health

Tom Bates, JD
Interim Commissioner of Health

Timothy E Starkey, MBA (*President*)
Edward A Legako, MD (*Vice-President*)
Becky Payton (*Secretary*)

Jenny Alexopulos, DO
Terry R Gerard II, DO
Charles W Grim, DDS, MHSA

R Murali Krishna, MD
Ronald D Osterhout
Charles Skillings

www.health.ok.gov
*An equal opportunity employer and provider*

OKLAHOMA STATE DEPARTMENT OF HEALTH
JAIL INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| JAIL: | Creek County Detention Facility | INSPECTION DATE: | April 15, 2019 |
|---|---|---|---|

| REPORT DATE April 16, 2019 | 60-DAY CORRECTION DATE 60 Days from Notice of Delivery | |
|---|---|---|

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted an annual inspection and complaint investigation (C-2018-095 and C-2018-106) ou 4/15/19 . No deficient practice was cited. The detention facility is deemed to be in substantial compliance. | |

Revised: 12/9/2016





EXHIBIT 6

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

---

**INVESTIGATION REPORT C-2018-095**

**Date Of Investigation:** **April 15, 2019**

**Facility:** **Creek County Jail**

On September 17, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on April 15, 2019. The findings of the investigation are as follows:

**ALLEGATION 1:** No toilet paper in facility for last 4 days.

---

**ALLEGATION 1 FINDINGS:** During the time of this investigation it was observed that the facility possessed an adequate supply of toilet paper. Each pod visited, the inmates were asked as a group how often toilet paper is issued. Each pod answered unanimously the toilet paper is issued every other day.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**ALLEGATION 2:** Two weeks in August without air conditioning. Walls, floors and ceilings were covered with condensation. Now there is black mold growing everywhere.

---

**ALLEGATION 2 FINDINGS:** A statement of deficiency has already been issued for this issue and the facility has corrected the issue and provided repair invoices to the Department of Health.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☐ **Unsubstantiated** ☒ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**ALLEGATION 3:** Toilets overflowed in August and for 2 days there was liquid and bits of toilet paper floating under the cell doors. Once the repair was made, the inmates were given no cleaning products to sanitize their cells.

---

**ALLEGATION 3 FINDINGS:** During the time of investigation it was observed that the facility has a cleaning schedule and issues cleaning supplies daily. The facility has a form for the floor officer to document this task along with showers and recreation. During an interview with facility staff it was stated that they could not recall any time that toilets were allowed to overflow for two days.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION**: No further action required.

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2018-106**

**Date Of Investigation:** **April 15, 2019**

**Facility:** **Creek County Jail**

On November 14, 2018, a complaint(s) was received regarding this Jail. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on April 15, 2019. The findings of the investigation are as follows:

**ALLEGATION 1:** Medication for pre-existing condition is not being given to inmate.

**ALLEGATION 1 FINDINGS:** During this investigation, a document review was conducted of this inmate's book in sheet, medical intake, MAR, and notes made by the facility doctor. During this record review it was observed that this inmate was booked into the facility on October 23, 2018. The inmate's medical intake dated October 23, 2018, notes that the inmate answered yes to being prescribed medication and notes that the inmate is carrying medications. Inmate #1 was a DOC inmate coming back to Creek County on a writ. Inmate #1 was carrying bubble pack of prescribed medication from DOC. Also on the medical intake it is noted that the inmate came into the facility with a broken jaw and his jaw wired shut. Record review of the inmate's MAR shows that the inmate's medication started being issued from the detention facility medical staff on October 23, 2018, without any change until October 28, 2018. The change in medication was noted by the facility doctor as increase dosage for a data correction. The inmate's MAR documents several medication refusals and the inmate being absent for pill call. The document reviews during this investigation indicate that the detention facility provided Inmate #1 all prescribed medication.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DISPOSITION:** No further action required.



EXHIBIT 6

Health Resources Development Service
Oklahoma State Department of Health

Jail Inspection Division
Oklahoma State Department of Health
1000 NE 10th Street - Oklahoma City, OK 73117
Telephone (405) 271-3012 - Fax (405) 271-5304
E-mail jails@health.ok.gov
http://jails.health.ok.gov

# JAIL INSPECTION REPORT

DATE: 4-15-2019

Type of Facility: (Check One) COUNTY ☒ CITY ☐ LOCK-UP ☐

Facility: Creek county Mailing Address: 9175 Ridgeview St

City: Sapulpa County: Creek Zip: 74067

Sheriff/Chief: Brett Bowling Jail Administrator: Cody Smith

Jail Administrator's Phone: 918-216-4767 Jail Administrator E-Mail: Csmith@creekcountysheriff.com

Jail Fax #: 918 227-6371

Medical Authority: Turn Key

Staffing: Day Shift(M) 2, 4 (F) 1 Evening(M) ____ (F) ____ Night(M) 4 (F) 1

Total Male Beds: 290 Female Beds: 56 Juvenile Beds: N/A Special Cells: 12

Population Today: 215 Rated Capacity: 346 Avg. Daily Population: ____ Men ____ Women ____

Sentenced: Male 9 Fem 4 Juv Male ____ Juv Fem ____ Total 13

Unsentenced: Male 154 Fem 48 Juv Male ____ Juv Fem ____ Total 202

DOC J&S: 1/4 Menu Approved by Licensed Dietitian (Long Term Jail Only) Yes ____ No ____

Food Prepared By: Tiger Approved Form for Book In Yes ✓ No ____

Inmates with mental health issues appropriately segregated Yes ☒ No ☐

Facility has written policy regarding inmates with mental health problems Yes ☒ No ☐

DEFICIENCIES: Title 310 Chapter 670

Facility in substantial compliance Yes ☒ No ☐

Deficiencies noted during inspection Yes ☐ Statement of Deficiencies to follow

I ACKNOWLEDGE REVIEW OF THIS REPORT AND SWEAR THAT THE INFORMATION GIVEN BY ME IS TRUE TO THE BEST OF MY KNOWLEDGE.

Cody Smith #41

Signature of Jail Representative

I CERTIFY THAT THIS INSPECTION COVERED ALL APPLICABLE STANDARDS.

[signature]

Signature of Inspector/Investigator

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**CITY COUNTY DETENTION INSPECTION PROGRAM**

Protective Health Services
Oklahoma State Department of Health

---

## INVESTIGATION REPORT C-2019-074

**Date Of Investigation:** **October 9, 2019**

**Facility:** **Creek County Detention Facility**

On October 10, 2019, a complaint(s) was received regarding this Detention Facility. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on October 9, 2019. The findings of the investigation are as follows:

**ALLEGATION 1:** No blankets given out when requested due to cold temperature.

---

**ALLEGATION 1 FINDINGS:**
During this investigation a tour of the facility was conducted. It was observed that all inmates possessed a blanket. In each pod entered it was asked of the inmates as a group if blankets had been issued upon book in. All inmates answered the blankets had been issued upon booking. At the time of this investigation the inside air temperatures range from seventy two degrees to seventy three degrees. The heating and cooling system is programed to maintain the inside air temperature to a temperature of seventy degrees. The inmates are issued a blanket that is sufficient to provide comfort in these temperature ranges.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**ALLEGATION 2:** Food is sparse.

---

**ALLEGATION 2 FINDINGS:** During this investigation a review of the facility menu was conducted. A comparison between the menu and the hold over trays indicates that the facility is following a menu that has been created by a license dietician. At the investigation the facility was in the process of serving the noon meal. A comparison of five different trays from different carts also displayed that the meal and portions followed the approved menu.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards ☐ was [☒ was not] identified.**

**DATE OF INVESTIGATION**
**CREEK COUNTY DETENTION FACILITY**
**INVESTIGATION REPORT C-2019-073**
**PAGE 2 OF 2**

**ALLEGATION 3:** Cells are filled with trash and smell and no cleaning supplies given.

---

**ALLEGATION 3 FINDINGS:** During this investigation cleaning supplies where observed in the pods. An interview with the Detention facility administrator was conducted, during this interview it was stated that the inmates receive cleaning supplies daily that consist of a mop, broom, spray bottle with bleach solution, and scrubbing bubbles bathroom room cleaner.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was [**☒ **was not] identified.**

**DISPOSITION**: No further action required.

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**CITY COUNTY DETENTION INSPECTION PROGRAM**

---

**INVESTIGATION REPORT C-2019-073**

**Date Of Investigation:** **October 9, 2019**

**Facility:** **Creek County Detention Facility**

On October 8, 2019, a complaint(s) was received regarding this Detention Facility. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on October 9, 2019 . The findings of the investigation are as follows:

**ALLEGATION 1:** No blankets given out when requested due to cold temperature.

---

**ALLEGATION 1 FINDINGS:** During this investigation a tour of the facility was conducted. It was observed that all inmates possessed a blanket. Inmates were asked if blankets had been issued upon book in. All inmates answered the blankets had been issued upon booking. At the time of this investigation the inside air temperatures range from seventy two degrees to seventy three degrees. The heating and cooling system is programed to maintain the inside air temperature to a temperature of seventy degrees. The inmates are issued a blanket that is sufficient to provide comfort in these temperature ranges.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

**ALLEGATION 2:** Food is sparse and watered down.

---

**ALLEGATION 2 FINDINGS:** During this investigation a review of the facility menu was conducted. A comparison between the menu and the hold over trays indicates that the facility is following a menu that has been created by a license dietician. At the investigation the facility was in the process of serving the noon meal. A comparison of five different trays from different carts also displayed that the meal and portions followed the approved menu.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

**DATE OF INVESTIGATION**
**CREEK COUNTY DETENTION FACILITY**
**INVESTIGATION REPORT C-2019-073**
**PAGE 2 OF 2**

**ALLEGATION 3:** Cells are filled with trash and no cleaning supplies given.

---

**ALLEGATION 3 FINDINGS:** During this investigation cleaning supplies where observed in the pods. An interview with the Detention facility administrator was conducted, during this interview it was stated that the inmates receive cleaning supplies daily that consist of a mop, broom, spray bottle with bleach solution, and scrubbing bubbles bathroom room cleaner.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☒ **Unsubstantiated** ☐ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was** [☒ **was not] identified.**

**DISPOSITION**: No further action required.

Oklahoma State Department of Health
Creating a State of Health

July 30, 2019

Jail Administrator
Creek County Jail
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

A recent inspection was conducted at your facility by a member of the Jail Inspection Division. The results of the findings are attached.

Sincerely,

James W. Joslin, MPA
Assistant Deputy Commissioner
City County Detention Inspection Program

c Creek County Commissioners
Keith Reed, Deputy Commissioner, Community & Family Health Services
Creek County Health Administrator

Encl

OKLAHOMA STATE DEPARTMENT OF HEALTH
CITY COUNTY DETENTION INSPECTION PROGRAM
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| | | | |
|---|---|---|---|
| JAIL: | Creek County Detention Facility | INSPECTION DATE: | July 26, 2019 |

| REPORT DATE | 60-DAY CORRECTION DATE | |
|---|---|---|
| July 30, 2019 | 60 Days from Notice of Delivery | |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health conducted a complaint (C-2019-043, C-2019-052) inspection on 7/26/19. No deficient practice was cited. The detention facility is deemed to be in substantial compliance. | |

**OKLAHOMA STATE DEPARTMENT OF HEALTH**
**PROTECTIVE HEALTH SERVICES**
**JAIL INSPECTION DIVISION**

Protective Health Services
Oklahoma State Department of Health

**INVESTIGATION REPORT C-2019-043**

**Date Of Investigation:** **July 26, 2019**

**Facility:** **Creek County Detention Facility**

On June 25, 2019, a complaint(s) was received regarding this Detention Facility. An investigation of the complaint(s) pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, *Jail Standards* was conducted on July 26, 2019. The findings of the investigation are as follows:

**ALLEGATION 1:** Air conditioning is not working in L pod (female).

**ALLEGATION 1 FINDINGS:** During this investigation, an interview was conducted with the Detention Facility Administrator. During this interview it was stated that the facility has had issues with the air conditioning systems. It was also stated that the facility has had three units replaced. Temperatures were taken in the west pods. The temperature outside was 84 degrees. The average temperature of the pods ranged from 75 to 77 degrees. It was observed that the facility was using large shop fans to circulate air. None of the pod's temperatures exceeded 85 degrees.

**THIS ALLEGATION WAS:**
☐ **Substantiated** ☐ **Unsubstantiated** ☒ **Substantiated But Previously Corrected**

**Based on the investigation of this allegation a violation of the Jail Standards** ☐ **was [**☒ **was not] identified.**

**DISPOSITION**: No further action required.

# CREEK CO CRIMINAL JUSTICE CENTER

FAX 918-227-6376
9175 RIDGEVIEW ST
TULSA OK 74131
PHONE 918-227-6371

FAX COVER SHEET

NUMBER OF PAGES FAXED ______________

FAXED TO #: _____405-271-5304 ________________________________

ATTENTION: _Jail Inspection Division________________________________

DATE: _April 5, 2019 @ 1230 hours________________________________

SENT BY: __Cody Smith
________________________________

IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE DISREGARD ANY AND ALL INFORMATION.

---

NOTES:

_Response for Jail Inspection conducted on August 9, 2018________________________________

**Sheriff**
**Bret Bowling**

**Undersheriff**
**Joe Thompson**

Creek County Sheriff's Office
301 East Lee
Sapulpa, Ok, 74066
Office: 918-227-6374
Fax: 918-227-6422

Creek County Justice Center Response for Jail Inspection on August 9, 2018

(1) Copy of the Creek County Justice Center policy and procedure is attached concerning sanitation inside the Creek County Justice Center Facility. The Creek County Administration has met with staff about the sanitation of the facility and ensuring cleanliness and sanitation on a daily basis.

(19) The Creek County Justice Center has Silver Bullet Pest services scheduled to perform pest control on a monthly basis. Attached are the invoices for the year 2018 for the services from Silver Bullet pest services.

(27) When the jail inspector was at the facility we did not have fans out to enforce positive air movement for the housing unit that was having ac problems. The fans were not out because the administration staff believed the ac units were working properly because of the work that had been previously conducted by ac companies. Copies of all 2018 invoices are attached. At this time the AC units are working properly and if this issue occurs again we will maintain positive air movements inside of the jail by placing fans around the jail.

Findings from Jail Inspector

1. Toilets from K-pod leaking. Immediately after the inspection on August 9,2019 Allied plumbing was called by the administration staff to resolve the

issue. The Creek County Maintenance staff has also gone back through the housing unit to make sure everything works properly. Attached is invoice from Allied Plumbing Company.

2. C-209 toilet clogged. Immediately after the inspection on August 9, 2019 Allied plumbing was called by the administration staff to resolve the issue. Invoice attatched from Allied Plumbing.
3. D113 and D114 leaking- Immediately after the inspection on August 9, 2019 Allied plumbing was called by the administration staff to resolve the issue. Invoice attached from Allied Plumbing.
4. No trash containers observed in K-pod. Fire retardant trash cans have been placed in the housing unit. Invoice attached for the purchase of fire retardant trash cans. Trash can have been placed in each housing unit of the facility.
5. The air conditioners on the west side of the facility were not working. Copy of invoices pertaining to the ac units are attached.
6. The downstairs toilet in K-pod was observed to be leaking. . Immediately after the inspection on August 9, 2019 Allied plumbing was called by the administration staff to resolve the issue. Invoice attached from Allied Plumbing
7. The upstairs shower drain in K-pod was not draining. . Immediately after the inspection on August 9, 2019 Allied plumbing was called by the administration staff to resolve the issue. Invoice attached from Allied Plumbing.

Light Fixture in D-116 was observed not to be in working order. Copy of completed work order attached.

The medical staff has been informed to provide any documents requested from the jail inspector. On 3/6/2019 I emailed Scott Kennedy and asked for him to let me know which files he requested. I have not received an email back. The jail inspector will have access to any inmate medical files he may need.

merrifield office supply

# Invoice

Page 1 of 1

**Merrifield Office Supply**
608 E Dewey Ave Sapulpa, OK 74066
Ph: (918) 224-6151 Fax: (918) 224-6152

**Bill To :** Creek County Sheriff
301 E Lee
Sapulpa, OK 74066

**Invoice Number:** **0167112-001**
Invoice Date: 03/22/19
Customer PO: 5316
Account Number: T00060-01
Salesperson: Chris Keener

**Ship To:**
Creek County Jail
9175 Ridgeview St
KALEVIK
Tulsa, OK 74131

Buyer Phone: (918) 227-6455
Fax:
Route/Seq: /0

| Line | Item Number | Description | UOM | Qty | Price | Total |
|---|---|---|---|---|---|---|
| 1 | NHSR428H | WASTEBASKET,28QT,FIRE-RET<br>BLACK IN COLOR | EA | 18 | 24.99 | 449.82 |

Order Notes:

Thank you!

| | |
|---|---|
| **Subtotal** | **449.82** |
| Shipping | 0.00 |
| Sales Tax | 0.00 |
| **Invoice Total:** | **449.82** |
| **Amount Due:** | **449.82** |
| Payment Due Date: | 04/21/19 |

Received By: Date:

RI Carrier: FOB Point: Source: sapulpa02 Order Taker: sapulpa02



EXHIBIT 6

OKLAHOMA STATE DEPARTMENT OF HEALTH
DETENTION FACILITY INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| DETENTION FACILITY: | Creek County Detention Facility | INSPECTION DATE: | August 9, 2018 |
|---|---|---|---|

| REPORT DATE | 60-DAY CORRECTION DATE | CERTIFIED MAIL RECEIPT# |
|---|---|---|
| February 21, 2019 | 60 Days from Notice of Delivery | 7018 2290 0000 9922 8807 |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | INITIAL COMMENTS<br><br>The Oklahoma State Department of Health conducted a complaint investigation (C-2018-055, C-2018-065, C-2018-073, C-2018-081, C-2018-086, C-2018-087) on 8/9/18. Based on the violation(s) cited below, the Detention Facility is not in substantial compliance.<br><br>The following deficient practice(s) were identified: | |
| 5-6(1)(19)(22)(27) | Safety, Sanitary And Hygiene Standards<br>The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:<br>(1)The facility shall comply with state and local sanitation and health codes, as well as the Life Safety code.<br>........<br>(19) Any condition conducive to harboring or breeding insects, rodents or other vermin shall be eliminated immediately. Licensed pest control professionals shall be contracted to perform pest control on a scheduled basis specified in the facility policy and procedure.<br>........<br>(22) There shall be containers for refuse in prisoner living quarters and in other locations throughout the facility. Containers shall be fire retardant and approved for use in a jail facility.<br>........<br>(27) Air circulation and ventilation shall be capable of maintaining a temperature of at least eighty-five (85) degrees Fahrenheit or lower. If temperature exceeds eighty-five (85) degrees Fahrenheit, positive air movement shall be provided by use of fans, coolers, or air conditioning units. New facilities or substantially remodeled facilities shall be equipped with central air conditioning or individual air conditioning units which are capable of maintaining a temperature of eighty-five (85) degrees Fahrenheit.<br><br>This Rule was not met as evidenced by:<br><br>Based on observations made during this investigation, the facility failed to provide sanitary conditions in multiple areas of the facility. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br><br>2) Ensure the policy reflects the current expected practice and revise as needed.<br><br>3) Review and adopt further corrective actions as needed based on observations and interviews. |



EXHIBIT 6

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | Finding:<br><br>1) During this investigation, it was observed that there were toilets in K pod that leaked water from the wall area and the base when the toilet was flushed.<br><br>2) It was also observed that the toilet in C-209 was clogged and had fecal matter accumulated in it. There was a shirt placed over the toilet in an effort to curtail the gnats and flies. This unsanitary condition is conducive to harboring or breeding insects and other vermin.<br><br>3) The ceilings in cells D 113 and D 114 were observed to leak when the toilets or showers above these cells were used.<br><br>4) There were no trash containers observed in the K pod. On entering the pod, trash was observed to be piled against the wall.<br><br>5) The air conditioning units on the west side of the facility were not working. The facility did not provide fans or take actions to ensure positive air flow. This investigator asked to see the thermostat for the units and was shown a computer monitor with the air conditioning statistics. The temperature for the K pod showed 84 degrees Fahrenheit. When asked why there were not any fans provided for the inmates, the jail administrator stated that he believed the issue had been resolved. During interviews with Inmate #2 and #3, it was stated that the air conditioning had not worked in a month and that the inmates had not been provided with fans the entire time. Interviews indicated the temperature on other days had exceeded the temperature observed during the time of this inspection.<br><br>6) The downstairs toilet in K pod was observed to be leaking.<br><br>7) The upstairs shower in K pod was not draining. | |
| 5-11(a)(4)(A) | **Physical plant**<br>**(a) Existing facilities.**<br>........<br>**(4) The housing and activity areas shall provide, at least the following:**<br>**(A) Lighting of at least twenty (20) foot candles;**<br><br>This Rule was not met as evidenced by:<br><br>During this investigation it was determined the facility failed to ensure lighting in housing areas met the physical plant standard. This affected two inmates that were housed in this cell<br><br>Findings:<br><br>1) The light fixture in cell D-116 was observed to not be in working order. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Review the requirement.<br><br>2) Conduct an environmental tour to identify those areas not meeting the required lighting.<br><br>3) Requisition repairs to repair the lighting<br><br>4) Implement periodic environmental tours to assess compliance with the physical plant standards. |

Creek County Detention Facility
Statement of Deficiencies
August 9, 2018

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| Title 74 Section 193 | **Right of entry - report of inspection**<br>**A. Inspectors employed by the State Department of Health shall be permitted to enter all jail premises and administrative offices for the purpose of performing their assigned duties.**<br><br>**The disclosure of protected health information (PHI) is governed by the Health Information Portability and Accountability Act or "HIPAA Privacy Rule" - 45 C.F.R. Parts 160 and 164. The HIPAA Privacy Rule permits use and disclosure of PHI to "health oversight agencies," such as the Oklahoma State Department of Health, without the authorization of the subject of that information for health oversight activities that are authorized by law - 45 C.F.R. § 164.501. Examples are inspections, licensures and other activities necessary for the appropriate oversight of entities subject to government regulatory programs for which health information is necessary to determine compliance with program standards - 45 C.F.R. § 164.512(d).**<br><br>This Rule was not met as evidenced by:<br><br>Based on interview, it was determined the facility failed to provide investigators access to medical records for the purpose of performing their assigned duties.<br><br>Findings:<br><br>1) During this investigation the investigator contacted the administrator by phone requesting medical documents for two inmates who had complaints filed on their behalf. The administrator stated the documents would be provided.<br><br>2) The facility nurse contacted the inspector and refused to provide the requested documents. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Consult with the District Attorney's office or Attorney General's office to confirm the requirements to allow inspectors access to the facility and records.<br><br>2) Instruct staff on these requirements. |

Oklahoma State Department of Health
Creating a State of Health

February 21, 2019

**CERTIFIED MAIL**
**7018 1130 0001 5325 5307**

Jail Administrator
Creek Detention Facility
P O Box 1600
Sapulpa OK 74067

Dear Sheriff Bowling:

An inspection was conducted at your detention facility by a member of the Jail Inspection Division. This inspection identified violations of the Oklahoma Administrative Code (OAC) in Title 310, Chapter 670, Jail Standards.

Pursuant to Title 74 of the Oklahoma Statutes, at Section 193(B), you are provided a report of the inspection in the enclosed *list of deficiencies ... and specific proposals for their solution.* You are provided notice the jail is not in substantial compliance.

Pursuant to Title 74 O.S. Section 194, [if] *the deficiencies listed in the report have not been corrected, within sixty (60) days after delivery of the report, the Commissioner of Health shall be authorized to file a complaint with the Attorney General or the district attorney.*

Sincerely,

James Joslin
Assistant Deputy Commissioner
Jail Inspection Division

Enc. Statement of Deficiencies

c Creek County Commissioners
Keith Reed, Deputy Commissioner, Community Health Services
Creek County Health Administrator

# 2018-2019 • Purchase Orders

Printed 10:38am
2019-3-6

| PO Number | Account | PO Date | Amount Encumb | Total Payme | Amount | Vendor Name | Warrant Nu | Warrant Date | Status | Requisition Depa | Total Adju |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 004329 | CJM5 | 01/31/2019 | $ 1,100.00 | $ 1,000.00 | $ 0.00 | AIR COMFORT INC | 000672 | 03/04/2019 | | SHERIFF | $ -100.00 |
| [redacted] | CJM5 | 10/10/2018 | $ 3,746.00 | $ 3,746.00 | $ 0.00 | Allied/Headrick Plumbing | 000349 | 11/05/2018 | | SHERIFF | $ 0.00 |
| [redacted] | CJM5 | 02/15/2019 | $ 472,267.93 | $ 472,267.93 | $ 0.00 | CREEK CO PUBLIC FACILI | 000610 | 02/19/2019 | | SHERIFF | $ 0.00 |
| [redacted] | CJM5 | 09/26/2018 | $ 25,000.00 | $ 25,000.00 | $ 0.00 | DISTRICT ATTORNEYS C | 000257 | 10/01/2018 | | SHERIFF | $ 0.00 |
| [redacted] | CJM5 | 01/08/2019 | $ 25,000.00 | $ 25,000.00 | $ 0.00 | DISTRICT ATTORNEYS C | 000521 | 01/15/2019 | | SHERIFF | $ 0.00 |
| [redacted] | CJM5 | 07/09/2018 | $ 25,000.00 | $ 25,000.00 | $ 0.00 | DISTRICT ATTORNEYS C | 000008 | 07/16/2018 | | SHERIFF | $ 0.00 |
| 002880 | CJM5 | 11/13/2018 | $ 1,000.00 | $ 483.99 | $ 0.00 | Environmental Loop Servi | 000419 | 12/03/2018 | | SHERIFF | $ -516.01 |
| 002881 | CJM5 | 11/13/2018 | $ 457.00 | $ 0.00 | $ 457.00 | Environmental Loop Servi | | | | SHERIFF | $ 0.00 |
| 001147 | CJM5 | 08/15/2018 | $ 372.64 | $ 372.64 | $ 0.00 | Environmental Loop Servi | 000275 | 10/15/2018 | | SHERIFF | $ 0.00 |
| 002882 | CJM5 | 11/13/2018 | $ 2,051.00 | $ 2,051.00 | $ 0.00 | Environmental Loop Servi | 000486 | 12/17/2018 | | SHERIFF | $ 0.00 |
| [redacted] | CJM5 | 11/15/2018 | $ 1,490.00 | $ 1,170.00 | $ 0.00 | FIRETROL | 000425 | 12/10/2018 | | SHERIFF | $ -320.00 |
| [redacted] | CJM5 | 07/16/2018 | $ 6,565.00 | $ 6,565.00 | $ 0.00 | Guardian Security Solutio | 000498 | 12/26/2018 | | SHERIFF | $ 0.00 |
| [redacted] | CJM5 | 12/26/2018 | $ 14,731.62 | $ 0.00 | $ 14,731 | Integrity Steel Works | | | | SHERIFF | $ 0.00 |
| [redacted] | CJM5 | 01/23/2019 | $ 500.00 | $ 0.00 | $ 500.00 | PRO TECH ROOFING INC | | | | SHERIFF | $ 0.00 |
| [redacted] | CJM5 | 12/03/2018 | $ 4,479.60 | $ 3,759.60 | $ 0.00 | SWEEPER FABRICATORS | 000487 | 12/17/2018 | | SHERIFF | $ -720.00 |
| 15.00 | | | 583,760.79 | 566,416.16 | 15,688.6 | | | | | | -1,656.01 |

DDR-8 111

PX40_000111

EXHIBIT 6

SAI Form 1118 (2018)

# REQUISITION - PURCHASE ORDER - CLAIM

PO No. 4329

Requisition No. 001008 Federal Award

Creek County, Oklahoma Requisitioning Dept. SHERIFF

Date Req. Rec. 1/31/2019 Date Assigned 1/31/2019

Project No. Date Material Needed

I approve the processing of this purchase request and the encumbering on the designated account to a maximum of 1,100.00 Account CJM5

1/31/2019 Date — Requisitioning County Official

Suggested Vendors: CJ 69-1/31/19 Replace Blower Motor RTU 2 / M Pod-

Purchasing Method ☒ Regular P.O. ☐ Blanket P.O. ☐ Purchase Card/Vendor for p-card:

ORIGINAL

Type of bid (if required)
☐ State Contract/Purchasing Cooperative
☐ County Purchasing Act
☒ Public Competitive Bidding Act

DID NOT GO THROUGH PROPER PURCHASING PROCEDURES

Issued To:
AIR COMFORT INC
517 West H St
JENKS, OK 74037

Shipped To:
CREEK COUNTY SHERIFF
SAPULPA, OK 74066-0000

ALL PRICES ARE FOB DESTINATION UNLESS OTHERWISE NOTED

Fiscal Year 2018-2019

Date 1/31/2019 Appropriation Account CJM5

I hereby approve the issuance and encumbrance of this purchase order

Jana Thomas — Purchasing Agent

I hereby certify that the amount of this encumbrance has been entered against the designated appropriation accounts and that this encumbrance is within the authorized available balance of said appropriation.

DATED THIS 1/31/2019

Jennifer Mortazavi — County Clerk/Deputy

of Creek COUNTY

19 Okl.St. Ann. S 1505 requires the vendor to furnish an itemized invoice which states the vendor's name and address, a clear description of each item purchased, its unit price, the number or volume of each item, its total price, the total of the purchase, and the date of the purchase.

| Quantity | Unit | Description | Unit Price | Amt. To Be Encumbered | Adjustment Amount | Adjustment Total | Approved |
|---|---|---|---|---|---|---|---|
| 1.00 | EA | Replacement 1.5HP Blower Motor For RTU. M-POD | 1,100.0000 | 1,100.00 | | | |
| | | | Totals | 1,100.00 | | 1000.00 | 1000.00 |

CHARGE AND INVOICE TO:

Jennifer Mortazavi
County Clerk

317 East Lee #100
Billing Address

Sapulpa OK 74066
City, State, Zip Code

I hereby certify that the invoice, receiving report and delivery documentation have been compared to this purchase order, and any discrepancies have been reconciled as noted above. This purchase order is therefore approved for consideration for payment by the governing board.

FEB 28 2019 Date

County Clerk/Deputy

FEB 28 2019
Date Returned For Filing For Consideration By The Governing Board

APPROVAL BY GOVERNING BOARD

This claim is approved for payment in the amount indicated above (Signed by at least two members.) District Attorney is approving Officer for expenditures for that office. 19 Okl.St. Ann S 326.

MAR 04 2019 Date

Chairman

Member

Member

Account No. CJM5

PAYMENT RECORD

Warrant Number

Amount $

Pursuant to 62 Okl.St. Ann S 310.8, the Encumbering Officer has the approving authority for payment of requisitions with attached invoices against Governing Board approved blanket Purchase Orders. Therefore, I hereby authorize payment of the attached approved invoice.

Date

Warrant No. 670

COMPLETE WHEN USED WITH A BLANKET PURCHASE ORDER

I also certify that the maximum amount of the blanket purchase order has not been exceeded

County Clerk/Deputy — Date — County Clerk/Encumbering Officer

Requisitioning County Officer — Date

Copy 1 - Requisitions Form to Purchasing Agent
Copy 2 - County Clerk
Copy 3 - Purchasing Agent
(if required by county policy)
Copy 4 - Co. Road & Bridge Inventory Officer / Commissioners Office
Copy 5 - Requesting Officer

Air Comfort Solutions
908 Messenger Lane
Moore OK 73160
Phone: 405-721-3740
Fax: 405-794-2037

# INVOICE

| DATE | INVOICE # | CUST # |
|---|---|---|
| 1/28/2019 | 0000997255 | 0167749 |

**BILL TO:**
Creek County Criminal Justice
9175 Ridge View Rd
Sapulpa OK 74066

**SHIP TO LOCATION#:** 00001
Creek County Criminal Justice
9175 Ridge View Rd
Sapulpa OK 74066

| P.O. NUMBER | TERMS | SALES PERSON | DISPATCH# |
|---|---|---|---|
| | DUE ON RECEIPT | 0715 | 719169 |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1.00 | Bill Out: Tulsa Commercial ESA<br>Furnace<br>8:30/ 9 Bill Out: Tulsa Commercial ESA $1,000<br>(10-Systems)<br>BO 1,000 KM<br>TULSA Comm'l Maint. | 1,000.00 | 1,000.00 |
| | TOTAL | | $1,000.00 |



EXHIBIT 6

Oklahoma State Department of Health
Creating a State of Health

**Date of Inspection:** ______________________

**Facility Name:** CREEK County Criminal Justice Center
**Address:** 9175 Ridgeview Rd
Tulsa, OK 74131

**CONTACT INFORMATION:**

1. **Sheriff/Police Chief**
   **Name:** Bret Bowling
   **E-Mail:** Bbowling@creekcountysheriff.com
   **Telephone No:** ______________________
2. **Administrator/Chief**
   **Name:** Cody Smith
   **E-Mail:** CSmith@creekcountysheriff.com
   **Telephone No. :** (918) 216-1763
3. **Staff**
   **Name:** Booking
   **E-Mail:** ______________________
   **Telephone No.:** 918-216-1728



EXHIBIT 6

Health Resources Development Service
Oklahoma State Department of Health

City County Detention Inspection Program
Oklahoma State Department of Health
1000 NE 10th Street · Oklahoma City, OK 73117
Telephone (405) 271-3912 · Fax (405) 271-5304
E-mail CCDF@health.ok.gov

# DETENTION FACILITY INSPECTION REPORT

DATE: 2-12-2020

Type of Facility: (Check One) COUNTY ☒ CITY ☐ LOCK-UP ☐

Facility: Creek Co. Detention Mailing Address: 917 S. Ridgeview St

City: Sapulpa County: Creek Zip: 74067

Sheriff/Chief: Brett Bowling Jail Admin: Cody Smith

Jail Administrator's Phone: 918-638-7081

Jail Administrator E-Mail: bbowling@creekcountysheriff.com

Medical Authority: Turnkey

Staffing: Day Shift (12hr) (M) 3 (F) 1 Evening ____ (M) ____ (F) ____ Night(M) 3 (F) 1

Total Male Beds: 290 Female Beds: 56 Juvenile Beds: N/A Special Cells: 12

Population Today: 220 Rated Capacity: 346 Avg. Daily Population: 201 Men: 189 Women: 31

Sentenced: Male: 63 Fem: 0 Juv Male: 0 Juv Fem: 0 Total: 63

Unsentenced: Male: 126 Fem: 31 Juv Male: 0 Juv Fem: 0 Total: 157

DOC J&S: 0 Menu Approved by Licensed Dietitian (Long Term Jail Only) Yes ☒ No ☐

Food Prepared By: ____________ Approved Form for Book In: Yes ☒ No ☐

Inmates with mental health issues appropriately segregated Yes ☒ No ☐

Facility has written policy regarding inmates with mental health problems Yes ☒ No ☐

**DEFICIENCIES: Title 310 Chapter 670**

Facility in substantial compliance Yes ☐ No ☒

Deficiencies noted during inspection Yes ☒ Statement of Deficiencies to follow

I CERTIFY THAT THIS INSPECTION COVERED ALL APPLICABLE STANDARDS.

[signature] David Boydston
Signature of Inspector/Investigator

OKLAHOMA STATE DEPARTMENT OF HEALTH
JAIL INSPECTION DIVISION
LIST OF DEFICIENCIES AND PROPOSALS FOR SOLUTION

Protective Health Services
Oklahoma State Department of Health

| JAIL: Creek County Detention Facility | INSPECTION DATE: February 12, 2020 |
|---|---|

| REPORT DATE | 60-DAY CORRECTION DATE<br>60 Days from Notice of Delivery | |
|---|---|---|
| | | |

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| | **INITIAL COMMENTS**<br><br>The Oklahoma State Department of Health staff conducted an unannounced annual inspection February 12, 2020. The census at the time of the inspection was 220, rated capacity is 346.<br><br>Based on the violations cited below the jail is not in substantial compliance.<br><br>The following deficient practice(s) was identified: | |
| **5-6 (21)** | **310:670-5-6. Safety, sanitary and hygiene standards**<br>**The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:**<br>**……………………**<br>**(21) The facility's fire prevention policies and procedures shall ensure the safety of staff, inmates and visitors and shall conform to the requirements of the Oklahoma State Marshal, as provided in Title 74 O.S. § 317 et seq. These shall include, but not be limited to an adequate fire protection service; a system of fire inspection and testing of equipment and documentation on a weekly basis; and the availability of fire hoses or extinguishers at appropriate locations throughout the facility. The facility shall have an automatic fire alarm and heat and smoke detection system approved by the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq.**<br><br>This Rule was not met as evidenced by:<br><br>Based on observation and record review the facility failed to maintain the automatic fire alarm and heat and smoke detection system in accordance with the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq.<br><br>Findings:<br><br>1. The main fire panel located in the Dispatch area, shows a trouble code due to a smoke detector. The system was last inspected and tagged on March 27, 2019, by Firetrol Protection Systems, State License #863.<br>2. Observed a sprinkler head that had signs of being altered.<br>3. The Emergency Evacuation and Fire Safety plans have not been approved by the local Fire Department. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed.<br>3) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct training of Detention Facility staff on the policy.<br>4) Review and adopt further corrective actions as needed based on observations and interviews.<br>5) Review the procedures for fire code compliance and reporting and responding to maintenance needs.<br>6) Review the actions taken to identify and report repairs.<br>7) Review the process for authorizing repairs.<br>8) Review the process for monitoring for completion of repairs.<br>9) Identify those steps in the process that were not followed and why.<br>10) Revise and train staff on maintenance procedures as needed.<br>11) Confirm the repair is scheduled and completed. |



EXHIBIT 6

Creek County Detention Facility
Statement of Deficiencies
February 12, 2020

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| **5-6 (24)** | **310:670-5-6 Safety, sanitary and hygiene standards**<br>**The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:**<br>**………………**<br>**(24) Facility furnishings, walls, ceilings and floors shall be constructed of material that meets the code requirements of the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq.**<br><br>This Rule was not met as evidence by:<br><br>Based on observation and interview, the facility failed to implement policies and procedures to ensure the safety and maintenance of the facility are being maintained.<br><br>Findings:<br><br>1. Observed missing shower drain covers in the first and second floor showers of J pod.<br>2. Observed cracked and damaged security windows that separate the main corridor from J pod.<br>3. Observed a toilet containing stagnant, foul water and debris.<br>4. Interview with Assistant Jail Administrator stated parts had been ordered. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed.<br>3) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct training of Detention Facility staff on the policy.<br>4) Review and adopt further corrective actions as needed based on observations and interviews.<br>5) Review the actions taken to identify and report repairs.<br>6) Review the process for authorizing repairs.<br>7) Review the process for monitoring for completion of repairs. |
| **5-11 (b) (5)** | **310:670-5-11. Physical plant**<br>**(b) New facilities and substantial remodeling of facilities (after January 1, 1992).**<br>**………………………….**<br>**(5) All areas shall provide for at least twenty (20) foot candles of light.**<br><br>This Rule was not met as evidence by:<br><br>Based on observation the facility failed to provide for at least 20 foot candles of light in the cells. Readings of candle foot was taken using the REED Light Meter, Compact Series, model R1930.<br><br>Findings:<br><br>1. Lighting measured in the first floor J pod shower/toilet area for candle foot had a reading of two (2) candle feet.<br>2. Lighting measured in the first floor J pod bunk area for candle foot had a reading of three (3) candle feet.<br>3. Lighting measured in the second floor J pod shower/toilet area for candle foot had a reading of three (3) candle feet.<br>4. Lighting measured in the second floor J pod bunk area for candle foot had a reading of five (5) candle feet. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed.<br>3) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct training of Detention Facility staff on the policy.<br>4) Review and adopt further corrective actions as needed based on observations and interviews. |

Creek County Detention Facility
Statement of Deficiencies
February 12, 2020

| OAC: 310:670 | STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY IDENTIFYING INFORMATION) | PROPOSALS FOR SOLUTION [74 O.S. § 193(B)(1)] |
|---|---|---|
| **5-11 (b) (6) (A)** | **310:670-5-11. Physical plant**<br>**(b) New facilities and substantial remodeling of facilities (after January 1, 1992.**<br>**……………………….**<br>**(6) Each cell and detention room shall have at least forty (40) square feet of floor space for the initial inmate, and at least twenty (20) square feet of floor space for each additional inmate occupying the same cell. Double-celling is permitted if there is at least sixty (60) square feet of floor space for two (2) persons. Each room or cell shall have:**<br>**(A) One (1) toilet and one (1) washbasin with hot and cold running water, for every single or double occupancy cell or dormitory at a ratio of at least one (1) toilet and one (1) washbasin to twenty (20) inmates.**<br><br>This Rule was not met as evidence by:<br><br>Based on observation the facility failed to provide hot and cold running water in the dormitory. Water Temperature measurements were taken using the Day Mark Safety Systems Thermometer.<br><br>Findings:<br><br>1. Observation of the second floor J pod restroom washbasin hot water to have a temperature of 51 degrees.<br>2. Observation of the second floor J pod showers hot water to have a temperature of 51 degrees. | Pursuant to Title 74, Section 193(B)(1), the Department proposes the following solution:<br><br>It is recommended that the Detention Facility administrator do the following :<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed.<br>3) Review the actions taken to identify and report repairs.<br>4) Review the process for authorizing repairs.<br>5) Review the process for monitoring for completion of repairs.<br>6) Revise and train staff on maintenance procedures as needed.<br>7) Confirm the repair is scheduled and completed. |

OKLAHOMA
State Department
of Health

April 13, 2021

Cody Smith, Administrator
Creek County Detention Facility
917 S Ridgeview St
Sapulpa, OK 74067

E-Mail: csmith@creekcountysheriff.com

RE: Non-Compliance

Dear Mr. Smith:

On January 26, 2021, our office conducted an annual inspection, during a visit to your facility, to determine if your facility was in compliance with the requirements of the Oklahoma Administrative Code (OAC) in Title 310, Chapter 670, City and County Detention Facility Standards. Deficiencies identified during this inspection are listed on the enclosed Statement of Deficiencies (SOD) form.

Pursuant to Title 74 of the Oklahoma Statutes, at Section 193(B), you are provided a report (SOD) of the deficiencies identified in the condition or operation of the facility and specific proposals for their solution. Based on the deficiencies cited, you are provided notice that the facility was found not to be in substantial compliance with established standards.

Pursuant to Title 74 O.S. Section 194, [if] the deficiencies listed in the report have not been corrected, within sixty (60) days after delivery of the report, the Commissioner of Health shall be authorized to file a complaint with the Attorney General or the District Attorney.

If you would like to provide a response or provided an alternative "Plan of Correction", please send correspondence via e-mail to CCDF@health.ok.gov. If you have questions, please contact our office at 405-426-8170.

Sincerely,

Barry Edwards
Detention Program Manager

Enc. Statement of Deficiencies

cc Sheriff

PRINTED: 04/13/2021
FORM APPROVED

Oklahoma State Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROV DER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULT PLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **DET-032** | A. BUILDING: ______<br>B. WING ______ | **01/26/2021** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **CREEK COUNTY DETENTION FACILITY** | **917 S RIDGEVIEW ST**<br>**SAPULPA, OK 74067** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFIC ENCIES (EACH DEFIC ENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENT FY NG INFORMATION) | D PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 000 | INITIAL COMMENTS:<br><br>On January 26, 2021, Oklahoma State Department of Health staff conducted an unannounced annual inspection. The census at the time of the inspection was 205, and the rated capacity is 346.<br><br>Based on the violation(s) cited below the facility is not in substantial compliance.<br><br>The following deficient practice(s) was identified: | P 000 | | |
| P5623 | 310:670-5-6(21) Detention Facilities-Safety Fire Prevention<br><br>The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:<br>... ....<br>(21) The facility's fire prevention policies and procedures shall ensure the safety of staff, inmates and visitors and shall conform to the requirements of the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq. These shall include, but not be limited to an adequate fire protection service; a system of fire inspection and testing of equipment and documentation on a weekly basis; and the availability of fire hoses or extinguishers at appropriate locations throughout the facility. The facility shall have an automatic fire alarm and heat and smoke detection system approved by the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq. | P5623 | | |

Oklahoma State Department of Health
LABORATORY D RECTOR'S OR PROV DER/SUPPLIER REPRESENTATIVE'S SIGNATURE | TITLE | (X6) DATE

PRINTED: 04/13/2021
FORM APPROVED

Oklahoma State Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | DET-032 | A. BUILDING: ______ B. WING ______ | 01/26/2021 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **CREEK COUNTY DETENTION FACILITY** | **917 S RIDGEVIEW ST SAPULPA, OK 74067** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P5623 | Continued From page 1<br><br>This STANDARD is not met as evidenced by: Based on observation, interview and record review the facility failed to maintain the automatic fire alarm and heat and smoke detection system in accordance with the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq.<br><br>Findings:<br><br>1) The main automatic fire alarm and heat and smoke detection panel located in the dispatch area, displayed a yellow tag, denoting battery failure, battery leads corroded and some devices not accesible for testing. The system was last inspected and yellow tagged on January 19, 2021, by Firetrol Protection Systems, State License #863-302. | P5623 | Pursuant to Title 74, Section 193(B)(1), the Department provides the following proposals for solution:<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed.<br>3) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct training of Detention Facility staff on the policy.<br>4) Review and adopt further corrective actions as needed based on observations and interviews.<br>5) Review the procedures for fire code compliance and reporting and responding to maintenance needs.<br>6) Review the actions taken to identify and report repairs.<br>7) Review the process for authorizing repairs.<br>8) Review the process for monitoring for completion of repairs.<br>9) Identify those steps in the process that were not followed and why.<br>10) Revise and train staff on maintenance procedures as needed.<br>11) Confirm the repair is scheduled and completed. | |
| P6217 | 310:670-5-11(b)(6)(A) Detention Facilities-Toilet/Basin 1:20 ratio<br><br>(b) New facilities and substantial remodeling of | P6217 | | |

PRINTED: 04/13/2021
FORM APPROVED

Oklahoma State Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | DET-032 | A. BUILDING: ______ B. WING ______ | 01/26/2021 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **CREEK COUNTY DETENTION FACILITY** | **917 S RIDGEVIEW ST SAPULPA, OK 74067** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P6217 | Continued From page 2<br><br>facilities (after January 1, 1992). Plans for the construction of a new facility or the substantial remodeling of an existing facility shall be submitted to the Department for review and approval. Detention facilities are encouraged to submit plans to the Department for any re-modeling or repair that does not meet the substantial remodeling threshold to ensure standards are met.<br>... ....<br>(6) Each cell and detention room shall have at least forty (40) square feet of floor space for the initial inmate, and at least twenty (20) square feet of floor space for each additional inmate occupying the same cell. Double-celling is permitted if there is at least sixty (60) square feet of floor space for two (2) persons. Each room or cell shall have:<br><br>(A) One (1) toilet and one (1) washbasin with hot and cold running water, for every single or double occupancy cell or dormitory at a ratio of at least one (1) toilet and one (1) washbasin to twenty (20) inmates.<br><br>This STANDARD is not met as evidenced by:<br>Based on observation the facility failed to provide hot and cold running water in the dormitory.<br>Water Temperature measurements were taken using the Day Mark Safety Systems Thermometer.<br><br>Findings:<br><br>1) The first floor J pod shower had a hot water | P6217 | Pursuant to Title 74, Section 193(B)(1), the Department provides the following proposals for solution:<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed.<br>3) If the policy is revised or if the | |

PRINTED: 04/13/2021
FORM APPROVED

Oklahoma State Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROV DER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULT PLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **DET-032** | A. BUILDING: ________ B. WING ________ | **01/26/2021** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **CREEK COUNTY DETENTION FACILITY** | **917 S RIDGEVIEW ST**<br>**SAPULPA, OK 74067** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFIC ENCIES (EACH DEFIC ENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENT FY NG INFORMATION) | D PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P6217 | Continued From page 3<br>temperature measuring 49 degrees.<br><br>2) The second floor J pod shower had a hot water temperature measuring 52 degrees.<br><br>3) The first floor J pod wash basin did not provide hot and cold running water.<br><br>4) Interview with Administrator indicated repairs are ongoing in J pod showers and water basins. | P6217 | assessment determines staff knowledge of the policy is incomplete, conduct training of staff on the policy.<br>4) Review and adopt further corrective actions as needed based on observations and interviews. | |

**Sheriff**
**Bret Bowling**

**Undersheriff**
**Joe Thompson**

Creek County Sheriff's Office
301 East Lee
Sapulpa, Ok, 74066
Office: 918-227-6374
Fax: 918-227-6422

Reference: 2021 Jail Inspection Response

Date of Inspection: January 26, 2021

Findings:

310:670-5-6(21) Detention Facilities-Safety Fire Prevention

The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:

(21) The facility's fire prevention policies and procedures shall ensure the safety of staff, inmates and visitors and shall conform to the requirements of the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq. These shall include, but not be limited to an adequate fire protection service; a system of fire inspection and testing of equipment and documentation on a weekly basis; and the availability of fire hoses or extinguishers at appropriate locations throughout the facility. The facility shall have an automatic fire alarm and heat and smoke detection system approved by the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq.

Response: The Sapulpa Fire Department approved the Emergency Evacuation and Fire Safety Plans on January 6, 2021. Copy of the signed document from the Sapulpa Fire Department is attached.

The Oklahoma State Fire Marshal (Donny Howard) was at the Creek County Criminal Justice Center on March 30, 2021 and approved the Oklahoma State Fire Inspection. Copy of the signed document is attached.

Findings:

1) The main automatic fire alarm, heat, and smoke detection panel located in the dispatch area, displayed a yellow tag, denoting battery failure, battery leads

corroded and some devices not accessible for testing. The system was last inspected and yellow tagged on January 19, 2021, by Firetrol Protection Systems, State License #863-302.

Response:

Firetrol Protection Systems was at the Creek County Criminal Justice Center on February 9, 2021 and green tagged the main automatic fire alarm panel. Copy of the document from Firetrol Protection Systems is attached.

Findings:

7 310:670-5-11(b)(6)(A) Detention Facilities-Toilet/Basin 1:20 ratio

(b) New facilities and substantial remodeling of acilities (after January 1, 1992). Plans for the construction of a new facility or the substantial remodeling of an existing facility shall be submitted to the Department for review and approval. Detention facilities are encouraged to submit plans to the Department for any re-modeling or repair that does not meet the substantial remodeling threshold to ensure standards are met.

(6) Each cell and detention room shall have at least forty (40) square feet of floor space for the initial inmate, and at least twenty (20) square feet of floor space for each additional inmate occupying the same cell. Double-celling is permitted if there is at least sixty (60) square feet of floor space for two (2) persons. Each room or cell shall have:

(A) One (1) toilet and one (1) washbasin with hot and cold running water, for every single or double occupancy cell or dormitory at a ratio of at least one (1) toilet and one (1) washbasin to twenty (20) inmates.

This STANDARD is not met as evidenced by: Based on observation the facility failed to provide hot and cold running water in the dormitory. Water Temperature measurements were taken using the Day Mark Safety Systems Thermometer.

Findings:

1) The first floor J pod shower had a hot water temperature measuring 49 degrees.

2) The second floor J pod shower had a hot water temperature measuring 52 degrees.

3) The first floor J pod wash basin did not provide hot and cold running water.

4) Interview with Administrator indicated repairs are ongoing in J pod showers and water basins.

Response:

1. On January 26, 2021, the Assistant Jail Administrator and the maintenance supervisor measured the first floor shower utilizing a cup and an oral thermometer and had a tempetuare of 108 degrees.
2. On January 26,2021 the Assistant Jail Administrator and the maintenance supervisor measured the second floor shower utilizing a cup and an oral thermometer and had a tempetuare of 107 degrees
3. On February 1,2021 the maintenance division replaced a supply line that was disconnected from the control board. Work Order is attached.

# Oklahoma State Fire Marshal

Occupancy: **Creek County Justice Center**
Occupancy ID: **67**
Address: **9175 Ridgeview**
**Sapulpa OK 74135**
Inspection Type: **Annual**
Inspection Date: **3/25/2021** By: Howard, Donny
Time In: **11:28** Time Out: **11:56**
Authorized Date: **Not Authorized** By:

Form: Detention / Correctional Facility Inspection

## Inspection Description:

This form is used for any detention or correctional facility inspection.

## Inspection Topics:

### ADMINISTRATION

Is Invoice Required?
If "YES", indicate the amount.
**Status:** NO
**Notes:** Government facility. No invoice.

### FIRE EXTINGUISHERS

Are an adequate number of fire extinguishers provided?
IFC 906.3.1 to IFC 906.3.4
**Status:** YES
**Notes:**

Are fire extinguishers properly mounted?
IFC 906.5 to 906.9.3
**Status:** YES
**Notes:** See OSFM Fire Statement and photos.

Is a Type K fire extinguisher available in the kitchen?
IFC 904.11.5.1
**Status:** YES
**Notes:** Signed and filled out OSFM Fire statement - COVID

Were fire extinguishers serviced within the past year?
IFC 901.6.1
**Status:** YES
**Notes:** Fire Extinguishers were inspected by FIRETROL on February 09, 2021. Deficiencies were corrected according to T. Greer.

### HOOD & DUCT SUPPRESSION

Has the hood and duct suppression system been inspected within the past year?
IFC 904.1.6 to IFC 904.11.6.3
**Status:** YES
**Notes:** Fire Extinguishers were inspected by FIRETROL on February 09, 2021. Deficiencies were corrected according to T. Greer.

Is the manual pull accessible and free of obstructions?
IFC 904.11.1
**Status:** YES
**Notes:** Fire Extinguishers were inspected by FIRETROL on February 09, 2021. Deficiencies were corrected according to T. Greer. See OSFM Fire statement by Creek County Sheriff's office - COVID

Is the kitchen staff trained in the proper use of portable extinguishers and the kitchen hood and duct suppression system?
NFPA 101-23.7.1.4
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office - COVID. Hood system and Type K extinguisher inspected by FIRETROL on January 29, 2021.

## ALARM SYSTEM

Has the fire alarm system been serviced and/or inspected within the past year?
IFC 907.2.6.3
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office - COVID. Fire Alarm system was inspected by FIRETROL on February 5, 2021. A green tag has been attached to FACP.

Is a lockout device installed on the fire alarm breaker?
NFPA 72
**Status:** N / A
**Notes:** Not required.

Is the fire alarm system monitored?
IFC 907.7.5
**Status:** YES
**Notes:** Proprietary protocols. Fire Alarm system was inspected by FIRETROL on February 5, 2021. A green tag has been attached to FACP.

Is the fire alarm panel clear of supervisory and/or trouble signals?
NFPA 101-9.6.1.3
**Status:** YES
**Notes:** Fire Alarm system was inspected by FIRETROL on February 5, 2021. A green tag has been attached to FACP.

Is access control installed?
Check if access control is used.
**Status:** YES
**Notes:** Fire Alarm system was inspected by FIRETROL on February 5, 2021. A green tag has been attached to FACP.

## DETECTION SYSTEMS

Are smoke detectors installed in sleeping areas?
NFPA 101-23.3.4.4 and NFPA 101-9.6.2.10.1.2
**Status:** YES
**Notes:** Fire Alarm system was inspected by FIRETROL on February 5, 2021. A green tag has been attached to FACP.

Are smoke detectors in proper operating condition?
NFPA 101-23.3.4.4.2
**Status:** YES
**Notes:** Fire Alarm system was inspected by FIRETROL on February 5, 2021. A green tag has been attached to FACP.

Do smoke detectors report to a constantly attended location?
NFPA 101-23.3.4.3.2.1 (3) a and b
**Status:** YES
**Notes:** Fire Alarm system was inspected by FIRETROL on February 5, 2021. A green tag has been attached to FACP.

Are cell vents free of obstructions?
NFPA 23.3.4.4.2.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office - COVID

Is the smoke control system operational?
IFC 909.20 to IFC 909.20.5
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office - COVID

Is a Carbon Dioxide detection system connected to the fire alarm system?
NFPA 1
**Status:** N / A
**Notes:** Not required.

Is a Carbon Monoxide detection system connected to the fire alarm system?
NFPA 72
**Status:** N / A
**Notes:** Not required.

**FIRE SPRINKLERS**

Has the fire sprinkler system been serviced and/or inspected within the past year?
IFC 903.2.6
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.
All deficiencies were corrected and a green tag place on riser dated February 22, 2021 by FIRETROL.

Do sprinkler system gauges reflect proper pressure?
NFPA 13
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.
All deficiencies were corrected and a green tag place on riser dated February 22, 2021 by FIRETROL.

Is a sprinkler head wrench & extra sprinkler heads available?
NFPA 101-9.7.1.1
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.
All deficiencies were corrected and a green tag place on riser dated February 22, 2021 by FIRETROL.

Are sprinkler valves secured and monitored?
IFC 903.4
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.
All deficiencies were corrected and a green tag place on riser dated February 22, 2021 by FIRETROL.

Is the fire department connection visible and accessible?
IFC 912.2.1
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.
All deficiencies were corrected and a green tag place on riser dated February 22, 2021 by FIRETROL.

**SMOKING**

Are NO SMOKING rules established?
IFC 310.1 and 21 O.S. 1247
**Status:** YES
**Notes:**

Are NO SMOKING signs posted?
IFC 310.3
**Status:** YES
**Notes:**

**EXITS**

Are exit doors equipped and operating properly?
NFPA 101-7.2.1.1.1
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are exit signs and emergency lighting in place and operating properly?
NFPA 101-7.9.1.1 and NFPA 101-7.10.1.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are exits open and unobstructed?
NFPA 101-7.1.10.1
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are corridors unobstructed?
IFC 1018.3
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are pod emergency escape doors accessible and operable?
NFPA 101-23.2.4.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Can employees identify keys necessary for egress by both touch and sight?
NFPA 101.23.7.5
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

## MECHANICAL

Are mechanical and boiler rooms free of storage?
IFC 315.2.3
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are portable heating devices being used properly?
NFPA 101-23.5.2.2
**Status:** N / A
**Notes:** No portable heating devices are being used.

Is equipment vented properly?
NFPA 101-9.2.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Is equipment properly enclosed?
NFPA 101-9.2.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Is proper separation maintained between heat producing equipment and combustibles?
IFC 305.1
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are clothes dryer lint traps cleaned daily?
IFC 605.8
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

## ELECTRICAL

Are electric motors free of oil, dirt, waste and debris?
IFC 605.8
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Is emergency lighting provided in the electrical equipment room?
IFC 605.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID. Generator is present and will provide lighting within the electrical room.

Are electrical panels unobstructed and accessible?
IFC 605.3
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are junction boxes and wiring covered or protected?
IFC 605.6
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are extension cords being used properly?
IFC 605.5
**Status:** N / A
**Notes:** No extension cords are being used as permanent electrical service.

Are power strips being used properly?
IFC 605.4.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

## GENERAL FIRE SAFETY

Has an emergency plan been established?
NFPA 101-23.7.1.3
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID. The Sapulpa Fire Marshal reviewed and approved the Emergency Evacuation and Fire Safety plans on January 6, 2021.

Has the emergency plan been reviewed with the past year?
NFPA 101-23.7.1.3.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID. The Sapulpa Fire Marshal reviewed and approved the Emergency Evacuation and Fire Safety plans on January 6, 2021.

Has the emergency plan been practiced?
NFPA 101-23.7.1.3.1
**Status:** YES
**Notes:** Date of last fire drill was February 22, 2021.

Has the facility prepared a fire safety plan?
IFC 404.3.2.1 through IFC 404.3.2.7
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID. The Sapulpa Fire Marshal reviewed and approved the Emergency Evacuation and Fire Safety plans on January 6, 2021.

Does the fire evacuation plan meet the requirements of the International Fire Code?
IFC 404.3.1.1 through IFC 404.3.1.9
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID. The Sapulpa Fire Marshal reviewed and approved the Emergency Evacuation and Fire Safety plans on January 6, 2021.

Can inmates be evacuated to an enclosed area of proper size or to a separate smoke compartment?
NFPA 101-23.2.7.2
**Status:** YES
**Notes:**

Are fire drills properly documented?
IFC 405.5
**Status:** N / A
**Notes:** Date of last fire drill was February 22, 2021.

Are cells free of accumulations of combustibles?
NFPA 101-23.7.2
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are hazardous areas properly protected?
NFPA 101 - Table 23.3.2.1
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Are non-combustible trash cans used?
IFC 808.1
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID.

Is a backup generator used for auxiliary power?
IFC 604.2.16
**Status:** YES
**Notes:** See OSFM Fire statement by Creek County Sheriff's office – COVID. The generator will internally check its functionality on a weekly time frame.

Is the generator routinely tested (note last test date)?
IFC 604.3.1
**Status:** YES
**Notes:** Approximately March 18, 2021.

## Additional Time Spent on Inspection:

| Category | Start Date / Time | End Date / Time |
|---|---|---|

**Notes:** No Additional time recorded

**Total Additional Time: 0 minutes**
**Inspection Time: 1468 minutes**
**Total Time: 1468 minutes**

## Summary:

**Overall Result:** APPROVED

**Inspector Notes:**

**Sheriff**
**Bret Bowling**

**Undersheriff**
**Joe Thompson**

Creek County Sheriff's Office
301 East Lee
Sapulpa, Ok, 74066
Office: 918-227-6374
Fax: 918-227-6422

January 6, 2021

**EVACUATION ROUTES**

Primary evacuation routes for Master control and Dorm control housing units will be identical to route taken for outdoor exercise, straight into the unit hallway and through the hallway to the exercise yard.

Secondary evacuation routes for Master control and Dorm control will be through the pod to pod doors and in the direction leading away from the fire. Staff and inmate will exit through the exercise yard unless the fire is blocking that route. If the exercise yard is block you will use the administrative hallway and go through booking into the sally port.

Inmates evacuated into the sally port or outdoors recreation yard may be taken to the north parking lot if deemed necessary by the ranking officer on scene.

Primary evacuation for the administrative section of the jail will be through booking and into the vehicle sally port.

Secondary evacuation routes will be through the housing unit hallway in the direction away from the fire. Inmates will be moved through the hallway and into the recreation yard.

Inmates evacuated into the sally port or outdoors recreation yard may be taken to the north parking lot if deemed necessary by the ranking officer on scene.

The shift supervisor will immediately notify dispatch of any evacuation.

The dispatcher will immediately summons all available local law enforcement to monitor the facility perimeter until the situation in the jail is resolved.

Terry Greer
Assistant Jail Administrator
Creek County Criminal Justice Center
PH: 918-216-1747
tgreer@creekcountysheriff.com

Terry Greer #42

APPROVED

SAPULPA FIRE MARSHAL

FIRETROL Protection Systems

Firetrol Protection Systems, Inc.
8189 E. 46th Street
Tulsa, OK 74145
Phone: 918-624-1000
Fax: 918-624-1003

| | |
|---|---|
| Invoice Nbr: | **100702231** |
| Invoice Date: | 02/09/2021 |

**Thank you for choosing Firetrol Protection Systems**

OneSource fire Solutions

| | | | |
|---|---|---|---|
| **Fire Sprinkler** | **Life Safety** | **Fire Alarm** | **Extinguishers** |
| **E-Lighting** | **Range Hoods** | **Inspections** | **24/7 Service** |
| **Maintenance** | **Repair** | **Special Hazards** | **Backflow Preventers** |

**Bill To:** CREEK COUNTY SHERIFF
Attn: JENNIFER MORTAZAVI
301 E LEE STREET
SAPULPA, OK 74066

**Ship To:** CREEK COUNTY JUSTICE - JAIL
9175 RIDGEVIEW
SAPULPA, OK 74066

| Customer Nbr | Cust PO No. | Firetrol WO No. | Date Completed | Terms | Due Date |
|---|---|---|---|---|---|
| 6101595 | 4116 | 2101-4678 | 02/05/2021 | NET 30 | 03/11/2021 |

Invoice Notes:

INSPECTION REPAIRS COMPLETE AND PANEL IS GREEN TAGGED.

SYSTEM NORMAL UPON DEPARTURE

| Service \ Item Description | Unit Description | Qty | Price | Amount |
|---|---|---|---|---|
| **MATERIAL** | | | | |
| 12V 12AH BATTERY | Each | 2.00 | 46.00 | 92.00 |
| BATTERY LEADS | Each | 1.00 | 25.00 | 25.00 |
| **LABOR** | | | | |
| LABOR-ALARM TECHNICIAN | HR | 8.00 | 115.00 | 920.00 |

**Please Remit To:** Firetrol Protection Systems, Inc.
8189 E. 46th Street
Tulsa, OK 74145
Phone: 918-624-1000 Fax: 918-624-1003
**We gladly accept VISA, MC, DISCOVER, and AMEX**

**Invoice Totals**

| | |
|---|---|
| Sub Total | 1,037.00 |
| Sales Tax | 0.00 |
| **TOTAL** | **1,037.00** |

# JOB SUMMARY

FIRETROL Protection Systems
www.firetrol.net

| | |
|---|---|
| From | Firetrol Protection Systems, Inc.<br>8189 East 46th Street<br>Tulsa, OK 74145<br>(918) 624-1000 |

| | |
|---|---|
| Job No. | 20709032 |
| Date | 2/1/2021 |
| Type | Service Call |
| PO No. | 4116 |

| | |
|---|---|
| Job For | CREEK COUNTY CLERK<br>CREEK COUNTY JUSTICE - JAIL<br>9175 RIDGEVIEW<br>SAPULPA, OK 74066 |

## Job Description

Work Order - 2101-4678 T&M

## Services

**Alarm System - FIRE ALARM SYSTEM (FIRE-LITE MS-9600)**

Main panel batteries failed. 12v 12ah. Charging voltage was fluctuating when metered. Charging circuit needs to be checked. Battery lead is corroded. - repair

**Alarm System - FIRE ALARM SYSTEM (FIRE-LITE MS-9600)**

Repair of Audibles were not tested 100%. Attempted test but panel was repeatedly silenced. Video court sessions were going on all day.

Suggest scheduling audible test while court is not in session.

**Alarm System - FIRE ALARM SYSTEM (FIRE-LITE MS-9600)**

GREEN TAG PANEL

## Parts, labor and items used

| Parts, labor and items used | | QTY |
|---|---|---|
| Labor | LABOR - ALARM | 0.5 |
| Labor | LABOR - ALARM | 2 |
| Labor | LABOR - ALARM | 2 |
| Part | 12V 12AH BATTERY | 2 |
| Other | Battery Leads | 1 |
| Labor | LABOR - ALARM | 8 |

## Files and Photos








## Deficiencies

FIXED

Deficient

DISCOVERED

01/19/2021

1:25 PM

**FIRE ALARM SYSTEM (FIRE-LITE MS-9600)**

**Description:**

Main panel batteries failed. 12v 12ah. Charging voltage was fluctuating when metered. Charging circuit needs to be checked. Battery lead is corroded.



## Comments

**Brent Denny**
02/09/2021 11:50am CST

INSPECTION REPAIRS COMPLETE AND PANEL IS GREEN TAGGED.

**Michael Fischer**
02/05/2021 04:04pm CST

Green tagged panel per Brent Denny.
Job completed.

Michael Fischer
02/01/2021 09:20am CST

Arrived on site and checked in with customer. Replaced panel batteries. Corrosion is only on one terminal, and had eaten away a bit of the underside plastic insulation of the terminal. It still functions and isn't exposed when on a battery.

Customer mentioned that the inspector didn't inspect all the duct detectors, due to need of extension ladder to access. Do they need a man lift to safely inspect? Will need to call and schedule time for testing all horn strobes.

Used two 12v 12ah batteries.

---

## Disclaimers and Warranties

Firetrol Protection Systems, Inc. recommends that the owner or owners representative follow all applicable state and local regulations and applicable NFPA standards for inspection, testing, and maintenance for all life safety system(s) on their property which may not be included in this service.

Please be advised that all system devices are required by the applicable NFPA standards to be inspected and/or tested 100%. The owner or owners representative is expected to provide access to all areas, if access is not provided, there may be an additional charge for a return trip to complete the inspection.

I have read and understand the terms and conditions below, and acknowledge that they are an integral part of this service / inspection agreement.

NOTE: The Terms and Conditions below are not applicable if there is an existing agreement already in place at the time of this service and/or inspection. This may include a Master Service Agreement, Customer Purchase Agreement, or a Federal, State or Local Agreement such as GSA, NASPO, BuyBoard, TXMAS, etc.

The Seller makes no warranties, express, or implied, including, without limitation, warranties of merchantability and warranties of fitness for a particular purpose. No promise not contained herein or affirmation of fact made by any employee, agent or representative of the Seller shall constitute a warranty by the Seller or give rise to any liability or obligation. Seller's liability to purchaser for personal injury, death, or property damage arising from the performance under this contract shall be limited to the contract price.

Under no circumstances shall Seller have any responsibility, liability, or obligation for the performance or non-performance of the fire protection system. Purchaser understands, acknowledges, and agrees that Seller is not an insurer or guarantor of the fire protection system and that Seller's inspection may not reveal all defects or deficiencies, if any, in the fire protection system. In no event shall Seller be liable for any special, indirect, incidental, consequential, or other damages to any third person including, but not limited to, purchaser(s) customers, invitees, or employees, irrespective of whether such claims or actions are based upon contract, warranty, negligence, tort, strict liability, or otherwise.

Any inspection and/or testing services provided are NOT a system survey or engineering analysis of the system and/or its design. Inspection and testing services that may be provided are designed to determine the functionality of the inspected systems at the time of the inspection/test, as per state requirements. Any Inspection and/or testing services provided are not intended to reveal design or installation flaws or code compliance violations.

ENTIRE CONTRACT

The provisions herein contained constitute all of the terms and conditions of this contract. No changes or additions hereto shall be binding upon Seller unless in writing and signed by an authorized representative of Seller. Any terms or conditions of Purchaser's order inconsistent herewith or in addition hereto shall be of no force and effect and are hereby expressly rejected and Purchaser's order shall be governed by only the terms and conditions appearing herein.

PROPOSALS AND CONTRACT

Seller's proposals, when accepted, and any resulting contract, are not subject to cancellation, suspension or reduction in amount, except with Seller's written consent and upon terms, which reimburse Seller for work performed, reasonable overhead and lost profit.

PAYMENT

Terms of payment have been set at net 10-days. A service charge will be charged and added to the prices on all payments past due and owed by the Purchaser under this contract, at a rate of 25% per annum, or if such rate is prohibited under applicable law, then at such maximum rate as is under applicable law. Purchaser shall pay all attorney's fees incurred in the collection of past due accounts.

LOCAL AHJ RECORD KEEPING FEES

Unless specifically noted in your proposal, the Contract Pricing does not include any record keeping or processing fees incurred by the local AHJ and will be added to your invoices as applicable.

DELAYS

Seller shall not be liable for any damage or penalty for delays in work due to acts of God, acts or omissions of the Purchaser, acts of civil or military authorities, Government regulations or priorities, fires, floods, epidemics, quarantine restrictions, war, riots, strikes, differences with workmen, accidents to machinery, car shortages, inability to obtain necessary labor, materials or manufacturing facilities, delay in transportation, defaults of Seller's subcontractors, failure of or delay in furnishing correct or complete information by Purchaser with respect to location or other details of work to be performed hereunder, impossibility or impracticability of performance or any other cause beyond the control of Seller, whether or not similar to the foregoing. In the event of any delay caused as aforesaid, the completion shall be extended for a period equal to any such delay, and this contract shall not be void or avoidable as a result of any such delay. In case work is temporarily discontinued by reason of any of the foregoing, all unpaid installments of the contract price less an amount equal to the value of material and labor not furnished shall be due and payable upon receipt of the invoice by Purchaser.

EXCAVATION

In the event the work herein includes excavation, the Purchaser shall pay as an extra to the contract price the cost for any additional work performed by the seller due to water,

quicksand, rock or other unforeseen obstruction encountered or if shoring is required.

**SITE FACILITIES**

Purchaser shall furnish all necessary facilities for performance of its work by Seller, adequate space for storage and handling of material, light, water, heat, local telephone, watchman and crane and elevator service, if available, and necessary permits. Where wet pipe system is installed, Purchaser shall supply and maintain sufficient heat to prevent freezing of the system.

**STRUCTURE AND SITE CONDITIONS**

While employees of Seller will exercise reasonable care in this respect, Seller shall be under no responsibility for loss or damage due to the character, condition or use of foundations, walls, or other structures not erected by it or resulting from excavation in proximity thereto, nor for damage resulting from concealed piping, wiring, fixtures or other equipment or conditions or water pressure. All shoring or protection of foundations, walls, or other structures subject to being disturbed by any excavation required hereunder shall be the responsibility of the Purchaser unless otherwise specified. Purchaser warrants the sufficiency of the structure to support the fire alarm and/or fire sprinkler system and its related equipment. The purchaser shall have all things in readiness for service, including, but not limited to, other materials, floor or suitable working base, connections, and facilities at the time technician is onsite. In the event the purchaser fails to have all things in readiness for service at the job site, the Purchaser shall reimburse Seller for any and all expenses caused by such failure to have such things in readiness. Failure to make areas available to Seller during performance in accord with schedules, which are the basis of Seller's proposal, shall be considered a failure to have all things in readiness for erection in accord with the terms of this contract.

**INTERFERENCES**

Purchaser shall be responsible to coordinate the work of other trades (ducting, piping, electrical, etc.) and Purchaser shall be responsible for additional costs incurred by Seller arising out of interferences to Seller's work caused by such other trades.

**LIMITATIONS OF LIABILITY**

The Seller makes NO WARRANTIES, EXPRESS, OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE. No promise not contained herein or affirmation of fact made by any employee, agent or representative of the Seller shall constitute a warranty by the seller or give rise to any liability or obligation. Seller's liability to Purchaser for personal injury, death, or property damage arising from the performance under this contract shall be limited to the contract price. Purchaser shall hold Seller harmless from any and all third-party claims for personal injury, death or property damage, arising from Purchaser's failure to maintain these systems or keep them in operative condition, whether based upon contract, warranty, tort, strict liability or otherwise. In no event shall Seller be liable for any special, indirect, incidental, consequential or liquidated, penal or any economic damage of any character, including but not limited to loss of use

of the Purchaser's property, lost profits or lost production, whether claimed by the Purchaser or by any third party, irrespective of whether claims or actions for such damages are based upon contract, warranty, negligence, tort, strict liability or otherwise.

**WARRANTY**

Seller agrees that for a period of one (1) year after completion of said service it will, at its expense, repair or replace defective materials or workmanship supplied or performed during this service/repair by Seller. Upon completion of the service work, the system will be turned over to the Purchaser fully inspected, tested, and in operative condition. As it is thereafter the responsibility of the Purchaser to maintain it in operative condition, it is understood that the Seller does not guarantee the operation of the system. Seller further warrants the products of other manufacturers supplied hereunder, to the extent of the warranty of the respective manufacturer but no longer than one-year. ALL OTHER EXPRESS OR IMPLIED WARRANTIES OF MERCHANTABILITY OF FITNESS OR OTHERWISE ARE HEREBY EXCLUDED.

**MODIFICATIONS AND SUBSTITUTIONS**

Seller reserves the right to modify material of Seller's design sold hereunder and/or the drawings and specifications relating thereto, or to substitute material of later design to fulfil this contract providing that the modifications or substitutions will not materially affect the performance of the material, or lessen in any way the utility of the material to the Purchaser.

**SEVERABILITY**

Should any part, term, or provision of this contract be found by the courts to be illegal or in conflict with any law of the state where made, the validity of the remaining portions or provisions shall not be affected thereby.

**ASSIGNMENT**

Any assignment of this contract by Purchaser without the written consent of Seller shall be void. Seller may assign this contract to its subsidiaries and affiliates.

**CHANGES, ALTERATIONS, ADDITIONS**

Changes, alterations, and additions to the plans, specifications, or construction schedule for this contract shall be invalid unless approved in writing by Seller. Changes approved by Seller, which increase or decrease the cost of work to Seller, shall constitute a corresponding increase or decrease in the contract price as herein provided. The value of additional work shall be agreed upon in writing prior to the performance of said work. However, if no agreement is reached prior to the performance of additional work approved in the manner herein described, and Seller elects to continue performance so as to avoid delays, then the estimate of Seller's Estimating Department as to the value of the work shall be deemed accepted by the Purchaser.

**PRICES**

In addition to the prices specified herein, Purchaser shall pay for all extra work requested by Purchaser or made necessary because of incompleteness of or inaccuracy in plans or other information submitted by Purchaser with respect to location, type of occupancy, or other details of work to be performed hereunder. In the event the layout of Purchaser's facilities has been altered, or is altered by Purchaser prior to completion of this contract, Purchaser shall advise Seller, and prices, delivery, and completion dates quoted herein shall be changed by Seller as may be required.

**LEGAL NOTICE**

For the purposes of any notice permitted or required to be given hereunder, such notice or notices shall be deemed given when received.

**CLAIMS**

Any claims against Seller arising hereunder shall be deemed waived unless they are presented in writing, with particulars, within ten (10) days after they arise.

**TERMS AND CONDITION/TECHNICAL SPECIFICATIONS**

The terms and conditions specified herein shall be in addition to those put in Seller's technical specifications and Seller's authorized representative shall resolve any inconsistencies.

**ARBITRATION**

At the option of the Seller, any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration in accordance with the Rules of the American Arbitration Association, and judgment upon the award rendered by the Arbitrator(s) may be entered in any court having jurisdiction thereof. Any arbitration proceeding shall be held in the same jurisdiction as the location of the work performed.

**OVERTIME**

Unless otherwise specified by Purchaser, all service work will be performed during regular working hours. If Purchaser shall require any overtime labor, Purchaser agrees to reimburse Seller for the overtime premium cost including all related payroll costs, plus Seller's overhead and profit, payable monthly, one (1) month after overtime expense was incurred.

**PROPRIETARY DATA**

All specifications, drawings, designs, descriptive matter, and other data furnished by Seller to Purchaser pertaining to the work proposed herein shall be deemed proprietary and shall be kept in confidence by Purchaser and shall not be disclosed to any third party except as may be necessary in the performance of any contract with the Seller. In the event Seller requests the return of any such proprietary material and/or any reproductions thereof, Purchaser shall promptly return the same to Seller.

**DEFAULT**

In case of any default by Purchaser, Seller shall be entitled to payment for all work performed, all termination costs incurred, and any other costs incurred by Seller, including overhead and profit. All such remedies of Seller are cumulative and not exclusive. Default by Purchaser shall consist of: Failure to pay any installment of price when due, no demand being necessary, or any act or omission on the part of Purchaser whereby Seller is prevented from completing said service, or receivership, bankruptcy, assignment for the benefit of creditors or any other form of insolvency proceedings by or against Purchaser or in case said premises or said system shall be attached, liened or seized by process of law and such attachment or lien shall not be vacated or seizure terminated within ten (10) days after its occurrence.

**BACK CHARGE**

No charges shall be levied by the Purchaser against the Seller unless, (48) hrs prior written notice is given to Seller to correct any alleged deficiencies/clean-up which necessitates such charges and unless deficiencies are the direct fault of Seller.

**OSHA**

Purchaser will indemnify and hold harmless the Seller from and against any claims, demands or damages resulting from the enforcement of the Occupational Safety Health Act (Public Law 91-596), unless said claims, demands or damages are a direct result of causes within the exclusive control of Seller.

**Property owner assumes all liability for any damages that may be related to the failure (or partial failure) of their fire protection/life safety system(s) due to any deficiency or impairment (whether identified herein or not.) Firetrol Protection Systems, Inc. will provide you a quotation upon request to repair all deficiencies/impairments noted. Should you have any questions or require any additional information, please do not hesitate to contact our office.**

Appendix A

**For the State of Oklahoma Only - Firetrol Protection Systems, Inc. advises that you IMMEDIATELY take the actions listed below:**

YELLOW TAG - FIRE ALARM SYSTEM / SPRINKLER SYSTEM

If your Fire Alarm and/or Fire Sprinkler System has been YELLOW tagged per Oklahoma Statue OAC 310:205 section 310:205-5-2 sub section C. The application of this inspection tag requires notification to the Fire Code Official within seventy-two (72) hours.

YELLOW TAG - PRE-ENGINEERED FIRE SUPPRESSION SYSTEM

If your Pre-Engineered Fire Suppression System has been YELLOW tagged per Oklahoma Statute OAC 310:451 section 310:451-5-2 sub section C. The application of this inspection tag requires notification to the Fire Code Official within seventy-two (72) hours

YELLOW TAG - ENGINEERED FIRE SUPPRESSION SYSTEM

If your Engineered Suppression System has been YELLOW tagged per Oklahoma Statute OAC 310:451 section 310:451-5-3 sub section C. The application of this inspection tag requires notification to the Fire Code Official within seventy-two (72) hours.

RED TAG - FIRE ALARM SYSTEM / SPRINKLER SYSTEM

If your Fire Alarm and/or Fire Sprinkler System has been RED tagged per Oklahoma Statute OAC 310:205 section 310:205-5-2 sub section D. The application of this inspection tag requires notification to the Fire Code Official within twenty-four (24) hours.

RED TAG - PRE-ENGINEERED FIRE SUPPRESSION SYSTEM

If your Fire Alarm and/or Fire Sprinkler System has been RED tagged per Oklahoma Statute OAC 310:451 section 310:205-5-2 sub section D. The application of this inspection tag requires notification to the Fire Code Official within twenty-four (24) hours.

RED TAG - ENGINEERED FIRE SUPPRESSION SYSTEM



EXHIBIT 6

**FIRETROL**
Protection Systems

8189 East 46th Street, Tulsa, OK 74145
Office: (918) 624-1000 Fax: (918) 624-1003
Oklahoma Alarm Co # 0863 Ext 0302

Date: 1/19/2021

Tag Color: **YELLOW**

Re:

| | | |
|---|---|---|
| CREEK COUNTY JUSTICE-JAIL | | |
| 9175 RIDGEVIEW | | |
| SAPULPA | OK | 74066 |

Building: CREEK COUNTY JUSTICE-JAIL

JN# 2101-1824

Subject: Fire Protection System Inspection

Attn: TERRY GREER

Email: tgreer@creekcountysheriff.com

Today, we inspected the fire protection system(s) at the above referenced address. We found the system(s) to be in satisfactory working condition, with the exception listed on the deficiency page(s).

- ☐ WET SPRINKLER SYSTEM
- ☑ ALARM AND DETECTION SYSTEMS
- ☐ DRY SPRINKLER SYSTEM
- ☐ FIRE PUMP
- ☐ SPECIAL HAZARD SYSTEM
- ☐ OTHER:

Note: All water flows, pressure switches and tampers are tested in accordance with NFPA 25 & 72.

Enclosed is the inspection report(s) for your use and information.

Should you have any questions or require any additional information, please do not hesitate to contact me.

Sincerely,
Inspector(s) Jasmine M. Littleton Ok. Lic # A466409

Technician Signature: Jasmine Littleton Date: January 19, 2021

Technician Signature: ______________

Received By: ______________ Date: January 19, 2021

Creek County Justice Jail - (A)FA - 2101-1824 - 011921- Y.xlsx

FIRETROL Protection Systems
8189 E 46TH STREET
TULSA, OK 74145
OFFICE: 918-624-1000 FAX: 918-6241003
OK Lic.# 863

| TAG COLOR |
|---|
| YELLOW |

# ALARM & DETECTION EQUIPMENT TEST REPORT

PROPERTY NAME: CREEK COUNTY JUSTICE-JAIL
LOCATION: CREEK COUNTY JUSTICE-JAIL
STREET: 9175 RIDGEVIEW
CITY, STATE, ZIP: SAPULPA | OK | 74066

CONTACT: TERRY GREER
CONTACT EMAIL: tgreer@creekcountysheriff.com
INSPECTION DATE: Tuesday, January 19, 2021

PANEL LOCATION: DISPATCH/ CALL CENTER PANEL: FIRELITE MODEL#: MS-9600

1. Before Test Notify Proper Authorities

| | NAME | PHONE NO. |
|---|---|---|
| A. Owner or Owner's Rep. | TERRY GREER | |
| B. Fire Dept. | | |
| C. Central Station | 24 HR SELF MONITORED/ 911 DISPATCH | |
| D. Account & Pass | | |

2. Control Panel Status Before Test

| | | YES | N/A | NO |
|---|---|---|---|---|
| A. Is the panel connected to the Fire Department Master Box | | | ✓ | |
| Lease Line / Monitoring | ✓ | ✓ | | |
| B. Is the Power Light On? | | ✓ | | |
| C. Does the Panel indicate Normal Conditions? | | ✓ | | |
| D. Are all indicating Lamp Bulbs in operating order? | | ✓ | | |
| E. Does the Trouble Light operate? | | ✓ | | |
| F. Does the Silence Switch operate? | | ✓ | | |
| G. Does the Panel have Active Zones? | ADDRESSABLE | ✓ | | |
| H. Does the Panel have Inactive Zones? | ADDRESSABLE | ✓ | | |
| I: Does the Panel have Battery Backup? | | ✓ | | |
| J. Do the Batteries indicate they are Properly Charged? | Date: 2018 Amp Hr: 12 | | | ✓ |
| K. Have Fire Dept. and/or Lease Lines been disconnected before continuing tests? | | ✓ | | |

Comments:

3. Extinguishing Systems

| | | YES | N/A | NO |
|---|---|---|---|---|
| A. Are Clean Agent Systems installed on property? | No. | | | ✓ |
| Is Clean Agent at Recommended Pressure? | | | ✓ | |
| B. Are Co2 Systems installed on Property? | No. | | | ✓ |
| Is Co2 at Recommended Pressure? | | | ✓ | |
| C. Are any other Type Systems installed on Property? | No. 2 | | | |

Comments:
WET SPRINKLER SYSTEM WITH POD CONTROLS, KITCHEN HOOD

Test Verification: Print:
(By owner or owner's rep)
Sign: Date: January 19, 2021

Inspector(s): Tech Sign: Jasmon Lottar Date: January 19, 2021
Tech Sign: Date: January 19, 2021
Phone Number: 918-861-0586

FIRETROL
Protection Systems

8189 E 46TH STREET
TULSA, OK 74145
OFFICE: 918-624-1000 FAX:918-624-1003
OK Lic.# 863

CUSTOMER: CREEK COUNTY JUSTICE-JAIL LOCATION: CREEK COUNTY JUSTICE-JAIL

DATE: January 19, 2021

## ALARM & DETECTION EQUIPMENT TEST REPORT
## NFPA 72 2013

| EQUIPMENT: | TOTAL NUMBER | NO. TESTED LAST REPORT | NO. TESTED THIS REPORT | OPERATIONAL YES | OPERATIONAL NT | OPERATIONAL NO |
|---|---|---|---|---|---|---|
| 1. Remote Annunciators | 4 | | 4 | 4 | | |
| 2. Zones | ADDRESSABLE | | ADDRESSABLE | YES | | |
| 3. Manual Stations (Pull) | | | | | | |
| A. Coded | 0 | | 0 | 0 | 0 | 0 |
| B. Non-Coded | 18 | | 18 | 18 | 0 | 0 |
| 4. Detectors (See #10) | | | | | | |
| A. Photoelectric | 37 | | 31 | 31 | 6 | 0 |
| B. Ionization | 0 | | 0 | 0 | 0 | 0 |
| C. Thermal | 1 | | 1 | 1 | 0 | 0 |
| D. Flame | 0 | | 0 | 0 | 0 | 0 |
| E. Beam | 0 | | 0 | 0 | 0 | 0 |
| F. Duct (See #11) | 21 | | 0 | 0 | 21 | 0 |
| 5. Audible Alarms | | | | | | |
| A. Horns | | | | | | |
| B. Strobes | 12 | | 12 | | 12 | |
| C. Speakers or Horns | 8 | | 8 | | 8 | |
| D. Speaker Strobes | 10 | | 10 | | 10 | |
| E. Horn Strobes | | | | | | |
| 6. Elevator Primary Recall | 0 | | 0 | 0 | 0 | 0 |
| Elevator Secondary Recall | 0 | | 0 | 0 | 0 | 0 |
| Elevator Shunt Trip | 0 | | 0 | 0 | 0 | 0 |
| 7. Automatic Door Release | 0 | | 0 | 0 | 0 | 0 |
| 8. Water Flow Switches | | | | | | |
| A. Paddle | 8 | | 8 | 8 | 0 | 0 |
| B. Pressure | 0 | | 0 | 0 | 0 | 0 |
| C. Low Air Sup | 0 | | 0 | 0 | 0 | 0 |
| 9. Tamper Switches | 9 | | 9 | 9 | 0 | 0 |

| | No. | YES | NT | NO |
|---|---|---|---|---|
| 10. Were Tested Detectors Cleaned? If "no" answer, explain under comments | ______ | | ✓ | |
| 11. Were Tested Detectors Calibrated? If "no" answer, explain under comments | ______ | | ✓ | |
| 12. Did test of Duct Detectors shut down air handling units? | | | ✓ | |
| 13. Did the monitoring center (Fire Dept., Central Station Lease Line) receive signal? | | | ✓ | |
| 14. Is system reset for normal conditions? | | ✓ | | |
| 15. Is system restored to operational service? | | ✓ | | |
| 16. Have proper authorities (see #1) been notified system is back in service? | | ✓ | | |

| | 25 | 50 | 75 | 100 |
|---|---|---|---|---|
| 17. Indicate % of equipment tested this report | ☐ | ☐ | ✓ | ☐ |
| 18. Indicate % of equipment tested YTD | ☐ | ☐ | ✓ | ☐ |

Comments for any "No" answers or explanations: ______________________



EXHIBIT 6

FIRETROL Protection Systems OK Lic No. 863

# ALARM AND DETECTION DEVICE REPORT

CREEK COUNTY JUSTICE-JAIL Contract No.

Property Name: CREEK COUNTY JUSTICE-JAIL
Street: 9175 RIDGEVIEW
City & State: SAPULPA OK 74066
Contact: TERRY GREER
Inspection Date: January 19, 2021

DEVICE FUNCTION TEST LEGEND

PSD = Photoelectric Smoke Det
ISD = Ionization Smoke Det
PDD = Photo Duct Smoke Det
IDD = Ion Duct Smoke Det
DHSD = Door Holder & Smoke Det
SSD = Single Station Smoke Det
BD = Beam Det
PS = Manual Pull Station
CPS = Coded Pull Station
RR = Rate of Rise Heat Det
HT = Fixed Temp Heat Det
MH = Mercoid Heat Det
FD = Flame Det
DH = Door Holder
NCS = Nurse Call Station
RLY = Control Relay
S = Speaker Only
A/V = Audio Visual
V = Visual Only
B = Bell Only
C = Chime Only
H = Horn Only
SS = Speaker Strobe
HS = Horn Strobe
WF = Waterflow
PWF = Pressure Waterflow
LA = Low Air Switch
TS = Tamper Switch
ADR = Automatic Door Release
ES = Elevator Shunt
AR = Alternate Elevator Recall
PR = Primary Elevator Recall

| DEVICE TYPE | ADDRESS / ZONE | FLOOR | DEVICE LOCATION | ALM | SUPV | TRBL | Sensitivity | PASS / FAIL | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| PSD | 1D001 | | SMOKE ABOVE FACP | ✓ | | | | PASS | |
| PSD | 1D028 | | POD B | ✓ | | | | NT | QUARANTINE |
| PSD | 1D029 | | POD B | ✓ | | | | NT | QUARANTINE |
| PSD | 1D033 | | POD A | ✓ | | | | NT | QUARANTINE |
| PSD | 1D034 | | POD A | ✓ | | | | NT | QUARANTINE |
| PSD | 1D022 | | POD C | ✓ | | | | NT | QUARANTINE |
| PSD | 1D023 | | POD C | ✓ | | | | NT | QUARANTINE |
| PSD | 1D019 | | POD D | ✓ | | | | PASS | |
| PSD | 1D020 | | POD D | ✓ | | | | PASS | |
| PSD | 1D016 | | POD E | ✓ | | | | PASS | |
| PSD | 1D017 | | POD E | ✓ | | | | PASS | |
| PSD | 1D009 | | POD F | ✓ | | | | PASS | |
| PSD | 1D010 | | POD F | ✓ | | | | PASS | |
| PSD | 1D007 | | POD G | ✓ | | | | PASS | |
| PSD | 1D008 | | POD G | ✓ | | | | PASS | |
| PSD | 1D050 | | PHONE RM | ✓ | | | | PASS | |
| PDD | 1D025 | | IN DUCT TOP IN CHASE N C 25 & 26 | ✓ | | | | NT | |
| PDD | 1D024 | | IN DUCT TOP IN CHASE N 27 & 28 | ✓ | | | | NT | |
| PDD | 1D026 | | TOP IN CHASE N B POD | ✓ | | | | NT | |
| PDD | 1D030 | | TOP IN CHASE N C 21 & 22 | ✓ | | | | NT | |
| PDD | 1D032 | | TOP IN CHASE N C 17 & 18 | ✓ | | | | NT | |
| PDD | 1D031 | | TOP IN CHASE N C 19 & 20 | ✓ | | | | NT | |
| PDD | 1D021 | | IN DUCT TOP IN CHASE N C 01 & 02 | ✓ | | | | NT | |
| PDD | 1D018 | | IN DUCT TOP IN CHASE N C 3 & 4 | ✓ | | | | NT | |
| PDD | 1D015 | | IN DUCT TOP IN CHASE N C 5 & 6 | ✓ | | | | NT | |
| PDD | 1D014 | | IN DUCT TOP IN CHASE N C 7 & 8 | ✓ | | | | NT | |
| PDD | 1D012 | | IN DUCT TOP IN CHASE N C 9 & 10 | ✓ | | | | NT | |
| PDD | 1D011 | | TOP IN CHASE. | ✓ | | | | NT | |
| PDD | 1D005 | | IN DUCT TOP IN CHASE N C 13 & 14 | ✓ | | | | NT | |
| PDD | 1D006 | | IN DUCT TOP IN CHASE N C 15 & 16 | ✓ | | | | NT | |
| PDD | 1D002 | | RTU-6 DETECTOR | ✓ | | | | NT | |
| PDD | 1D003 | | RTU-5 DETECTOR | ✓ | | | | NT | |
| PDD | 1D004 | | IN DUCT JUVENILE | ✓ | | | | NT | |
| TS | 1M019 | | SPRINKLER RISER 7 TAMPER | | ✓ | | | PASS | |
| TS | 1M018 | | SPRINKLER RISER 6 TAMPER | | ✓ | | | PASS | |
| TS | 1M015 | | SPRINKLER RISER 5 TAMPER | | ✓ | | | PASS | |
| TS | 1M014 | | SPRINKLER RISER 4 TAMPER | | ✓ | | | PASS | |
| TS | 1M011 | | SPRINKLER RISER 3 TAMPER | | ✓ | | | PASS | |
| TS | 1M010 | | SPRINKLER RISER 2 TAMPER | | ✓ | | | PASS | |
| TS | 1M007 | | SPRINKLER RISER 1 TAMPER | | ✓ | | | PASS | |
| TS | 1M006 | | SPRINKLER RISER 8 TAMPER | | ✓ | | | PASS | |
| TS | 1M005 | | FIRE SPRINKLER MAIN RISER TAMPER | | ✓ | | | PASS | |
| WF | 1M021 | | SPRINKLER RISER 7 WATERFLOW | ✓ | | | | PASS | |
| WF | 1M020 | | SPRINKLER RISER 6 WATERFLOW | ✓ | | | | PASS | |
| WF | 1M017 | | SPRINKLER RISER 5 WATERFLOW | ✓ | | | | PASS | |

FIRETROL Protection Systems OK Lic No. 863

# ALARM AND DETECTION DEVICE REPORT

CREEK COUNTY JUSTICE-JAIL Contract No.

Property Name: CREEK COUNTY JUSTICE-JAIL
Contact: TERRY GREER
Street: 9175 RIDGEVIEW
City & State: SAPULPA OK 74066
Inspection Date: January 19, 2021

## DEVICE FUNCTION TEST LEGEND

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PSD | = Photoelectric Smoke Det | CPS | = Coded Pull Station | S | = Speaker Only | WF | = Waterflow |
| ISD | = Ionization Smoke Det | RR | = Rate of Rise Heat Det | A/V | = Audio Visual | PWF | = Pressure Waterflow |
| PDD | = Photo Duct Smoke Det | HT | = Fixed Temp Heat Det | V | = Visual Only | LA | = Low Air Switch |
| IDD | = Ion Duct Smoke Det | MH | = Mercoid Heat Det | B | = Bell Only | TS | = Tamper Switch |
| DHSD | = Door Holder & Smoke Det | FD | = Flame Det | C | = Chime Only | ADR | = Automatic Door Release |
| SSD | = Single Station Smoke Det | DH | = Door Holder | H | = Horn Only | ES | = Elevator Shunt |
| BD | = Beam Det | NCS | = Nurse Call Station | SS | =Speaker Strobe | AR | = Alternate Elevator Recall |
| PS | = Manual Pull Station | RLY | = Control Relay | HS | =Horn Strobe | PR | = Primary Elevator Recall |

| DEVICE TYPE | ADDRESS / ZONE | FLOOR | DEVICE LOCATION | ALM | SUPV | TRBL | Sensitivity | PASS / FAIL | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| WF | 1M016 | | SPRINKLER RISER 4 WATERFLOW | ✓ | | | | PASS | |
| WF | 1M013 | | SPRINKLER RISER 3 WATERFLOW | ✓ | | | | PASS | |
| WF | 1M012 | | SPRINKLER RISER 2 WATERFLOW | ✓ | | | | PASS | |
| WF | 1M009 | | SPRINKLER RISER 1 WATERFLOW | ✓ | | | | PASS | |
| WF | 1M008 | | SPRINKLER RISER 8 WATERFLOW | ✓ | | | | PASS | |
| PS | 1M001 | | FRONT LOBBY PULL | ✓ | | | | PASS | |
| PS | 1M002 | | ELECTRICAL ROOM PULL | ✓ | | | | PASS | |
| PS | 1M003 | | DATA RM/PHONE RM PULL | ✓ | | | | PASS | |
| PS | 1M023 | | EAST EXIT | ✓ | | | | PASS | |
| PS | 1M024 | | MASTER CONTROL | ✓ | | | | PASS | |
| PS | 1M026 | | N. W. CHASE | ✓ | | | | PASS | |
| PS | 1M025 | | N CHASE | ✓ | | | | PASS | |
| PS | 1M004 | | S. W. CHASE B | ✓ | | | | PASS | |
| PS | 1M022 | | S. E. CHASE | ✓ | | | | PASS | |
| PSD | 2D021 | | DORM-H | ✓ | | | | PASS | |
| PSD | 2D022 | | DORM-H | ✓ | | | | PASS | |
| RR | 2D001 | | KITCHEN HEAT | ✓ | | | | PASS | |
| PSD | 2D012 | | DORM-H | ✓ | | | | PASS | |
| PSD | 2D020 | | DORM-I | ✓ | | | | PASS | |
| PSD | 2D019 | | DORM-I | ✓ | | | | PASS | |
| PSD | 2D011 | | DORM-I | ✓ | | | | PASS | |
| PSD | 2D016 | | DORM-K | ✓ | | | | PASS | |
| PSD | 2D015 | | DORM-K | ✓ | | | | PASS | |
| PSD | 2D010 | | DORM-J | ✓ | | | | PASS | |
| PSD | 2D014 | | DORM-K | ✓ | | | | PASS | |
| PSD | 2D013 | | DORM-J | ✓ | | | | PASS | |
| PSD | 2D009 | | DORM-K | ✓ | | | | PASS | |
| PSD | 2D023 | | DORM-N | ✓ | | | | PASS | |
| PSD | 2D006 | | DORM-N | ✓ | | | | PASS | |
| PSD | 2D024 | | DORM-N | ✓ | | | | PASS | |
| PSD | 2D028 | | DORM-L | ✓ | | | | PASS | |
| PSD | 2D008 | | DORM-L | ✓ | | | | PASS | |
| PSD | 2D029 | | DORM-L | ✓ | | | | PASS | |
| PSD | 2D026 | | DORM-M | ✓ | | | | PASS | |
| PSD | 2D025 | | DORM-M | ✓ | | | | PASS | |
| PSD | 2D007 | | POD M | ✓ | | | | PASS | |
| PDD | 2D002 | | RTU-4 | ✓ | | | | NT | |
| PDD | 2D003 | | IN DUCT 143 | ✓ | | | | NT | |
| PDD | 2D004 | | RTU-3 | ✓ | | | | NT | |
| PDD | 2D005 | | IN DUCT 158 | ✓ | | | | NT | |
| PS | 2M007 | | WEST EXIT PULL | ✓ | | | | PASS | |
| PS | 2M006 | | DORM CONTROL PULL | ✓ | | | | PASS | |
| PS | 2M003 | | BOOKING | ✓ | | | | PASS | |
| PS | 2M002 | | SALLY PORT | ✓ | | | | PASS | |
| PS | 2M001 | | KITCHEN | ✓ | | | | PASS | |

FIRETROL Protection Systems OK Lic No. 863

# ALARM AND DETECTION DEVICE REPORT

CREEK COUNTY JUSTICE-JAIL

Contract No.

Property Name: CREEK COUNTY JUSTICE-JAIL
Street: 9175 RIDGEVIEW
City & State: SAPULPA OK 74066
Contact: TERRY GREER
Inspection Date: January 19, 2021

DEVICE FUNCTION TEST LEGEND

PSD = Photoelectric Smoke Det
ISD = Ionization Smoke Det
PDD = Photo Duct Smoke Det
IDD = Ion Duct Smoke Det
DHSD = Door Holder & Smoke Det
SSD = Single Station Smoke Det
BD = Beam Det
PS = Manual Pull Station
CPS = Coded Pull Station
RR = Rate of Rise Heat Det
HT = Fixed Temp Heat Det
MH = Mercoid Heat Det
FD = Flame Det
DH = Door Holder
NCS = Nurse Call Station
RLY = Control Relay
S = Speaker Only
A/V = Audio Visual
V = Visual Only
B = Bell Only
C = Chime Only
H = Horn Only
SS = Speaker Strobe
HS = Horn Strobe
WF = Waterflow
PWF = Pressure Waterflow
LA = Low Air Switch
TS = Tamper Switch
ADR = Automatic Door Release
ES = Elevator Shunt
AR = Alternate Elevator Recall
PR = Primary Elevator Recall

| DEVICE TYPE | ADDRESS / ZONE | FLOOR | DEVICE LOCATION | ALM | SUPV | TRBL | Sensitivity | PASS / FAIL | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| PS | 2M009 | | S. E. CHASE | ✓ | | | | PASS | |
| PS | 2M008 | | S. W. CHASE | ✓ | | | | PASS | |
| PS | 2M004 | | N. E. CHASE | ✓ | | | | PASS | |
| PS | 2M005 | | N. W. CHASE | ✓ | | | | PASS | |
| KH | 2M010 | | KITCHEN HOOD | ✓ | | | | PASS | |

FIRETROL Protection Systems
8189 E 46TH STREET
TULSA, OK 74145
OFFICE: 918-624-1000 FAX:918-624-1003
OK Lic.# 863

CUSTOMER: CREEK COUNTY JUSTICE-JAIL
LOCATION: CREEK COUNTY JUSTICE-JAIL
DATE: January 19, 2021

## BATTERY LOAD TEST PAGE

| NO. | FLOOR | DATE | LOCATION | AMP HOUR | CHARGING VOLTAGE | LEFT AH CAPACITY | RIGHT AH CAPACITY | BATTERIES CHANGED? | LOAD TEST PASS | LOAD TEST FAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2018 | FACP | 12 | 27.91 | FLAT | FLAT | | | ✓ |
| 2 | 1 | 2019 | POWER SUPPLY | 7 | 27.83 | 12 | 12 | | ✓ | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |

**FIRETROL Protection Systems** Oklahoma Alarm Co # 0863 Ext 0302

Date: January 19, 2021 Building: CREEK COUNTY JUSTICE-JAIL

Re: CREEK COUNTY JUSTICE-JAIL

Subj: Fire Protection System Deficiencies

- [ ] Sprinkler System
- [x] Alarm and Detection Systems
- [ ] Hood Systems
- [ ] Special Hazard System
- [ ] Fire Pump
- [ ] Other

**DEFICIENCIES**

> MAIN PANEL BATTERIES FAILED. 12V 12AH. CHARGING VOLTAGE WAS FLUCTUATING WHEN METERED. CHARGING CIRCUIT NEEDS TO BE CHECKED. BATTERY LEAD IS CORRODED.

> ALL HORNSTROBES WERE NOT TESTED 100% DUE TO VIDEO COURT SESSIONS GOING ON AND THE PANEL KEPT BEING SILENCED BY EMPLOYEES.

NOTE: SEVERAL DUCT DETECTORS WERE NOT CHECKED DUE TO ACCESS RESTRICTIONS

**Creek County Justice Center Facility Work Order**

Date: 1-25-21 Time: 10:45 Work order#:__________

Repair requested:

1. J - POD UPPER SHOWER POD J - POD
2. Don't WORK - UPPER
3. SINK Don't WORK
4. Bottom STOOL Don't FLUSH

Parts and Materials

| Quantity | Part Number | Vender | Cost |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Labor Performed

CK'D CHASE FOUND WATER SUPPLY LINES BLOWED OFF WATER CONTROL BOARDS. REPLACED LINES AND Tightened Fittings

WORKING PROPERLY

CK'D STOOL - NO PROBLEMS

Date Started: 1-25-21 Time Stated: 10:45

Date Completed: 1-25-21 Time Completed: 11:30

Total Hours: .75 hr Total Cost:__________

Performed by: Rick Carr

*Only 1 POD on each work order.

*Be specific on location and issue to be repaired.



EXHIBIT 6

SHERIFF CREEK COUNTY

**Creek County Justice Center Facility Work Order**

Date: 1-26-21 Time: 16:15 Work order#:

Repair requested:

1. CK Both SHOWERS 1 [illegible] POD J- POD
2. J- POD
3.
4.

Parts and Materials

| Quantity | Part Number | Vender | Cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Labor Performed

WENT TO J-POD CHASE TESTED Both SHOWERS
Both ARE WORKING CORRECTLY

LOWER SHOWER HAS SLIGHTLY LOWER HOT WATER PRESSURE

Date Started: 1-26-21 Time Stated: 16:30
Date Completed: 1-26-21 Time Completed: 17:00

Total Hours: .5 Total Cost: —

Performed by: Rick Carr

*Only 1 POD on each work order.
*Be specific on location and issue to be repaired.



EXHIBIT 6

**Creek County Justice Center Facility Work Order**

Date: 1-27-21 Time: 13:00 Work order#: ____________

Repair requested:

1. LOWER SHOWER DON'T POD Jr POD
2. HAVE Hot WATE PRESSURE
3. 
4. 

Parts and Materials

| Quantity | Part Number | Vender | Cost |
|---|---|---|---|
| 1 | 2563.010-001 | Morrisons | 10.00 |
| | | | |
| | | | |
| | | | |
| | | | |

Labor Performed

CHANGED Diaphragm

Date Started: 1-27-21 Time Stated: 13:00
Date Completed: 1-27-21 Time Completed: 13:45

Total Hours: .75 Total Cost: 10.00

Performed by: Rick Carr

*Only 1 POD on each work order.
*Be specific on location and issue to be repaired.



EXHIBIT 6

## Creek County Justice Center Facility Work Order

Date: 1-22-21 Time: 14:30 Work order#:______

Repair requested:

1.______ POD J-POD

2.______

3.______

4.______

Parts and Materials

| Quantity | Part Number | Vender | Cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Labor Performed

WENT TO J-POD WITH GREER - Collected HOT WATER SAMPLE AND CK'D TEMP. ON IT - LOWER SHOWER ~~DEGREES~~ ← 108 DEGRESS
UPPER SHOWER 107 Degrees

Date Started: 1-27-21 Time Stated: 1430
Date Completed: 1-27-21 Time Completed: 1445

Total Hours: .25 Total Cost: —

Performed by: Rick Cooper

*Only 1 POD on each work order.
*Be specific on location and issue to be repaired.



EXHIBIT 6

SHERIFF CREEK COUNTY

**Creek County Justice Center Facility Work Order**

Date: 1-27-21 Time: 14:00 Work order#:______

Repair requested:

1. WENT TO ACE AND Bought POD______
2. THERMOmeter
3. ______
4. ______

Parts and Materials

| Quantity | Part Number | Vender | Cost |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Labor Performed

______

Date Started: [illegible] 1-27-21 Time Stated: 1400
Date Completed: 1-27-21 Time Completed: 14:30

Total Hours: .5 Total Cost: 10.00

Performed by: Rick Carr

*Only 1 POD on each work order.
*Be specific on location and issue to be repaired.



EXHIBIT 6

SHERIFF CREEK COUNTY

## Creek County Justice Center Facility Work Order

Date: 2-1-21 Time: 8:00 Work order#: __________

Repair requested:

1. SINK HAS NO WATER POD J-POD CHASE
2. __________
3. __________
4. __________

Parts and Materials

| Quantity | Part Number | Vender | Cost |
|---|---|---|---|
| 1 | SHARK Bite ½ Coupling | ACE | 7 80 |
| | | | |
| | | | |
| | | | |
| | | | |

Labor Performed

1 Supply Line Disconnected From Control Board. Spliced Line To Make Longer And Replaced Working Properly

Date Started: 2-1-21 Time Stated: 8:00
Date Completed: 2-1-21 Time Completed: 8:45

Total Hours: .75 Total Cost: 7 80

Performed by: Rick Carr

*Only 1 POD on each work order.
*Be specific on location and issue to be repaired.



EXHIBIT 6

OKLAHOMA State Department of Health

# DETENTION PROGRAM INVESTIGATIVE REPORT C-2021-000

| | |
|---|---|
| Facility Name: | Creek |
| Address: | 9175 Ridgeview Street |
| City, State, Zip: | Sapulpa, OK, 74067 |
| Facility ID #: | DET-032 |
| Investigation #: | C-2021-000 |
| Date(s) of Investigation: | May 24, 2021 |

| | ALLEGATION(S) | TAG NUMBERS CITED | SUBSTANTIATED UNSUBSTANTIATED |
|---|---|---|---|
| 1. | No water in sink. | 6104 | Un-Substantiated |
| 2. | Mold in shower. | 5601 | Un-Substantiated |
| 3. | Click here to enter text. | XXXX | Choose an item. |
| 4. | Click here to enter text. | XXXX | Choose an item. |

☐ **Check if violation(s) unrelated to this complaint were cited during the Inspection/investigation?**

**A Description of Significant Findings Related to Each Allegation are Provided Below:**

On 05/24/2021, a complaint/incident was received regarding Creek. The Oklahoma State Department of Health staff conducted an investigation on May 24, 2021, pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, City and County Detention Facility Standards.

The person in charge of the facility at that time of the telephonic investigation, Cody Smith, was notified of the general nature of the investigation. Details of the allegations were not discussed in order for the investigator(s) to conduct a more thorough investigation and maintain confidentiality.

The named inmate(s) was/were included in a sample of inmates based on issues relevant to the allegation(s).

A sample of [0] inmates were selected based on issues relevant to the allegations(s).

The regulatory areas were investigated: (list regulatory concerns identified on the complaint or in the incident)

1. Allegation: No water in the sink, water has to be retrieved from the shower.
2. Allegation: Shower has mold in it.
3. Allegation: Click or tap here to enter text.
4. Allegation: Click or tap here to enter text.

**The items indicated below were utilized during the investigation:**

**RECORD REVIEW:** (Records that were reviewed in conjunction with the investigation.)

| | | |
|---|---|---|
| Yes ☐ | N/A ☒ | Facility Incident Reports |
| Yes ☐ | N/A ☒ | Inmate Incident Reports |
| Yes ☐ | N/A ☒ | Internal Investigation Report (When Available) |
| Yes ☐ | N/A ☒ | Staff Roster |
| Yes ☐ | N/A ☒ | Inmate Roster |
| Yes ☐ | N/A ☒ | Custody Logs (Control Center, Unit, Pods, etc.) |
| Yes ☐ | N/A ☒ | Custody & Classification **Policy & Procedure** |
| Yes ☐ | N/A ☒ | Admission, Orientation, and Release **Policy & Procedure** |
| Yes ☐ | N/A ☒ | Admission & Release Log |
| Yes ☐ | N/A ☒ | Book-In/Intake Screening Tools (PREA, Security, Custody Classification, etc.) |
| Yes ☐ | N/A ☐ | Medical Care **Policy & Procedure** |
| Yes ☐ | N/A ☒ | Medical Questionnaire Screening Tool |
| Yes ☐ | N/A ☒ | Inmate Medical File (Physician Order, Nurse Notes, etc.) |
| Yes ☐ | N/A ☒ | Medication Administration Record (MAR) |
| Yes ☐ | N/A ☒ | Sick-Call |
| Yes ☐ | N/A ☒ | Medication List |
| Yes ☐ | N/A ☒ | Mental Health **Policy & Procedure** (Suicide Watch, etc.) |
| Yes ☐ | N/A ☒ | Mental Health (Suicide Idealization) Questionnaire Screening Tool |
| Yes ☐ | N/A ☒ | Suicide Watch Log |
| Yes ☐ | N/A ☒ | Use of Force **Policy & Procedure** |
| Yes ☒ | N/A ☐ | Safety, Sanitation, Hygiene & Maintenance **Policy & Procedure** |
| Yes ☒ | N/A ☐ | Hygiene Product Issuance Schedule |
| Yes ☒ | N/A ☐ | Hygiene Supplies (Product list, Inventory Log, etc.) |
| Yes ☒ | N/A ☐ | Sanitation or Housekeeping Plan/Schedule |
| Yes ☒ | N/A ☐ | Sanitation Supplies (Safety Data Sheets, Inventory Log, etc.) |
| Yes ☒ | N/A ☐ | Maintenance Records and Work Orders |
| Yes ☐ | N/A ☒ | Pest Control **Policy & Procedure** |
| Yes ☐ | N/A ☒ | Pest Control Contract and/or OK Private Applicator License |
| Yes ☐ | N/A ☒ | Pest Control Treatment Schedule |
| Yes ☐ | N/A ☒ | Pest Control Treatment Log |
| Yes ☐ | N/A ☒ | Pest Control Products (Safety Data Sheets, Inventory Log, etc.) |
| Yes ☐ | N/A ☒ | Dietician Approved Menu |

Yes ☐ N/A ☒ Uniform Record of Food Served in last 24 hours

Yes ☐ N/A ☒ Food Product Inventory Log

Yes ☐ N/A ☒ Food Service Provider Contract

Yes ☐ N/A ☒ Mail & Legal Mail **Policy & Procedure**

Yes ☐ N/A ☒ Mail Schedule

Yes ☐ N/A ☒ Grievances **Policy & Procedure**

Yes ☐ N/A ☒ Grievance Log

Yes ☐ N/A ☒ Medical Examiners Report (Must review ME report for Death Investigation)

Yes ☐ N/A ☒ Other **Policy & Procedure**: Click or tap here to enter text.

Yes ☐ N/A ☒ Other: Click or tap here to enter text.

**INTERVIEW:**

Total number of staff interviews conducted: 1

Total number of Inmate interviews conducted: Click or tap here to enter text.

Yes ☐ No ☒ N/A ☐ Complainant interviewed?

Yes ☐ No ☒ N/A ☐ Alleged perpetrator interviewed?

Yes ☐ No ☐ N/A ☒ Staff interview?

Yes ☐ No ☐ N/A ☒ Medical staff interviewed?

Yes ☒ No ☐ N/A ☐ Facility Administrator interviewed?

Yes ☐ No ☐ N/A ☒ Sheriff/Chief of Police interviewed?

In the event of a serious injury or death, were interviews conducted with any or all of the following:

☐ Emergency Personnel

☐ Medical Examiner's Office

☐ Other: Click here to enter text.

**OBSERVATIONS:**

Number of sampled Inmates observed: Inmate observation was not relative to this type investigation.

Yes ☐ No ☐ N/A ☒ In the event of injury or death, was the incident area observed?

Yes ☐ No ☐ N/A ☒ Were facility operations observed based on the allegations? (i.e. meal, count, etc.)

Yes ☐ No ☐ N/A ☒ Were inmates identified in the allegation(s) presently receiving services from the facility during the investigation?

Yes ☐ No ☒ Was an environmental tour conducted?

List area(s) visited: Click or tap here to enter text.

**CONCLUSIONS:**

Yes ☐ NO ☒ Allegations(s) Substantiated

Yes ☐ N/A ☒ Statement of Deficiencies issued to facility

Yes ☐ N/A ☒ Allegation was substantiated and previously corrected.

Yes ☐ N/A ☒ Referral to another Agency.

**FOLLOW-UP ACTIONS:**

Yes ☐ No ☒ N/A ☐ No Further Action Required

Yes ☐ No ☒ N/A ☐ Revisit

Yes ☐ No ☒ N/A ☐ Plan Of Correction Required

Yes ☐ No ☐ N/A ☒ Referral to another Agency

Yes ☐ No ☐ N/A ☒ Referral to Law Enforcement (i.e Sheriff, Police Chief, OSBI, District Attorney)

**COMMENTS:**

Telephonic investigation was conducted with staff B regarding a complaint of Pod L showers having mold and no water in sinks of the toilet/washbasin combo. Staff B stated cleaning supplies had been issued for Pod sanitation and there were no work orders submitted for a non working sink. Staff B toured the Pod and stated no mold was identified in the shower. A work order was submitted for a sink that was not supplying cold water.

**Date report was completed:** 05/26/2021

**Investigative Report was completed by:** David Boydston

## INMATE & STAFF CONFIDENTIALITY KEY
## DETENTION PROGRAM INVESTIGATIVE REPORT C-2021-000

| | | |
|---|---|---|
| Facility Name: | Creek | |
| Investigation #: | C-2021-000 | |
| Date(s) of Investigation: | May 24, 2021 | |
| Complainant: | Anonymous | Other Family |

| Identifier | Inmate | Identifier | Staff | Title |
|---|---|---|---|---|
| 1 | Click or tap here to enter text. | A | Brett Bowling | Sheriff |
| 2 | Click or tap here to enter text. | B | Cody Smith | Administrator |
| 3 | Click or tap here to enter text. | C | Click or tap here to enter text. | Choose an item. |
| 4 | Click or tap here to enter text. | D | Click or tap here to enter text. | Choose an item. |
| 5 | Click or tap here to enter text. | E | Click or tap here to enter text. | Choose an item. |
| 6 | Click or tap here to enter text. | F | Click or tap here to enter text. | Choose an item. |
| 7 | Click or tap here to enter text. | G | Click or tap here to enter text. | Choose an item. |
| 8 | Click or tap here to enter text. | H | Click or tap here to enter text. | Choose an item. |
| 9 | Click or tap here to enter text. | I | Click or tap here to enter text. | Choose an item. |
| 10 | Click or tap here to enter text. | J | Click or tap here to enter text. | Choose an item. |
| 11 | Click or tap here to enter text. | K | Click or tap here to enter text. | Choose an item. |
| 12 | Click or tap here to enter text. | L | Click or tap here to enter text. | Choose an item. |
| 13 | Click or tap here to enter text. | M | Click or tap here to enter text. | Choose an item. |
| 14 | Click or tap here to enter text. | N | Click or tap here to enter text. | Choose an item. |
| 15 | Click or tap here to enter text. | O | Click or tap here to enter text. | Choose an item. |
| 16 | Click or tap here to enter text. | P | Click or tap here to enter text. | Choose an item. |
| 17 | Click or tap here to enter text. | Q | Click or tap here to enter text. | Choose an item. |
| 18 | Click or tap here to enter text. | R | Click or tap here to enter text. | Choose an item. |
| 19 | Click or tap here to enter text. | S | Click or tap here to enter text. | Choose an item. |
| 20 | Click or tap here to enter text. | T | Click or tap here to enter text. | Choose an item. |

OKLAHOMA

December 28, 2021

*Sent via E-Mail*

Cody Smith, Administrator
Creek County Detention Facility
9175 Ridgeview St
Sapulpa, OK 74067

RE: Non-Compliance

Dear Administrator:

On December 14, 2021, our office conducted an annual inspection and an investigation(s), during a visit to your facility, to determine if your facility was in compliance with the requirements of the Oklahoma Administrative Code (OAC) in Title 310, Chapter 670, City and County Detention Facility Standards. Deficiencies identified during this inspection are listed on the enclosed Statement of Deficiencies (SOD) form.

Pursuant to Title 74 of the Oklahoma Statutes, at Section 193(B), you are provided a report (SOD) of the deficiencies identified in the condition or operation of the facility and specific proposals for their solution. Based on the deficiencies cited, you are provided notice that the facility was found not to be in substantial compliance with established standards.

Pursuant to Title 74 O.S. Section 194, [if] the deficiencies listed in the report have not been corrected, within sixty (60) days after delivery of the report, the Commissioner of Health shall be authorized to file a complaint with the Attorney General or the District Attorney.

If you would like to provide a response or provided an alternative "Plan of Correction", please send correspondence via e-mail to jails@health.ok.gov. If you have questions, please contact our office at 405-426-8170.

Sincerely,

Barry Edwards

**Barry Edwards | Program Manager**
Oklahoma State Department of Health | Detention Program
Detention p. 405-426-8170 | f. 405-900-7575
health.ok.gov | jails.health.ok.gov

Enc. Statement of Deficiencies

cc Sheriff

PRINTED: 12/28/2021
FORM APPROVED

Oklahoma State Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROV DER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULT PLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | **DET-032** | A. BUILDING: ______ B. WING ______ | **12/14/2021** |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **CREEK COUNTY DETENTION FACILITY** | **9175 RIDGEVIEW ST SAPULPA, OK 74067** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFIC ENCIES (EACH DEFIC ENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENT FY NG INFORMATION) | D PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P 000 | INITIAL COMMENTS:<br><br>On December 14, 2021, Oklahoma State Department of Health staff conducted an unannounced annual inspection and investigation(s) D-2021-021. The census at the time of the inspection was 166, and the rated capacity is 346.<br><br>Based on the violations cited below the facility is not in substantial compliance.<br><br>The following deficient practice(s) was identified: | P 000 | | |
| P5601 | 310:670-5-6(1) Detention Facilities-Kept Clean Condition<br><br>The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:<br><br>(1) The facility shall be kept in a clean condition consistent with the requirements in Title 57 O.S. § 4.<br><br>This STANDARD is not met as evidenced by:<br>Based on observation and interview, the facility failed to implement policy to ensure the safety and maintenance of sanitation standards were maintained.<br><br>Finding(s):<br><br>1) On December 14, 2021, shower walls and | P5601 | Pursuant to Title 74, Section 193(B)(1), the Department provides the following proposals for solution:<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed. | |

Oklahoma State Department of Health
LABORATORY D RECTOR'S OR PROV DER/SUPPLIER REPRESENTATIVE'S SIGNATURE TITLE (X6) DATE

PRINTED: 12/28/2021
FORM APPROVED

Oklahoma State Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: DET-032 | (X2) MULTIPLE CONSTRUCTION A. BUILDING: ___ B. WING ___ | (X3) DATE SURVEY COMPLETED 12/14/2021 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **CREEK COUNTY DETENTION FACILITY** | **9175 RIDGEVIEW ST SAPULPA, OK 74067** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P5601 | Continued From page 1<br><br>floors, located in pods I and J, were observed to have a build up of dirt and a black substance that appeared to be mold and or mildew.<br><br>2) Staff C reported they saw the black substance on the wall and floor of the showers. Staff C further reported inmates are given cleaning supplies daily and that additional cleaning supplies when requested. | P5601 | 3) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct training of jail staff on the policy.<br>4) Review and adopt further corrective actions as needed based on observations and interviews.<br>5) Review the policy on cleaning supplies distribution. | |
| P5604 | 310:670-5-6(4) Detention Facilities-Routine Cleaning Supply<br><br>The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:<br>... ....<br>(4) Inmates shall be provided with materials and supplies on a routine sufficient to maintain clean showers, washbasins and toilets.<br><br>This STANDARD is not met as evidenced by:<br>Based on observation and interview, the facility failed to provide inmates with materials and supplies to maintain clean showers, washbasins and toilets.<br><br>Finding(s):<br><br>1) On December 14, 2021, shower walls and floors, located in pods I and J, were observed to have a build up of dirt and a black substance that appeared to be mold and or mildew. | P5604 | Pursuant to Title 74, Section 193(B)(1), the Department provides the following proposals for solution:<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed.<br>3) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct | |

PRINTED: 12/28/2021
FORM APPROVED

Oklahoma State Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | DET-032 | A. BUILDING: ______ B. WING ______ | 12/14/2021 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **CREEK COUNTY DETENTION FACILITY** | **9175 RIDGEVIEW ST SAPULPA, OK 74067** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P5604 | Continued From page 2<br><br>2) Staff C reported they saw the black substance on the wall and floor of the showers. Staff C further reported inmates are given cleaning supplies daily to clean their pods. | P5604 | training of jail staff on the policy.<br>4) Review and adopt further corrective actions as needed based on observations and interviews.<br>5) Review the policy on cleaning supplies distribution. | |
| P5623 | 310:670-5-6(21) Detention Facilities-Safety Fire Prevention<br><br>The administrator shall develop and implement policies and procedures for the safety and maintenance of sanitation throughout the facility. These shall include at least the following:<br>... ....<br>(21) The facility's fire prevention policies and procedures shall ensure the safety of staff, inmates and visitors and shall conform to the requirements of the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq. These shall include, but not be limited to an adequate fire protection service; a system of fire inspection and testing of equipment and documentation on a weekly basis; and the availability of fire hoses or extinguishers at appropriate locations throughout the facility. The facility shall have an automatic fire alarm and heat and smoke detection system approved by the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq.<br><br>This STANDARD is not met as evidenced by:<br>Based on observation, the facility failed to | P5623 | Pursuant to Title 74, Section 193(B)(1), | |

PRINTED: 12/28/2021
FORM APPROVED

Oklahoma State Department of Health

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | DET-032 | A. BUILDING: ______<br>B. WING ______ | 12/14/2021 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| **CREEK COUNTY DETENTION FACILITY** | **9175 RIDGEVIEW ST**<br>**SAPULPA, OK 74067** |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| P5623 | Continued From page 3<br><br>maintain the automatic fire alarm and heat and smoke detection system in accordance with the Oklahoma State Fire Marshal, as provided in Title 74 O.S. § 317 et seq.<br><br>Finding(s):<br><br>1) The automatic fire alarm and heat and smoke detection system panel displayed a trouble code and the alarm has been silenced.<br><br>2) On December 14, 2021, a wall outlet was observed, with the cover missing, exposing and providing access to electrical wiring inside, creating a potential electrical shock hazard.<br><br>3) Staff C reported parts to repair the automatic fire alarm and heat and smoke detection system had been ordered.<br><br>4) Staff C reported the wall outlet had recently been replaced and the cover must of been removed by inmates. | P5623 | the Department provides the following proposals for solution:<br><br>1) Conduct staff interviews to assess why the policy was not followed.<br>2) Ensure the policy reflects the current expected practice and revise as needed.<br>3) If the policy is revised or if the assessment determines staff knowledge of the policy is incomplete, conduct training of Detention Facility staff on the policy.<br>4) Review and adopt further corrective actions as needed based on observations and interviews.<br>5) Review the procedures for fire code compliance and reporting and responding to maintenance needs.<br>6) Review the actions taken to identify and report repairs.<br>7) Review the process for authorizing repairs.<br>8) Review the process for monitoring for completion of repairs.<br>9) Identify those steps in the process that were not followed and why.<br>10) Revise and train staff on maintenance procedures as needed.<br>11) Confirm the repair is scheduled and completed. | |



DDR-8 164 PX40_000164

EXHIBIT 6

Health Resources Development Service
Oklahoma State Department of Health

**City & County Detention Facilities**
Oklahoma State Department of Health
1000 NE 10th Street
Oklahoma City, OK 73117
Telephone (405) 271-3912
Fax (405) 271-5304
E-mail ccdf@health.ok.gov

# DETENTION FACILITY INCIDENT REPORT

Per 310:670-5-2(27), the Department shall be notified no later than the next working day if any of the following incidents occur: (A) Extensive damage to detention facility property; (B) Serious injury to staff or inmate defined as life threatening or requiring transfer to outside medical facility; (C) Escape; (D) Serious suicide attempt, defined as life threatening or requiring transfer to outside medical facility; and (E) Death

**The completed form may be submitted via e-mail at ccdf@health.ok.gov (Click SUBMIT at bottom of form); or fax at (405) 271-5304.**

## CHECK TYPE OF INCIDENT

- ☐ Extensive Damage to Facility Property
- ☐ Serious Injury to Staff
- ☐ Serious Injury to Inmate
- ☐ Escape
- ☐ Serious Suicide Attempt (Provide intake screening/booking)
- ☐ Death by Suicide (Provide intake screening/booking)
- ☑ Death (Provide intake screening/booking)

**1. FACILITY (i.e. City or County Detention/Jail):**

| | | |
|---|---|---|
| Name of Facility<br>Creek County Criminal Justice Center | | Phone Number (Include Area Code)<br>918-227-6371 |
| Address<br>9175 Ridgeview Street | | |
| City<br>Sapulpa | State | Zip Code<br>74066 |

**2. PERSON COMPLETING REPORT:**

| | | |
|---|---|---|
| First Name<br>Cody | Last Name<br>Smith | Title<br>Jail Administrator |
| Phone Number (Include Area Code)<br>918-227-6371 | E-Mail<br>csmith@creekcountysheriff.com | |

**3. DATE OF INCIDENT/OCCURENCE:** 07/30/2021

**4. TIME OF INCIDENT/OCCURENCE:** 03:09

**5. Have you contacted any other Agency (OSBI, etc.)?** ☐ YES ☑ NO

**6. LOCATION (i.e. Cell Number, Room Name, Floor, Area, etc.)**

Inmate [redacted] was housed in H-pod of the Creek County Criminal Justice Center.

**7. INMATE(s) INVOLVED IN INCIDENT:**

| First Name | Last Name | DOB | Date Received in Facility |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 06/01/2021 |
| | | | |
| | | | |

**8. STAFF INVOLVED IN INCIDENT:**

| First Name | Last Name | First Name | Last Name |
|---|---|---|---|
| | | | |
| | | | |

**9. LIST WITNESSES (i.e. Inmates, Contractor, Other, etc.)**

| First Name | Last Name | Staff, Inmate, Other |
|---|---|---|
| | | |
| | | |
| | | |

**10. DESCRIPTION OF INCIDENT (Be specific and detailed)**

Inmate [redacted] was checked by jail medical staff on 7-19-2021 and sent to the hospital for shortness of breath and complaints of chest pain. Inmate [redacted] was admitted to the OSU Medical center. The inmate tested positive for covid 19 at OSU medical. Inmate remained in Hospital for nine days. Inmate [redacted] deceased on July 30,2021.

CLEAR SUBMIT PRINT

OKLAHOMA State Department of Health

# DETENTION PROGRAM INVESTIGATIVE REPORT D-2021-021

| | |
|---|---|
| Facility Name: | Creek County Criminal Justice Center |
| Address: | 9175 Ridgeview Street |
| City, State, Zip: | Sapulpa, OK. 74066 |
| Facility ID #: | DET-018 |
| Investigation #: | D-2021-021 |
| Date(s) of Investigation: | December 14, 2021 |

| | ALLEGATION(S) | TAG NUMBERS CITED | SUBSTANTIATED UNSUBSTANTIATED |
|---|---|---|---|
| 1. | Click here to enter text. | XXXX | Choose an item. |
| 2. | Click here to enter text. | XXXX | Choose an item. |
| 3. | Click here to enter text. | XXXX | Choose an item. |
| 4. | Click here to enter text. | XXXX | Choose an item. |

☐ **Check if violation(s) unrelated to this complaint were cited during the Inspection/investigation?**

**A Description of Significant Findings Related to Each Allegation are Provided Below:**

On 07/30/2021, a complaint/incident was received regarding Creek County Criminal Justice Center. The Oklahoma State Department of Health staff conducted an investigation on December 14, 2021, pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, City and County Detention Facility Standards.

The person in charge of the facility at that time of the onsite investigation, Cody Smith, was notified of the general nature of the investigation. Details of the allegations were not discussed in order for the investigator(s) to conduct a more thorough investigation and maintain confidentiality.

The named inmate(s) was/were included in a sample of inmates based on issues relevant to the allegation(s).

A sample of [0] inmates were selected based on issues relevant to the allegations(s).

The regulatory areas were investigated: (list regulatory concerns identified on the complaint or in the incident)

1. Allegation: Click or tap here to enter text.
2. Allegation: Click or tap here to enter text.
3. Allegation: Click or tap here to enter text.
4. Allegation: Click or tap here to enter text.

**The items indicated below were utilized during the investigation:**

**RECORD REVIEW:** (Records that were reviewed in conjunction with the investigation.)

| | | |
|---|---|---|
| Yes ☒ | N/A ☐ | Facility Incident Reports |
| Yes ☐ | N/A ☒ | Inmate Incident Reports |
| Yes ☐ | N/A ☒ | Internal Investigation Report (When Available) |
| Yes ☐ | N/A ☒ | Staff Roster |
| Yes ☐ | N/A ☒ | Inmate Roster |
| Yes ☐ | N/A ☒ | Custody Logs (Control Center, Unit, Pods, etc.) |
| Yes ☐ | N/A ☒ | Custody & Classification **Policy & Procedure** |
| Yes ☐ | N/A ☒ | Admission, Orientation, and Release **Policy & Procedure** |
| Yes ☐ | N/A ☐ | Admission & Release Log |
| Yes ☒ | N/A ☐ | Book-In/Intake Screening Tools (PREA, Security, Custody Classification, etc.) |
| Yes ☐ | N/A ☒ | Medical Care **Policy & Procedure** |
| Yes ☒ | N/A ☐ | Medical Questionnaire Screening Tool |
| Yes ☐ | N/A ☒ | Inmate Medical File (Physician Order, Nurse Notes, etc.) |
| Yes ☐ | N/A ☒ | Medication Administration Record (MAR) |
| Yes ☐ | N/A ☒ | Sick-Call |
| Yes ☐ | N/A ☒ | Medication List |
| Yes ☐ | N/A ☒ | Mental Health **Policy & Procedure** (Suicide Watch, etc.) |
| Yes ☐ | N/A ☒ | Mental Health (Suicide Idealization) Questionnaire Screening Tool |
| Yes ☐ | N/A ☒ | Suicide Watch Log |
| Yes ☐ | N/A ☒ | Use of Force **Policy & Procedure** |
| Yes ☐ | N/A ☒ | Safety, Sanitation, Hygiene & Maintenance **Policy & Procedure** |
| Yes ☐ | N/A ☒ | Hygiene Product Issuance Schedule |
| Yes ☐ | N/A ☒ | Hygiene Supplies (Product list, Inventory Log, etc.) |
| Yes ☐ | N/A ☒ | Sanitation or Housekeeping Plan/Schedule |
| Yes ☐ | N/A ☒ | Sanitation Supplies (Safety Data Sheets, Inventory Log, etc.) |
| Yes ☐ | N/A ☒ | Maintenance Records and Work Orders |
| Yes ☐ | N/A ☒ | Pest Control **Policy & Procedure** |
| Yes ☐ | N/A ☒ | Pest Control Contract and/or OK Private Applicator License |
| Yes ☐ | N/A ☒ | Pest Control Treatment Schedule |
| Yes ☐ | N/A ☒ | Pest Control Treatment Log |
| Yes ☐ | N/A ☒ | Pest Control Products (Safety Data Sheets, Inventory Log, etc.) |
| Yes ☐ | N/A ☒ | Dietician Approved Menu |

Yes ☐ N/A ☒ Uniform Record of Food Served in last 24 hours

Yes ☐ N/A ☒ Food Product Inventory Log

Yes ☐ N/A ☒ Food Service Provider Contract

Yes ☐ N/A ☒ Mail & Legal Mail **Policy & Procedure**

Yes ☐ N/A ☒ Mail Schedule

Yes ☐ N/A ☒ Grievances **Policy & Procedure**

Yes ☐ N/A ☒ Grievance Log

Yes ☐ N/A ☒ Medical Examiners Report (Must review ME report for Death Investigation)

Yes ☐ N/A ☒ Other **Policy & Procedure**: Click or tap here to enter text.

Yes ☐ N/A ☒ Other: Click or tap here to enter text.

**INTERVIEW:**

Total number of staff interviews conducted: Click or tap here to enter text.

Total number of Inmate interviews conducted: Click or tap here to enter text.

Yes ☐ No ☐ N/A ☒ Complainant interviewed?

Yes ☐ No ☐ N/A ☒ Alleged perpetrator interviewed?

Yes ☐ No ☐ N/A ☒ Staff interview?

Yes ☐ No ☐ N/A ☒ Medical staff interviewed?

Yes ☒ No ☐ N/A ☐ Facility Administrator interviewed?

Yes ☐ No ☐ N/A ☒ Sheriff/Chief of Police interviewed?

In the event of a serious injury or death, were interviews conducted with any or all of the following:

☐ Emergency Personnel

☐ Medical Examiner's Office

☐ Other: Click here to enter text.

**OBSERVATIONS:**

Number of sampled Inmates observed: Inmate observation was not relative to this type investigation.

Yes ☒ No ☐ N/A ☐ In the event of injury or death, was the incident area observed?

Yes ☐ No ☐ N/A ☒ Were facility operations observed based on the allegations? (i.e. meal, count, etc.)

Yes ☐ No ☐ N/A ☒ Were inmates identified in the allegation(s) presently receiving services from the facility during the investigation?

Yes ☒ No ☐ Was an environmental tour conducted?

List area(s) visited: Booking, Cells

**CONCLUSIONS:**

| | | |
|---|---|---|
| Yes ☐ | NO ☒ | Allegations(s) Substantiated |
| Yes ☐ | N/A ☒ | Statement of Deficiencies issued to facility |
| Yes ☐ | N/A ☒ | Allegation was substantiated and previously corrected. |
| Yes ☐ | N/A ☒ | Referral to another Agency. |

**FOLLOW-UP ACTIONS:**

| | | | |
|---|---|---|---|
| Yes ☐ | No ☒ | N/A ☐ | No Further Action Required |
| Yes ☐ | No ☐ | N/A ☒ | Revisit |
| Yes ☐ | No ☒ | N/A ☐ | Plan Of Correction Required |
| Yes ☐ | No ☐ | N/A ☒ | Referral to another Agency |
| Yes ☐ | No ☐ | N/A ☒ | Referral to Law Enforcement (i.e Sheriff, Police Chief, OSBI, District Attorney) |

**COMMENTS:**

Notification report dated July 30, 2021, reported on July 19, 2021, inmate #1 was assessed by medical staff and sent to an outside hospital for shortness of breath and complaints of chest pain. Inmate #1 was admitted into Oklahoma State University Medical Center, where a positive test for COVID-19 was produced. Inmate #1 remained in OSU Medical Center until July 30, 2021, the time of death.

No deficiencies cited.

**Date report was completed:** 12/20/2021

**Investigative Report was completed by:** David Boydston

OKLAHOMA State Department of Health

# DETENTION PROGRAM INVESTIGATIVE REPORT C-2021-000

| | |
|---|---|
| Facility Name: | Creek |
| Address: | 9175 Ridgeview Street |
| City, State, Zip: | Sapulpa, OK, 74067 |
| Facility ID #: | DET-032 |
| Investigation #: | C-2021-000 |
| Date(s) of Investigation: | May 24, 2021 |

| | ALLEGATION(S) | TAG NUMBERS CITED | SUBSTANTIATED UNSUBSTANTIATED |
|---|---|---|---|
| 1. | No water in sink. | 6104 | Un-Substantiated |
| 2. | Mold in shower. | 5601 | Un-Substantiated |
| 3. | Click here to enter text. | XXXX | Choose an item. |
| 4. | Click here to enter text. | XXXX | Choose an item. |

☐ **Check if violation(s) unrelated to this complaint were cited during the Inspection/investigation?**

**A Description of Significant Findings Related to Each Allegation are Provided Below:**

On 05/24/2021, a complaint/incident was received regarding Creek. The Oklahoma State Department of Health staff conducted an investigation on May 24, 2021, pursuant to Title 74 of the Oklahoma Statutes, Section 192, and Title 310 of the Oklahoma Administrative Code, Chapter 670, City and County Detention Facility Standards.

The person in charge of the facility at that time of the telephonic investigation, Cody Smith, was notified of the general nature of the investigation. Details of the allegations were not discussed in order for the investigator(s) to conduct a more thorough investigation and maintain confidentiality.

The named inmate(s) was/were included in a sample of inmates based on issues relevant to the allegation(s).

A sample of [0] inmates were selected based on issues relevant to the allegations(s).

The regulatory areas were investigated: (list regulatory concerns identified on the complaint or in the incident)

1. Allegation: No water in the sink, water has to be retrieved from the shower.
2. Allegation: Shower has mold in it.
3. Allegation: Click or tap here to enter text.
4. Allegation: Click or tap here to enter text.



EXHIBIT 6

**The items indicated below were utilized during the investigation:**

**RECORD REVIEW:** (Records that were reviewed in conjunction with the investigation.)

Yes ☐ N/A ☒ Facility Incident Reports

Yes ☐ N/A ☒ Inmate Incident Reports

Yes ☐ N/A ☒ Internal Investigation Report (When Available)

Yes ☐ N/A ☒ Staff Roster

Yes ☐ N/A ☒ Inmate Roster

Yes ☐ N/A ☒ Custody Logs (Control Center, Unit, Pods, etc.)

Yes ☐ N/A ☒ Custody & Classification **Policy & Procedure**

Yes ☐ N/A ☒ Admission, Orientation, and Release **Policy & Procedure**

Yes ☐ N/A ☒ Admission & Release Log

Yes ☐ N/A ☒ Book-In/Intake Screening Tools (PREA, Security, Custody Classification, etc.)

Yes ☐ N/A ☐ Medical Care **Policy & Procedure**

Yes ☐ N/A ☒ Medical Questionnaire Screening Tool

Yes ☐ N/A ☒ Inmate Medical File (Physician Order, Nurse Notes, etc.)

Yes ☐ N/A ☒ Medication Administration Record (MAR)

Yes ☐ N/A ☒ Sick-Call

Yes ☐ N/A ☒ Medication List

Yes ☐ N/A ☒ Mental Health **Policy & Procedure** (Suicide Watch, etc.)

Yes ☐ N/A ☒ Mental Health (Suicide Idealization) Questionnaire Screening Tool

Yes ☐ N/A ☒ Suicide Watch Log

Yes ☐ N/A ☒ Use of Force **Policy & Procedure**

Yes ☒ N/A ☐ Safety, Sanitation, Hygiene & Maintenance **Policy & Procedure**

Yes ☒ N/A ☐ Hygiene Product Issuance Schedule

Yes ☒ N/A ☐ Hygiene Supplies (Product list, Inventory Log, etc.)

Yes ☒ N/A ☐ Sanitation or Housekeeping Plan/Schedule

Yes ☒ N/A ☐ Sanitation Supplies (Safety Data Sheets, Inventory Log, etc.)

Yes ☒ N/A ☐ Maintenance Records and Work Orders

Yes ☐ N/A ☒ Pest Control **Policy & Procedure**

Yes ☐ N/A ☒ Pest Control Contract and/or OK Private Applicator License

Yes ☐ N/A ☒ Pest Control Treatment Schedule

Yes ☐ N/A ☒ Pest Control Treatment Log

Yes ☐ N/A ☒ Pest Control Products (Safety Data Sheets, Inventory Log, etc.)

Yes ☐ N/A ☒ Dietician Approved Menu

Yes ☐ N/A ☒ Uniform Record of Food Served in last 24 hours

Yes ☐ N/A ☒ Food Product Inventory Log

Yes ☐ N/A ☒ Food Service Provider Contract

Yes ☐ N/A ☒ Mail & Legal Mail **Policy & Procedure**

Yes ☐ N/A ☒ Mail Schedule

Yes ☐ N/A ☒ Grievances **Policy & Procedure**

Yes ☐ N/A ☒ Grievance Log

Yes ☐ N/A ☒ Medical Examiners Report (Must review ME report for Death Investigation)

Yes ☐ N/A ☒ Other **Policy & Procedure**: Click or tap here to enter text.

Yes ☐ N/A ☒ Other: Click or tap here to enter text.

**INTERVIEW:**

Total number of staff interviews conducted: 1

Total number of Inmate interviews conducted: Click or tap here to enter text.

Yes ☐ No ☒ N/A ☐ Complainant interviewed?

Yes ☐ No ☒ N/A ☐ Alleged perpetrator interviewed?

Yes ☐ No ☐ N/A ☒ Staff interview?

Yes ☐ No ☐ N/A ☒ Medical staff interviewed?

Yes ☒ No ☐ N/A ☐ Facility Administrator interviewed?

Yes ☐ No ☐ N/A ☒ Sheriff/Chief of Police interviewed?

In the event of a serious injury or death, were interviews conducted with any or all of the following:

☐ Emergency Personnel

☐ Medical Examiner's Office

☐ Other: Click here to enter text.

**OBSERVATIONS:**

Number of sampled Inmates observed: Inmate observation was not relative to this type investigation.

Yes ☐ No ☐ N/A ☒ In the event of injury or death, was the incident area observed?

Yes ☐ No ☐ N/A ☒ Were facility operations observed based on the allegations? (i.e. meal, count, etc.)

Yes ☐ No ☐ N/A ☒ Were inmates identified in the allegation(s) presently receiving services from the facility during the investigation?

Yes ☐ No ☒ Was an environmental tour conducted?

List area(s) visited: Click or tap here to enter text.

**CONCLUSIONS:**

Yes ☐ NO ☒ Allegations(s) Substantiated

Yes ☐ N/A ☒ Statement of Deficiencies issued to facility

Yes ☐ N/A ☒ Allegation was substantiated and previously corrected.

Yes ☐ N/A ☒ Referral to another Agency.

**FOLLOW-UP ACTIONS:**

Yes ☐ No ☒ N/A ☐ No Further Action Required

Yes ☐ No ☒ N/A ☐ Revisit

Yes ☐ No ☒ N/A ☐ Plan Of Correction Required

Yes ☐ No ☐ N/A ☒ Referral to another Agency

Yes ☐ No ☐ N/A ☒ Referral to Law Enforcement (i.e Sheriff, Police Chief, OSBI, District Attorney)

**COMMENTS:**

Telephonic investigation was conducted with staff B regarding a complaint of Pod L showers having mold and no water in sinks of the toilet/washbasin combo. Staff B stated cleaning supplies had been issued for Pod sanitation and there were no work orders submitted for a non working sink. Staff B toured the Pod and stated no mold was identified in the shower. A work order was submitted for a sink that was not supplying cold water.

**Date report was completed:** 05/26/2021

**Investigative Report was completed by:** David Boydston

## INMATE & STAFF CONFIDENTIALITY KEY
## DETENTION PROGRAM INVESTIGATIVE REPORT C-2021-000

| | | |
|---|---|---|
| Facility Name: | Creek | |
| Investigation #: | C-2021-000 | |
| Date(s) of Investigation: | May 24, 2021 | |
| Complainant: | Anonymous | Other Family |

| Identifier | Inmate | Identifier | Staff | Title |
|---|---|---|---|---|
| 1 | Click or tap here to enter text. | A | Brett Bowling | Sheriff |
| 2 | Click or tap here to enter text. | B | Cody Smith | Administrator |
| 3 | Click or tap here to enter text. | C | Click or tap here to enter text. | Choose an item. |
| 4 | Click or tap here to enter text. | D | Click or tap here to enter text. | Choose an item. |
| 5 | Click or tap here to enter text. | E | Click or tap here to enter text. | Choose an item. |
| 6 | Click or tap here to enter text. | F | Click or tap here to enter text. | Choose an item. |
| 7 | Click or tap here to enter text. | G | Click or tap here to enter text. | Choose an item. |
| 8 | Click or tap here to enter text. | H | Click or tap here to enter text. | Choose an item. |
| 9 | Click or tap here to enter text. | I | Click or tap here to enter text. | Choose an item. |
| 10 | Click or tap here to enter text. | J | Click or tap here to enter text. | Choose an item. |
| 11 | Click or tap here to enter text. | K | Click or tap here to enter text. | Choose an item. |
| 12 | Click or tap here to enter text. | L | Click or tap here to enter text. | Choose an item. |
| 13 | Click or tap here to enter text. | M | Click or tap here to enter text. | Choose an item. |
| 14 | Click or tap here to enter text. | N | Click or tap here to enter text. | Choose an item. |
| 15 | Click or tap here to enter text. | O | Click or tap here to enter text. | Choose an item. |
| 16 | Click or tap here to enter text. | P | Click or tap here to enter text. | Choose an item. |
| 17 | Click or tap here to enter text. | Q | Click or tap here to enter text. | Choose an item. |
| 18 | Click or tap here to enter text. | R | Click or tap here to enter text. | Choose an item. |
| 19 | Click or tap here to enter text. | S | Click or tap here to enter text. | Choose an item. |
| 20 | Click or tap here to enter text. | T | Click or tap here to enter text. | Choose an item. |



EXHIBIT 6